|   |   |
|---|---|
| 1 | Paul J. Andre (Bar No. 196585) |
| 2 | Esha Bandyopadhyay (Bar No. 212249) Perkins Coie LLP |
|   | 101 Jefferson Drive |
| 3 | Menlo Park, California 94025-1114 |
|   | Phone: (650) 838-4370 |
| 4 | Fax: (650) 838-4350 |
|   | Email: pandre@perkinscoie.com |
| 5 | bande@perkinscoie.com |
| 6 | Scott T. Wilsdon (*pro hac vice* pending) |
|   | Jeremy E. Roller (*pro hac vice* pending) |
| 7 | Yarmuth Wilsdon Calfo PLLC |
|   | 925 Fourth Avenue, Suite 2500 |
| 8 | Seattle, Washington 98104 |
|   | Phone: (206) 516-3800 |
| 9 | Fax: (206) 516-3888 |
|   | Email: wilsdon@yarmuth.com |
| 10 | jroller@yarmuth.com |
| 11 | Attorneys for Plaintiff Microsoft |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| MICROSOFT CORPORATION, a Washington corporation, | NO. |
|---|---|
| Plaintiff, | **APPLICATION FOR ADMISSION OF SCOTT T. WILSDON AS ATTORNEY *PRO HAC VICE*** |
| v. | |
| INTRAX GROUP, INC., d/b/a SURPLUS COMPUTERS, a California corporation; MICHAEL MAK, an individual; and JOHN DOES 1-5 | |
| Defendants. | |

Pursuant to Civil L.R. 11-3, Scott T. Wilsdon, an active member in good standing of the bar of the State of Washington, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiff, Microsoft Corporation, in the above-entitled action.

APPLICATION FOR ADMISSION OF SCOTT T.
WILSDON AS ATTORNEY *PRO HAC VICE* – Page 1

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Paul J. Andre (Bar No. 196585)
Esha Bandyopadhyay (Bar No. 212249)
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California 94025-1114
Phone: (650) 838-4370
Fax: (650) 838-4350
Email: pandre@perkinscoie.com
bande@perkinscoie.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: MARCH 15, 2007            _____
                                  Scott T. Wilsdon
                                  YARMUTH WILSDON CALFO PLLC
                                  925 Fourth Avenue, Suite 2500
                                  Seattle, Washington 98104
                                  Phone: (206) 516-3800
                                  Fax: (206) 516-3888
                                  Email: wilsdon@yarmuth.com