```
 1  Paul J. Andre (Bar No. 196585)
    Esha Bandyopadhyay (Bar No. 212249)
 2  Perkins Coie LLP
    101 Jefferson Drive
 3  Menlo Park, California 94025-1114
    Phone: (650) 838-4370
 4  Fax: (650) 838-4350
    Email: pandre@perkinscoie.com
 5         bande@perkinscoie.com

 6  Scott T. Wilsdon (pro hac vice pending)
    Jeremy E. Roller (pro hac vice pending)
 7  Yarmuth Wilsdon Calfo PLLC
    925 Fourth Avenue, Suite 2500
 8  Seattle, Washington 98104
    Phone: (206) 516-3800
 9  Fax: (206) 516-3888
    Email: wilsdon@yarmuth.com
10         jroller@yarmuth.com

11  Attorneys for Plaintiff Microsoft
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTRAX GROUP, INC., d/b/a SURPLUS COMPUTERS, a California corporation; MICHAEL MAK, an individual; and JOHN DOES 1-5<br><br>Defendants. | NO.<br><br>**APPLICATION FOR ADMISSION OF JEREMY E. ROLLER AS ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Jeremy E. Roller, an active member in good standing of the bar of the State of Washington, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiff, Microsoft Corporation, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Paul J. Andre (Bar No. 196585)
Esha Bandyopadhyay (Bar No. 212249)
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California 94025-1114
Phone: (650) 838-4370
Fax: (650) 838-4350
Email: pandre@perkinscoie.com
       bande@perkinscoie.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/15/07

Jeremy E. Roller
YARMUTH WILSDON CALFO PLLC
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
Phone: (206) 516-3800
Fax: (206) 516-3888
Email: jroller@yarmuth.com