| *Attorney or Party without Attorney:*<br>Yarmuth, Wilsdon, Calfo, PLLC<br>925 Fouth Avenue<br>Suite 2500<br>Seattle, WA 98104<br>*Telephone No:* 206-516-3800    *FAX No:* 206-516-3888 | *For Court Use Only* |
|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*
U.S. District Court, Northern District of California

*Plaintiff:* Microsoft
*Defendant:* Intrax Group, et al

| **PROOF OF SERVICE SUMMONS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C071840 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; Case Management Conference Order; Standing Order for All Judges of the Northern District of California

3. a. *Party served:* Intrax Group, Inc., d/b/a Surplus Computers, a California Corporation, by serving Michael Mak, Agent for Service
   b. *Person served:* Michael Mak, Agent for Service

4. *Address where the party was served:* 27 Bonaventura Drive, San Jose, CA 95134

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Apr. 24, 2007 (2) at: 11:20AM

7. *Person Who Served Papers:*
   a. Mike Weeker
   b. **Bender's Legal Service**
   LRS Investigations, PI 16723
   1625 The Alameda, Ste. 511
   San Jose, CA 95126
   c. 408 286-4182, FAX 408 298-4484

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $210.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 617
      (iii) County: Santa Clara
      (iv) Expiration Date: Fri, Jun. 08, 2007

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Tue, May. 01, 2007

   (Mike Weeker)

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007                PROOF OF SERVICE SUMMONS                yarmuth.148686

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon the following counsel of record, by the means designated below, this 7th day of June, 2007:

[ ] U.S. Mail                     Steven A. Dillick
[ ] FedEx                         LAW OFFICES OF STEVEN A. DILLICK
[ ] Hand-Delivery                 One Maritime Plaza, Suite 1040
[ ] Facsimile                     San Francisco, CA 94111
[ ] Email                         Email: sdillick@ix.netcom.com
[X] ECF Electronic Filing


/s/ Esha Bandyopadhyay
Esha Bandyopadhyay
Paul J. Andre
PERKINS COIE LLP


/s/ Scott T. Wilsdon
Scott T. Wilsdon (*pro hac vice pending*)
Jeremy E. Roller (*pro hac vice pending*)
YARMUTH WILSDON CALFO PLLC

Attorneys for Plaintiff Microsoft Corporation