| Attorney or Party without Attorney:<br>Yarmuth, Wilsdon, Calfo, PLLC<br>925 Fouth Avenue<br>Suite 2500<br>Seattle, WA 98104<br>Telephone No: 206-516-3800    FAX No: 206-516-3888 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: |
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. District Court, Northern District of California | |
| Plaintiff: Microsoft | |
| Defendant: Intrax Group, et al | |

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C071840 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; Case Management Conference Order; Standing Order for All Judges of the Northern District of California

3. a. Party served:           Michael Mak
   b. Person served:          Michael Mak

4. Address where the party was served:   27 Bonaventura Drive
                                          San Jose or Santa Clara, CA

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Apr. 24, 2007 (2) at: 11:20AM

7. **Person Who Served Papers:**
   a. Mike Weeker
   b. Bender's Legal Service
      LRS Investigations, PI 16723
      1625 The Alameda, Ste. 511
      San Jose, CA 95126
   c. 408 286-4182, FAX 408 298-4484

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*   $140.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:   617
      (iii) County:             Santa Clara
      (iv) Expiration Date:     Fri, Jun. 08, 2007

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Tue, May. 01, 2007

   Judicial Council Form                    PROOF OF SERVICE           (Mike Weeker)
   Rule 982.9.(a)&(b) Rev January 1, 2007      SUMMONS                                yarmuth.148687

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document was served upon the following counsel of record, by the means designated below, this 7th day of June, 2007:

| | |
|---|---|
| [ ] U.S. Mail | Steven A. Dillick |
| [ ] FedEx | LAW OFFICES OF STEVEN A. DILLICK |
| [ ] Hand-Delivery | One Maritime Plaza, Suite 1040 |
| [ ] Facsimile | San Francisco, CA 94111 |
| [ ] Email | Email: sdillick@ix.netcom.com |
| [X] ECF Electronic Filing | |

/s/ Esha Bandyopadhyay
Esha Bandyopadhyay
Paul J. Andre
PERKINS COIE LLP


/s/ Scott T. Wilsdon
Scott T. Wilsdon (*pro hac vice pending*)
Jeremy E. Roller (*pro hac vice pending*)
YARMUTH WILSDON CALFO PLLC

Attorneys for Plaintiff Microsoft Corporation

PROOF OF SERVICE – Page 2
hf073702