Paul J. Andre (Bar No. 196585)
Esha Bandyopadhyay (Bar No. 212249)
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California 94025-1114
Phone: (650) 838-4370
Fax: (650) 838-4350
Email: pandre@perkinscoie.com
       bande@perkinscoie.com

Scott T. Wilsdon (*pro hac vice* pending)
Jeremy E. Roller (*pro hac vice* pending)
Yarmuth Wilsdon Calfo PLLC
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
Phone: (206) 516-3800
Fax: (206) 516-3888
Email: wilsdon@yarmuth.com
       jroller@yarmuth.com

Attorneys for Plaintiff Microsoft

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTRAX GROUP, INC., d/b/a SURPLUS COMPUTERS, a California corporation; MICHAEL MAK, an individual; and JOHN DOES 1-5<br><br>Defendants. | NO. C07-1840 EMC<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF JEREMY E. ROLLER AS ATTORNEY *PRO HAC VICE* |

Jeremy E. Roller, an active member in good standing of the bar of the State of Washington, whose business address and telephone number is Yarmuth Wilsdon Calfo PLLC, 925 Fourth Avenue, Suite 2500, Seattle, Washington 98104; Phone: (206) 516-3800,

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF JEREMY E. ROLLER AS
ATTORNEY *PRO HAC VICE* – Page 1

1  having applied in the above-entitled action for admission to practice in the Northern District
2  of California on a *pro hac vice* basis, representing Microsoft Corporation,
3     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
4  and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance
5  *pro hac vice*. Service of papers upon and communication with co-counsel designated in the
6  application will constitute notice to the party. All future filings in this action are subject to
7  the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:  6/28/07



[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF JEREMY E. ROLLER AS
ATTORNEY *PRO HAC VICE* – Page 2

hc143703 3/14/07