1  Paul J. Andre, Bar No. 196585
   PAndre@perkinscoie.com
2  Esha Bandyopadhyay, Bar No. 212249
   EBandyopadhyay@perkinscoie.com
3  **PERKINS COIE LLP**
   101 Jefferson Drive
4  Menlo Park, CA  94025-1114
   Telephone:  (650) 838-4300
5  Facsimile:  (650) 838-4350

6  Scott T. Wilsdon (admitted *pro hac vice*)
   wilsdon@yarmuth.com
7  Jeremy E. Roller (admitted *pro hac vice*)
   Jroller@yarmuth.com
8  **YARMUTH WILSDON CALFO PLLC**
   925 Fourth Avenue, Suite 2500
9  Seattle, Washington 98104
   Phone:  (206) 516-3800
10 Fax:  (206) 516-3888

11 Attorneys for Plaintiff
   MICROSOFT CORPORATION
12

13                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA

14 | | |
   |---|---|
15 | MICROSOFT CORPORATION, a Washington corporation, | Case No. C 07-1840 EMC |
16 | Plaintiff, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
17 | v. | **AND** |
   | | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
18 | INTRAX GROUP, INC., d/b/a SURPLUS COMPUTERS, a California corporation; MICHAEL MAK, an individual; and JOHN DOES 1-5, | |
19 | | |
20 | Defendants. | |
21

22

23        REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

24        The undersigned party hereby declines to consent to the assignment of this case to a

25 United States Magistrate Judge for trial and disposition and hereby requests the reassignment of

26 this case to a United States District Judge.

27

28

DECLINATION TO PROCEED BEFORE A                                    CASE NO. C 07-1840 EMC
MAGISTRATE JUDGE

1  DATED: July 2, 2007                    **PERKINS COIE LLP**

2                                          By:    /s/ Esha Bandyopadhyay
                                               Paul J. Andre
3                                              Esha Bandyopadhyay

4                                          Attorneys for Plaintiff MICROSOFT
                                           CORPORATION

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLINATION TO PROCEED BEFORE A                      -2-                    CASE NO. C 07-1840 EMC
MAGISTRATE JUDGE