1    Paul J. Andre (Bar No. 196585)
     Esha Bandyopadhyay (Bar No. 212249)
2    Perkins Coie LLP
     101 Jefferson Drive
3    Menlo Park, California 94025-1114
     Phone: (650) 838-4370
4    Fax: (650) 838-4350
     Email: pandre@perkinscoie.com
5            bande@perkinscoie.com

6    Scott T. Wilsdon (*pro hac vice*)
     Jeremy E. Roller (*pro hac vice*)
7    Yarmuth Wilsdon Calfo PLLC
     925 Fourth Avenue, Suite 2500
8    Seattle, Washington 98104
     Phone: (206) 516-3800
9    Fax: (206) 516-3888
     Email: wilsdon@yarmuth.com
10           jroller@yarmuth.com

11    Attorneys for Plaintiff Microsoft

12

13               UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA

14    MICROSOFT CORPORATION, a
     Washington corporation,            NO.  4:07-cv-01840-CW
15
              Plaintiff,             **CERTIFICATE OF SERVICE OF**
16                         **CASE MANAGEMENT ORDER FOR**
              v.                  **REASSIGNED CIVIL CASE**
17
     INTRAX GROUP, INC., d/b/a SURPLUS
18    COMPUTERS, a California corporation;
     MICHAEL MAK, an individual; and JOHN
19    DOES 1-5,

20               Defendants.

21

22

23        I hereby certify that the Case Management Scheduling Order for Reassigned Civil

24    Case, entered July 5, 2007 by the Honorable Claudia Wilken, United States District Judge

25    (Doc. No. 15), was served upon the following parties and/or counsel of record, by the

26    means designated below, this 5th day of July, 2007:

CERTIFICATE OF SERVICE OF
CASE MANAGEMENT ORDER – Page 1

1    **<u>Counsel for Defendants Intrax Group, Inc.,</u>**
     **<u>d/b/a Surplus Computers, and Michael Mak</u>**

2

3    Steven A. Dillick
     Law Offices of Steven A. Dillick
     One Maritime Plaza, Suite 1040

4    San Francisco, CA  94111
     Phone: 425-399-8777

5    Email: sdillick@ix.netcom.com

6    ☒ Via Email
     ☐ Via Facsimile

7    ☐ Via Federal Express
     ☐ Via Hand Delivery

8    ☐ Via U.S. Mail

9

10

11   Scott T. Wilsdon (*pro hac vice*)
     Jeremy E. Roller (*pro hac vice*)

12   YARMUTH WILSDON CALFO PLLC
     925 Fourth Avenue, Suite 2500

13   Seattle, Washington 98104
     Phone: (206) 516-3800

14   Fax: (206) 516-3888
     Email: wilsdon@yarmuth.com

15        jroller@yarmuth.com

16

17   Attorneys for Plaintiff Microsoft Corporation

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE OF
CASE MANAGEMENT ORDER – Page 2

425.26 hg053003 7/5/07