# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MICROSOFT CORPORATION,

        Plaintiff(s),

        v.

INTRAX GROUP, INC., ET AL.

        Defendant(s).
/

Case No. 3:07-cv-01840-EMC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

        Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

        **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov   *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

        **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

        **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: July 20, 2007

        /s/ Jeremy E. Roller
        Counsel for Plaintiff

Dated: July 20, 2007

        /s/ Steven A. Dillick
        Counsel for Defendants

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon the following counsel of record, by the means designated below, this 20th day of July, 2007:

Steven A. Dillick
Law Offices of Steven A. Dillick
One Maritime Plaza, Suite 1040
San Francisco, CA 94111
Phone: 425-399-8777
Email: sdillick@ix.netcom.com
Counsel for Defendants

[  ] U.S. Mail
[  ] FedEx
[  ] Hand-Delivery
[  ] Facsimile
[  ] Email
[X] ECF Electronic Filing

/s/ Esha Bandyopadhyay
Esha Bandyopadhyay
Paul J. Andre
PERKINS COIE LLP

/s/ Jeremy E. Roller
Scott T. Wilsdon (*pro hac vice*)
Jeremy E. Roller (*pro hac vice*)
YARMUTH WILSDON CALFO PLLC

Attorneys for Plaintiff Microsoft
Corporation