Paul J. Andre (Bar No. 196585)
Pandre@perkinscoie.com
Esha Bandyopadhyay (Bar No. 212249)
bande@perkinscoie.com
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California 94025-1114
Phone: (650) 838-4370
Fax: (650) 838-4350

Scott T. Wilsdon (*pro hac vice*)
wilsdon@yarmuth.com
Jeremy E. Roller (*pro hac vice*)
jroller@yarmuth.com
Yarmuth Wilsdon Calfo PLLC
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
Phone: (206) 516-3800
Fax: (206) 516-3888

Attorneys for Plaintiff
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, | No. 07-CV-01840-CW |
| Plaintiff, | **RULE 26(f) REPORT OF MEETING** |
| v. | |
| INTRAX GROUP, INC., d/b/a, SURPLUS COMPUTERS, a California corporation; MICHAEL MAK, an individual; and JOHN DOES 1-5, | |
| Defendants. | |

On July 19 and 20, 2007, counsel for Plaintiff Microsoft, Inc. and Defendants Intrax Group, Inc. d/b/a Surplus Computers and Michael Mak met by telephone conference pursuant to Fed. R. Civ. P. 26(f) and this Court's July 5, 2007 Case Management

Scheduling Order for Reassigned Civil Case to confer regarding the nature of claims and defenses, Rule 26(a)(1) disclosures, and to develop a proposed discovery plan. The following is a result of this conference.

1. <u>Initial Disclosures.</u>

The parties agreed to exchange their Fed. R. Civ. P. 26(a) initial disclosures by August 17, 2007.

2. <u>Plaintiff--Subject Matter of Discovery.</u>

As of this time, Plaintiff intends to serve discovery requests regarding, but not necessarily limited to, defendants' sales records, customer records, shipping records, information regarding other individuals and/or entities from whom Microsoft product was received and to whom Microsoft product was marketed, sold, provided or distributed, bank accounts and financial information, employee identification and information, the computers each Defendant used in their business operations, and any profits made from the sales of Microsoft products. Plaintiff may seek to depose the Defendants and other identified fact witnesses, as well as any experts identified by the Defendants. Plaintiff reserves its right to seek discovery on other relevant issues based upon its further investigation and discovery.

3. <u>Defendant--Subject Matter of Discovery.</u>

Defendants intend to serve discovery requests regarding sales records, customer records, shipping records, licensing agreements, and correspondence relating thereto, for the subject product and for all parties in the chain of distribution of that product. This includes all contracts (including but not limited to licensing agreements), correspondence of any sort, phone records, shipping records, and any other materials, including both hard copy and electronic copies. Defendants also expect to conduct discovery of Microsoft relating to its policies regarding sales and distribution of Student Media, Academic version software and similar types of product sold by Microsoft. Defendants need to identify potential witnesses, which include those relating to the publisher in Ireland, and all those in the chain

of distribution from the publisher to the distributors, sub-distributors and clients alleged by Microsoft to be located in the Middle East. Defendants anticipate depositions in the United States and abroad to accomplish this. Defendants reserve their right to seek discovery on other relevant issues based upon further investigation and discovery.

4. Discovery Deadlines.

The parties submit the following suggested deadlines for discovery:

a. Plaintiff's expert disclosures: March 20, 2008
b. Defendants' expert disclosures: April 18, 2008
c. Discovery cut-off: July 18, 2008

5. Electronic Discovery.

The parties agree that no changes or additions should be made to the rules concerning the disclosure and discovery of electronically stored information imposed under the applicable Federal Rules of Civil Procedure and the Local Civil Rules.

6. Claims of Privilege or of Protection as Trial Preparation Material.

The parties have no current agreement on this issue to submit to the Court and expect to assert any such claims if and when they arise.

7. Directives or Limitations on Discovery.

The parties agree that no changes or additions should be made to the limitations on discovery imposed under the Federal Rules of Civil Procedure and the Local Civil Rules. The parties agree that there is no need to conduct discovery in phases.

//
//
//
//
//
//

8. <u>Other Orders Pursuant to Rule 26(c) or under Rule 16(b) and (c).</u>

The parties reserve the right to circulate and request entry of a Protective Order to the extent necessary. The parties will comply with this Court's requirements for protective orders and the treatment of confidential information.

DATED this 20th day of July, 2007.

| PERKINS COIE LLP | LAW OFFICES OF STEVEN A. DILLICK |
|---|---|
| By: /s/ Esha Bandyopadhyay<br>Paul J. Andre (Bar No. 196585)<br>Esha Bandyopadhyay (Bar No. 212249)<br>101 Jefferson Drive<br>Menlo Park, California 94025-1114<br>Phone: (650) 838-4370<br>Fax: (650) 838-4350<br>Email: pandre@perkinscoie.com<br>       bande@perkinscoie.com | By: /s/ Steven A. Dillick<br>Steven A. Dillick (Bar No. 111419)<br>One Maritime Plaza, Suite 1040<br>San Francisco, California 94111<br>Phone: (415) 399-8777<br>Fax: (415) 399-8778<br>Email: sdillick@ix.netcom.com<br><br>Attorney for Defendants Intrax Group, Inc. d/b/a Surplus Computers and Michael Mak |

OF COUNSEL:

YARMUTH WILSDON CALFO PLLC

By: /s/ Jeremy E. Roller
    Scott T. Wilsdon (*pro hac vice*)
    Jeremy E. Roller (*pro hac vice*)
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
Phone: (206) 516-3800
Fax: (206) 516-3888
Email: wilsdon@yarmuth.com
       jroller@yarmuth.com

Attorneys for Plaintiff Microsoft Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served upon the following parties and/or counsel of record, by the means designated below, this 20th day of July, 2007.

**Counsel for Defendants**
Steven A. Dillick
Law Offices of Steven A. Dillick
One Maritime Plaza, Suite 1040
San Francisco, CA 94111
Phone: 425-399-8777
Fax:
Email: sdillick@ix.netcom.com

☐ Via Email
☐ Via Facsimile
☐ Via Federal Express
☐ Via Hand Delivery
☐ Via U.S. Mail
☒ Via ECF Notification

/s/ Esha Bandyopadhyay
Esha Bandyopadhyay
Paul J. Andre
PERKINS COIE LLP


/s/ Jeremy E. Roller
Scott T. Wilsdon (*pro hac vice*)
Jeremy E. Roller (*pro hac vice*)
YARMUTH WILSDON CALFO PLLC

Attorneys for Plaintiff **MICROSOFT CORPORATION**