UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MICROSOFT CORPORATION

CASE NO.   3:07-CV-01840-~~EMC~~   CW

Plaintiff(s),

v.

INTRAX GROUP, INC., ET AL.

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
      Early Neutral Evaluation (ENE)   (ADR L.R. 5)
✓    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
      Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    ✓    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        other requested deadline _____

Dated: July 20, 2007

/s/ Jeremy E. Roller
Attorney for Plaintiff

Dated: July 20, 2007

/s/ Steven A. Dillick
Attorney for Defendant

# [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
      Non-binding Arbitration
      Early Neutral Evaluation (ENE)
✓     Mediation
      Private ADR

Deadline for ADR session
✓     90 days from the date of this order.
      other

IT IS SO ORDERED.

Dated: 7/26/07

_____
UNITED STATES DISTRICT     JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon the following counsel of record, by the means designated below, this 20th day of July, 2007:

Steven A. Dillick
Law Offices of Steven A. Dillick
One Maritime Plaza, Suite 1040
San Francisco, CA 94111
Phone: 425-399-8777
Email: sdillick@ix.netcom.com
Counsel for Defendants

[ ] U.S. Mail
[ ] FedEx
[ ] Hand-Delivery
[ ] Facsimile
[ ] Email
[X] ECF Electronic Filing

/s/ Esha Bandyopadhyay
Esha Bandyopadhyay
Paul J. Andre
PERKINS COIE LLP

/s/ Jeremy E. Roller
Scott T. Wilsdon (*pro hac vice*)
Jeremy E. Roller (*pro hac vice*)
YARMUTH WILSDON CALFO PLLC

Attorneys for Plaintiff Microsoft Corporation