# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Microsoft Corporation, | 07-01840 CW MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Intrax Group, Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Richard Abramson**
SRI International
333 Ravenswood Ave.
Menlo Park, CA 94025-3493
650-859-6068

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: August 8, 2007

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand



ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**