**FILED**

NOV 26 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Microsoft Corporation, | No. C 07-01840 CW MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Intrax Group, Inc., | |
| Defendant(s). | |

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☐ ENE session on (date) 11/9/07

2. Did the case settle?     ☐ fully     ☐ partially     ☑ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☑ no

4. IS THIS ADR PROCESS COMPLETED?     ☑ YES     ☐ NO

Dated: 11/26/07

Mediator, Richard Abramson
SRI International
333 Ravenswood Ave.
Menlo Park, CA 94025-3493

**Certification of ADR Session**
07-01840 CW MED