```
1   PAUL J. ANDRE (Bar No. 196585)
    (pandre@kslaw.com)
2   KING & SPALDING LLP
    1000 Bridge Pkwy., Suite. 100
3   Redwood City, California  94065
    Phone: (650) 590-0721
4   Fax: (650) 590-1900
5
6   Attorneys for Plaintiff Microsoft Corporation
7
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| MICROSOFT CORPORATION, a Washington corporation, | No. C 07-01840 CW MED |
|---|---|
| Plaintiff, | **NOTICE OF WITHDRAWAL** |
| v. | |
| INTRAX GROUP, INC., | |
| Defendants. | |

Notice is hereby given that Paul Andre California State Bar #196585, of Perkins Coie LLP, withdraws as counsel of record for Plaintiff Microsoft Corporation, and should be removed from the Court's E-notification (pandre@perkinscoie.com).  Plaintiff shall continue to be represented by Perkins Coie LLP and specifically by Esha Bandyopadhyay and other associated counsel of record.

| | |
|---|---|
| 1 | |
| 2 | DATED: February 25, 2008.    **KING & SPALDING LLP** |
| 3 | |
| 4 | By _____/s/_____<br>Paul J. Andre |
| 5 | Attorney for Plaintiff Microsoft Corporation |

- 2 -

NOTICE OF WITHDRAWAL
Case No. C 07-01840 CW MED