Esha Bandyopadhyay (Bar No. 212249)
bande@perkinscoie.com
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California 94025-1114
Phone: (650) 838-4300
Fax: (650) 838-4350

Scott T. Wilsdon (*pro hac vice*)
wilson@yarmuth.com
Jeremy E. Roller (*pro hac vice*)
jroller@yarmuth.com
Yarmuth Wilsdon Calfo PLLC
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
Phone: (206) 516-3800
Fax: (206) 516-3888

Attorneys for Plaintiff
MICROSOFT CORPORATION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>INTRAX GROUP, INC., d/b/a, SURPLUS COMPUTERS, a California corporation; MICHAEL MAK, an individual; and JOHN DOES 1-5,<br><br>    Defendants. | No. 07-CV-01840-CW<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF MICROSOFT CORPORATION'S MOTION FOR SUMMARY JUDGMENT |

## **ORDER**

This matter came before the Court upon plaintiff Microsoft Corporation's ("Microsoft") Motion for Summary Judgment against defendant Michael Mak ("Mr Mak") as to liability on Claims I and II of the Complaint for Damages and Injunctive Relief. Having reviewed the documents filed in this action, having heard the argument of counsel, if any, and

being fully advised, the Court hereby GRANTS Microsoft's Motion for Summary Judgment, as follows:

**(1)    Liability on Claims I and II**

Pursuant to Federal Rule of Civil Procedure 56, the Court finds that Microsoft is entitled to judgment as a matter of law that defendant Mr. Mak is liable for infringement of Microsoft's copyrights, 17 U.S.C. § 501, and unauthorized importation of copyrighted Microsoft works, 17 U.S.C. § 602(a). Microsoft has submitted uncontroverted evidence showing that Mr. Mak infringed Microsoft's copyrights in the following software: Microsoft Windows XP, Microsoft Office 2003, Microsoft Access 2003, Microsoft Excel 2003, Microsoft Outlook 2003, Business Contact Manager for Microsoft Outlook 2003, PowerPoint 2003, Microsoft Word 2003, InfoPath 2003, Microsoft Office XP, Microsoft Access 2002, Microsoft Excel 2002, Microsoft Outlook 2002, Microsoft PowerPoint 2002, Microsoft Word 2002, Microsoft FrontPage 2002, Microsoft Windows 2003 Server, and Microsoft Visio 2003.

The damages to which Microsoft is entitled from Mr. Mak due to his infringing conduct will be determined at trial or by subsequent motion.

**(2)    Permanent Injunction**

Pursuant to 17 U.S.C. § 502(a), the Court finds that Microsoft is entitled to a permanent injunction as follows: The Court ORDERS that defendant Mr. Mak, along with his agents, servants, employees, representatives, successors, assigns, and all those persons acting at his direction or control, shall be and hereby are permanently ENJOINED and RESTRAINED from:

   (a)    distributing or making any other infringing use of Microsoft Student Media software protected by Microsoft's copyrights, including, but not limited to, the following Certificate Registration Numbers:

      (i)    TX 5-407-055 ("Microsoft Windows XP");

      (ii)   TX 5-837-617 ("Microsoft Office 2003");

      (iii)  TX 5-901-713 ("Microsoft Access 2003");

        (iv)    TX 5-837-636 ("Microsoft Excel 2003");

        (v)    TX 5-900-087 ("Microsoft Outlook 2003");

        (vi)    TX 5-877-513 ("Business Contact Manager for Microsoft Office Outlook 2003");

        (vii)    TX 5-852-649 ("Microsoft PowerPoint 2003");

        (viii)    TX 5-900-088 ("Microsoft Word 2003");

        (ix)    TX 5-837-519 ("Microsoft InfoPath 2003");

        (x)    TX 5-329-272 ("Microsoft Office XP");

        (xi)    TX 5-321-421 ("Microsoft Access 2002");

        (xii)    TX 5-318-231 ("Microsoft Excel 2002");

        (xiii)    TX 5-321-422 ("Microsoft Outlook 2002");

        (xiv)    TX 5-318-232 ("Microsoft PowerPoint 2002");

        (xv)    TX 5-321-425 ("Microsoft Word 2002");

        (xvi)    TX 5-321-423 ("Microsoft FrontPage 2002");

        (xvii)    TX 5-811-026 ("Microsoft Windows 2003 Server");

        (xviii)    TX 5-837-614 ("Microsoft Visio 2003"); and

        (xix)    Other items or works protected by Microsoft's copyrights;

    (b)    importing to or distributing within the United States any Microsoft software programs (including but not limited to Student Media), components, end user license agreements, or any other items protected by Microsoft's copyrights, including, but not limited to, the following Certificate Registration Numbers:

        (i)    TX 5-407-055 ("Microsoft Windows XP");

        (ii)    TX 5-837-617 ("Microsoft Office 2003");

        (iii)    TX 5-901-713 ("Microsoft Access 2003");

        (iv)    TX 5-837-636 ("Microsoft Excel 2003");

        (v)    TX 5-900-087 ("Microsoft Outlook 2003");

- (vi) X 5-877-513 ("Business Contact Manager for Microsoft Office Outlook 2003");
- (vii) TX 5-852-649 ("Microsoft PowerPoint 2003");
- (viii) TX 5-900-088 ("Microsoft Word 2003");
- (ix) TX 5-837-519 ("Microsoft InfoPath 2003");
- (x) TX 5-329-272 ("Microsoft Office XP");
- (xi) TX 5-321-421 ("Microsoft Access 2002");
- (xii) TX 5-318-231 ("Microsoft Excel 2002");
- (xiii) TX 5-321-422 ("Microsoft Outlook 2002");
- (xiv) TX 5-318-232 ("Microsoft PowerPoint 2002");
- (xv) TX 5-321-425 ("Microsoft Word 2002");
- (xvi) TX 5-321-423 ("Microsoft FrontPage 2002");
- (xvii) TX 5-811-026 ("Microsoft Windows 2003 Server");
- (xviii) TX 5-837-614 ("Microsoft Visio 2003"); and
- (xix) Other items or works protected by Microsoft's copyrights;

manufactured abroad and licensed for exclusive distribution outside the United States;

(c) engaging in any other activity constituting an infringement of any of Microsoft's copyrights;

///

///

///

(d) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in numbered paragraphs (a) through (c) above.

IT IS SO ORDERED.

DATED this ____ day of _____, 2008.

_____
Hon. Claudia Wilken
United States District Judge

Presented by:
PERKINS COIE LLP

By: /s/ Esha Bandyopadhyay
 Esha Bandyopadhyay (Bar No. 212249)
 bande@perkinscoie.com
101 Jefferson Drive
Menlo Park, California 94025-1114
Phone: (650) 838-4300
Fax: (650) 838-4350

OF COUNSEL:

YARMUTH WILSDON CALFO PLLC

By: /s/ Jeremy E. Roller
 Scott T. Wilsdon (*pro hac vice*)
 wilsdon@yarmuth.com
 Jeremy E. Roller (*pro hac vice*)
 jroller@yarmuth.com
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
Phone: (206) 516-3800
Fax: (206) 516-3888

Attorneys for Plaintiff **MICROSOFT CORPORATION**

<div style="text-align:center">CERTIFICATE OF SERVICE</div>

I hereby certify that the foregoing document was served upon the following parties, by the means designated below, this 10th day of July, 2008:

Steven A. Dillick
Law Offices of Steven A. Dillick
One Maritime Plaza, Suite 1040
San Francisco, CA  94111
Phone: 425-399-8777
Email: sdillick@ix.netcom.com
Counsel for Defendants

☐ U.S. Mail
☐ FedEx
☐ Hand-Delivery
☐ Facsimile
☐ Email
☒ ECF Electronic Filing

/s/ *Jeremy E. Roller*
Scott T. Wilsdon (*pro hac vice*)
Jeremy E. Roller (*pro hac vice*)
YARMUTH WILSDON CALFO PLLC

Attorneys for Plaintiff **MICROSOFT CORPORATION**


CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon the following parties, by the means designated below, this 10th day of July, 2008:

Steven A. Dillick
Law Offices of Steven A. Dillick
One Maritime Plaza, Suite 1040
San Francisco, CA  94111
Phone: 425-399-8777
Email: sdillick@ix.netcom.com
Counsel for Defendants

☐ U.S. Mail
☐ FedEx
☐ Hand-Delivery
☐ Facsimile
☐ Email
☒ ECF Electronic Filing

/s/ *Jeremy E. Roller*
Scott T. Wilsdon (*pro hac vice*)
Jeremy E. Roller (*pro hac vice*)
YARMUTH WILSDON CALFO PLLC

Attorneys for Plaintiff **MICROSOFT CORPORATION**