Esha Bandyopadhyay (Bar No. 212249)
bande@perkinscoie.com
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California 94025-1114
Phone: (650) 838-4300
Fax: (650) 838-4350

Scott T. Wilsdon (*pro hac vice*)
wilsdon@yarmuth.com
Jeremy E. Roller (*pro hac vice*)
jroller@yarmuth.com
Yarmuth Wilson Calfo PLLC
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
Phone: (206) 516-3800
Fax: (206) 516-3888

Attorneys for Plaintiff
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>          Plaintiff,<br><br>    v.<br><br>INTRAX GROUP, INC., d/b/a, SURPLUS COMPUTERS, a California corporation; MICHAEL MAK, an individual; and JOHN DOES 1-5,<br><br>          Defendants. | No. 07-CV-01840-CW<br><br>DECLARATION OF MILES HAWKES IN SUPPORT OF PLAINTIFF MICROSOFT CORPORATION'S MOTION FOR SUMMARY JUDGMENT |

I, Miles Hawkes, hereby declare as follows:

1.    I am employed as an Anti-Piracy Investigator by plaintiff Microsoft Corporation ("Microsoft") and have been since January 2006. I make this Declaration upon personal knowledge and, if called to testify, could and would testify competently to the facts set forth herein.

### A. **Professional Experience**

2.      One of my primary areas of responsibility at Microsoft is investigating piracy reports involving Microsoft products. In that capacity, I work with the Microsoft Legal and Corporate Affairs group, federal and state law enforcement agencies, and outside civil piracy counsel. In connection with my work for law enforcement agencies, I have accompanied agents on the execution of search warrants, assisted in the identification of counterfeit and infringing Microsoft products, and analyzed business and financial records of individuals and companies engaged in software piracy.

3.      Prior to joining Microsoft, I was a Detective with the City of Seattle and had been a Police Officer for over twenty years. I have received training in investigations from the Drug Enforcement Administration, Federal Bureau of Investigation, Los Angeles Police Department, and the Seattle Police Department. I have received extensive training throughout my career in investigative techniques and procedures. I have been directly involved in the service of over 300 search warrants and have been the affiant of over 100 search warrants. I was responsible for gathering evidence in support of criminal charges, presenting that evidence to prosecutors and testifying in civil and criminal proceedings, including Grand Jury and trial.

4.      I will receive no compensation in connection with my work in this matter other than my normal salary. Based on my employment duties and responsibilities and in the ordinary course of Microsoft's business, I have gained and have personal knowledge of the facts set forth below or have reason to believe them as true based upon business records kept in the ordinary course of Microsoft's business.

### B. **Microsoft Student Media Software Distributed by Defendants**

5.      Microsoft makes controlled test purchases of suspect software products. The acquired evidence is formally analyzed by Microsoft product identification experts to determine if the software and components are genuine, counterfeit or otherwise infringing.

6.     Microsoft also receives information from consumers who are concerned about the legitimacy of Microsoft products they have purchased.  Consumers contact Microsoft's piracy hotline, which is a toll free telephone number operated by Microsoft to assist consumers in verifying whether they are using genuine Microsoft products.  Microsoft also offers several customer assistance programs including Windows Genuine Advantage and 48 Hour PID, which provide a process for consumers to submit suspect software to Microsoft for analysis.

7.     In my capacity as an Anti-Piracy Investigator, I am familiar with the formal findings of the Microsoft product identification experts and with the infringement reports that are generated by Microsoft when Microsoft receives information that an individual or company may be distributing counterfeit or infringing Microsoft software and/or components. I have reviewed numerous reports regarding infringing Microsoft software and/or components distributed by the defendants in this action.

8.     On or about April 10, 2006, an outside investigator placed an order for one unit of a Microsoft product known as Office 2003 Standard from the Surplus Computers Defendants through their web site www.surpluscomputers.com.  The investigator received the software on or about April 14, 2006.  Redacted true and correct copies of the invoice and shipping label that accompanied the software are attached hereto as Exhibit 1.  The software (CD-ROM) was later analyzed by a product identification specialist at Microsoft and was determined to be Student Media software, which is licensed for distribution only to specially qualified educational users and which the Surplus Computers Defendants are not licensed to distribute.  Manufacturing codes on the CD-ROM and a work order number accompanying the software indicate that the CD-ROM was manufactured in Ireland, and was not licensed for distribution or use in the United States.

9.     On or about September 26, 2006, an outside investigator placed an order for one unit of a Microsoft product known as Windows XP Professional x64 Edition and one unit of a Microsoft product known as Office 2003 Professional Enterprise Edition from Surplus

1  Computers through their web site www.surpluscomputers.com. The investigator received the

2  software on or about October 2, 2006. Redacted true and correct copies of the invoice and

3  shipping label that accompanied the software are attached hereto as Exhibit 2. The software

4  (CD-ROMs) was later analyzed by a product identification specialist at Microsoft and was

5  determined to be Student Media software, which is licensed for distribution only to specially

6  qualified educational users and which the Surplus Computers Defendants are not licensed to

7  distribute. Manufacturing codes on the Windows XP Professional x64 CD-ROM indicate that

8  the CD-ROM was manufactured in Ireland, and was not licensed for distribution or use in the

9  United States. Manufacturing codes on the Office 2003 Professional Enterprise Edition CD-

10  ROM and a work order number accompanying the software indicate that the CD-ROM was

11  manufactured in Ireland, and was not licensed for distribution or use in the United States.

12    10.    On or about November 3, 2006, an outside investigator placed an order for one

13  unit of Windows XP Professional from the Surplus Computers Defendants through their web

14  site www.surpluscomputers.com. The investigator received the software on or about

15  November 13, 2006. Redacted true and correct copies of the invoice and shipping label that

16  accompanied the software are attached hereto as Exhibit 3. The software (CD-ROM) was

17  later analyzed by a product identification specialist at Microsoft and was determined to be

18  Student Media software, which is licensed for distribution only to specially qualified

19  educational users and which the Surplus Computers Defendants are not licensed to distribute.

20  Manufacturing codes on the CD-ROM indicate that the CD-ROM was manufactured in

21  Ireland or Germany, and was not licensed for distribution or use in the United States.

22    11.    On or about January 3, 2007, Microsoft notified the Surplus Computers

23  Defendants by letter that Microsoft had analyzed software distributed by them and had

24  identified it as infringing Student Media. The letter demanded that the Surplus Computers

25  Defendants immediately cease and desist all infringing activity and warned that Microsoft

26  reserved "the right to seek all available legal remedies without further notice." The letter was

27

28

DECLARATION OF MILES HAWKES IN SUPPORT OF
MICROSOFT'S MOTION FOR SUMMARY JUDGMENT
NO. 07-CV-01840 – Page 4

1  delivered by Federal Express to the current business address for the Surplus Computers

2  Defendants.  A true and correct copy of that letter is attached hereto as Exhibit 4.

3         12.     Despite receiving the warning described in the prior paragraph, the Surplus

4  Computers Defendants continued to engage in their infringing and illegal practices.  On or

5  about January 11, 2007, an investigator placed an order for one unit of Windows XP

6  Professional x64 Edition and one unit of a Microsoft product known as Office 2003

7  Professional Enterprise Edition from the Surplus Computers Defendants through their web

8  site www.surpluscomputers.com.  The investigator received the software on or about January

9  16, 2007.  Redacted true and correct copies of the invoice and shipping label that

10  accompanied the software are attached hereto as Exhibit 5.  The software (CD-ROMs) was

11  later analyzed by a product identification specialist at Microsoft and was determined to be

12  Student Media software, which is licensed for distribution only to specially qualified

13  educational users and which the Surplus Computers Defendants are not licensed to distribute.

14  Manufacturing codes on the Windows XP Professional x64 CD-ROM indicate that the CD-

15  ROM was manufactured in Ireland, and was not licensed for distribution or use in the United

16  States.  Manufacturing codes on the Office 2003 Professional Enterprise Edition CD-ROM

17  and a work order number accompanying the software indicate that the CD-ROM was

18  manufactured in Ireland, and was not licensed for distribution or use in the United States.

19         13.     On or about March 6, 2007, an investigator placed an order for three units of

20  Office 2003 Professional Enterprise Edition from the Surplus Computers Defendants through

21  their web site www.surpluscomputers.com.  The investigator received the software on or

22  about March 12, 2007.  Redacted true and correct copies of the invoice and shipping label that

23  accompanied the software are attached hereto as Exhibit 6.  The software (CD-ROMs) was

24  later analyzed by a product identification specialist at Microsoft and was determined to be

25  Student Media software, which is licensed for distribution only to specially qualified

26  educational users and which the Surplus Computers Defendants are not licensed to distribute.

27  Manufacturing codes on the CD-ROMs and work order numbers accompanying the software

28

DECLARATION OF MILES HAWKES IN SUPPORT OF
MICROSOFT'S MOTION FOR SUMMARY JUDGMENT
NO. 07-CV-01840 – Page 5

1  indicate that the CD-ROMs were manufactured in Ireland, and were not licensed for

2  distribution or use in the United States.

### C.  Infringement Warnings to Michael Mak's Business

4  14.  In addition to the January 3, 2007 letter to the Surplus Computers Defendants

5  regarding Microsoft Student Media (described above in Paragraph 11), Michael Mak or his

6  company has received multiple other warnings from Microsoft.

7  a.  On or about April 9, 2000, Microsoft notified Software & Stuff, a

8  "d/b/a" of Defendant Intrax Group, that it may have distributed illegal and/or unlicensed

9  Microsoft software products. That letter informed Software & Stuff of the consequences of

10  illegal distribution of Microsoft software. A true and correct copy of that letter is attached

11  hereto as Exhibit 7.

12  b.  On or about May 31, 2000, Microsoft notified Defendant Intrax Group

13  that it may have distributed illegal and/or unlicensed Microsoft software products. That letter

14  informed Intrax Group of the consequences of illegal distribution of Microsoft software. A

15  true and correct copy of that letter is attached hereto as Exhibit 8.

16  c.  On or about September 7, 2000, Microsoft notified Software & Stuff, a

17  "d/b/a" of Defendant Intrax Group, that it may have distributed illegal and/or unlicensed

18  Microsoft software products. That letter informed Software & Stuff of the consequences of

19  illegal distribution of Microsoft software. A true and correct copy of that letter is attached

20  hereto as Exhibit 9.

21  d.  On or about November 15, 2001, Microsoft notified Software and

22  Stuff.com, a "d/b/a" of Defendant Intrax Group, that it may have distributed illegal and/or

23  unlicensed Microsoft software products. That letter informed Software and Stuff.com of the

24  consequences of illegal distribution of Microsoft software. A true and correct copy of that

25  letter is attached hereto as Exhibit 10.

26

27

28

DECLARATION OF MILES HAWKES IN SUPPORT OF
MICROSOFT'S MOTION FOR SUMMARY JUDGMENT
NO. 07-CV-01840 – Page 6

### D.    Microsoft's Copyrights

15.    It is my understanding that at all times since their creation, Microsoft has been, and still is, the sole owner of all right, title and interest in, and to, the following software, their corresponding Certificates of Registration, and all subsequent versions thereof:

a.    "Microsoft Windows XP Professional" (Copyright Registration No. TX 5-407-055);

b.    "Microsoft Office 2003 Professional" (Copyright Registration No. TX 5-837-617).  Microsoft Office 2003 Professional includes the following popular Microsoft programs:

(i)    "Microsoft Access 2003" (Copyright Registration No. TX 5-901-713);

(ii)    "Microsoft Excel 2003" (Copyright Registration No. TX 5-837-636);

(iii)    "Microsoft Outlook 2003" (Copyright Registration No. TX 5-900-087);

(iv)    "Business Contact Manager for Microsoft Office Outlook 2003" (Copyright Registration No. TX 5-877-513);

(v)    "Microsoft PowerPoint 2003" (Copyright Registration No. TX 5-852-649);

(vi)    "Microsoft Word 2003" (Copyright Registration No. TX 5-900-088);

(vii)    "Microsoft InfoPath 2003" (Copyright Registration No. TX 5-837-619);

c.    "Microsoft Office XP" (Copyright Registration No. TX 5-329-272). Microsoft Office XP includes the following popular Microsoft programs:

(i)    "Microsoft Access 2002" (Copyright Registration No. TX 5-321-421);

1       (ii) "Microsoft Excel 2002" (Copyright Registration No. TX 5-318-

2       231);

3       (iii) "Microsoft Outlook 2002" (Copyright Registration No. TX 5-

4       321-422);

5       (iv) "Microsoft PowerPoint 2002" (Copyright Registration No. TX

6       5-318-232);

7       (v) "Microsoft Word 2002" (Copyright Registration No. TX 5-321-

8       425);

9       (vi) "Microsoft FrontPage 2002" (Copyright Registration No. TX 5-

10      321-423);

11    d. "Microsoft Windows 2003 Server" (Copyright Registration No. TX 5-

12  811-026); and

13    e. "Microsoft Visio 2003" (Copyright Registration TX 5-837-614).

14    16. True and correct copies of Microsoft's Copyright Registration Certificates for

15  the above-listed software are attached hereto as Exhibits 11 to 28.

16

17    I declare under penalty of perjury that the foregoing is true to the best of my

18  knowledge.

19

20    DATED this 9 day of July, 2008.

21

22                  _____

23               Miles Hawkes

24

25

26

27

28

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon the following parties, by the means designated below, this 10th day of July, 2008:

Steven A. Dillick
Law Offices of Steven A. Dillick
One Maritime Plaza, Suite 1040
San Francisco, CA  94111
Phone: 425-399-8777
Email: sdillick@ix.netcom.com
Counsel for Defendants

☐ U.S. Mail
☐ FedEx
☐ Hand-Delivery
☐ Facsimile
☐ Email
☑ ECF Electronic Filing


/s/ Jeremy E. Roller
Scott T. Wilsdon (*pro hac vice*)
Jeremy E. Roller (*pro hac vice*)
YARMUTH WILSDON CALFO PLLC

Attorneys for Plaintiff **MICROSOFT
CORPORATION**

# EXHIBIT 1



**Surplus Computers**
1600 Duane Ave, Santa Clara, Ca 95054
Phone: 408-327-0420 Fax: 408-327-0113

# Order Number B498907

Order Date    04/10/06



\* 4 9 8 9 0 7 \*

Bill To:                                          Ship To:

**REDACTED**                                    **REDACTED**

## THIS IS A BID/ESTIMATE

| Customer. | Ship Via | F.O.B. | Terms | Purchase Order Number | Salesperson | Reference No. |
|---|---|---|---|---|---|---|
| MJE62 | Ground | Santa Clara | Master Card | CC 1071118617 | NET | N-436069 |

| Qty. Ordered | Qty. Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Required Date | Unit Price / Discount % Tax | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 0 | SWW12430 Microsoft Office 2003 STD (NFR) | | 04/10/06 | 69.99 Y | 69.99 |

PLEASE NOTE: If an item is marked out, we no longer have the product available. your original amount has been adjusted. Check your credit card statement before contacting us. If amount was not adjusted, contact orderprocess@surpluscomputers.com
REFERENCE EMAILS: Wrong items, reshipment of orders—> reship@surpluscomputers.com
Defective merchandise, returns—> rma@surpluscomputers.com, Defective Ebay merchandise rma2@surpluscomputers.com
Technical and product support—> techsupport@surpluscomputers.com

| | |
|---|---|
| Non Taxable Subtotal | 0.00 |
| Taxable Subtotal | 69.99 |
| Tax (8.250%) | 5.77 |
| Total Order | 75.76 |

Print Date: 04/06/06    10:07 AM              Duplicate                    Exhibit _1_ Page _1_              Page  1

SHIPPING DEPARTMENT
(408) 327-0420
SURPLUS COMPUTERS
1600 DUANE AVE
SANTA CLARA  CA 95054

**1 LBS**          1 OF 1

SHIP TO:

**REDACTED**

 **CA 900 9-30**



**UPS GROUND**

TRACKING #: 1Z ~~REDACTED~~



Exhibit **1** Page **2**

# EXHIBIT 2



**Surplus Computers**

1600 Duane Ave. Santa Clara, Ca 95054
Phone: 408-327-0420 Fax: 408-327-0113

# Order Number B565146

Order Date 09/26/06



* 5 6 5 1 4 6 *

Bill To:

**REDACTED**

Ship To:

**REDACTED**

### THIS IS A BID/ESTIMATE

| Customer | Ship Via | F.O.B. | Terms | Purchase Order Number | Salesperson | Reference No |
|----------|----------|--------|-------|-----------------------|-------------|--------------|
| MWI343 | 2nd Day Air | Santa Clara | Master Card | CC 4519E134E0 | NET | N-532918 |

| Qty. Ordered | Qty. Shipped | Item Number | Unit of Measure | Required Date | Unit Price | | Extended P |
|---|---|---|---|---|---|---|---|
| | Back Ordered | Item Description | | | Discount % | Tax | |
| 1 | 0 | SWW13455 | | 09/26/06 | 49.99 | | 49. |
| | | Microsoft Windows XP Professional x64 Edition (NFR) | | | | Y | |
| 1 | 0 | SWW13454 | | 09/26/06 | 109.99 | | 109. |
| | | Microsoft Office 2003 Professional (NFR) | | | | Y | |

PLEASE NOTE: If an item is marked out, we no longer have the product available. your original amount has been adjusted.
Check your credit card statement before contacting us. If amount was not adjusted, contact orderprocess@surpluscomputers.com
REFERENCE EMAILS: Wrong items, reshipment of orders—> reship@surpluscomputers.com
Defective merchandise, returns—> rma@surpluscomputers.com, Defective Ebay merchandise rma2@surpluscomputers.com
Technical and product support—> techsupport@surpluscomputers.com

| | |
|---|---|
| Shipping Subtotal | 18 |
| Non Taxable Subtotal | 0 |
| Taxable Subtotal | 159 |
| Tax | 0 |
| Total Order | 178 |

Print Date: 09/26/06   7:30 AM          Duplicate          Exhibit _2_ Page _1_          Page



SHIPPING DEPARTMENT
(408) 327-0420
SURPLUS COMPUTERS
1800 DUANE AVE
SANTA CLARA   CA 95054

**1 LBS**            .1 OF 1

SHIP TO:

**REDACTED**

**TX 773 0-01**

**UPS 2ND DAY AIR** REDACTED   **2**

TRACKING #: 1Z

BILLING: P/P

**REDACTED**

P:GREEN   S:GOING   I:311
48F 1762

Exhibit **2** Page **2**

# EXHIBIT 3

**Surplus Computers**

1600 Duane Ave, Santa Clara, Ca 95054
Phone: 408-327-0420 Fax: 408-327-0113

# Order Number B577190

Order Date     11/03/06


\* 577190 \*

**Bill To:**

**REDACTED**

**Ship To:**

**REDACTED**

### THIS IS A BID/ESTIMATE

| Customer | Ship Via | F.O.B. | Terms | Purchase Order Number | Salesperson | Reference No. |
|---|---|---|---|---|---|---|
| RBR379 | Ground | Santa Clara | Visa | CC 454B7D3898 | NET | N-549723 |

| Qty Ordered | Qty Shipped | Item Number | Unit of Measure | Required Date | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | Back Ordered | Item Description | | | Discount % | Tax | |
| 2 | 0 | SWW13456 | | 11/03/06 | 89.99 | | 179.98 |
| | | Microsoft Windows XP Professional Edition (NFR) | | | | Y | |

PLEASE NOTE: If an item is marked out, we no longer have the product available. your original amount has been adjusted.
Check your credit card statement before contacting us. If amount was not adjusted, contact orderprocess@surpluscomputers.com
REFERENCE EMAILS: Wrong items, reshipment of orders—> reship@surpluscomputers.com
Defective merchandise, returns—> rma@surpluscomputers.com,  Defective Ebay merchandise rma2@surpluscomputers.com
Technical and product support—> techsupport@surpluscomputers.com

| | |
|---|---|
| Non Taxable Subtotal | 0.00 |
| Taxable Subtotal | 179.98 |
| Tax | 0.00 |
| Total Order | 179.9 |

Print Date: 11/03/06     12:51 PM          Duplicate (Reprinted)

Exhibit **3** Page **1**

Page



SHIPPING DEPARTMENT
(408) 327-8420
SURPLUS COMPUTERS
1600 DUANE AVE
SANTA CLARA  CA 95054

1 OF 1

SHIP TO:

**REDACTED**

 

TX 770 9-10

UPS GROUND                **REDACTED**

TRACKING #: 1Z



BILLING: P/P

**REDACTED**

 P:**PINKA**  S:**TBLUE**  I:**1**

Exhibit *3* Page *2*

# EXHIBIT 4

# YARMUTH WILSDON CALFO PLLC
## ATTORNEYS AT LAW

FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104

T 206.516.3800
F 206.516.3888
www.yarmuth.com

January 3, 2007

**VIA FEDERAL EXPRESS**

Surplus Computers
Attn: Mike Mak
1600 Duane Avenue
Santa Clara, CA 95054

  Re: Cease and Desist Illegal Distribution of Infringing Microsoft® Software

Dear Owner:

  This law firm represents Microsoft Corporation ("Microsoft"). We are writing to inform you that your company has distributed Microsoft Student Media in violation of Microsoft's rights under the Copyright Act.

  Microsoft has established a special academic program to provide Microsoft software products to qualified students and educators to support educational opportunities for students worldwide. The program is open to qualified educational institutions, K-12 and higher, and allows them to purchase software on behalf of their student population at highly discounted prices. The Student Media program is intended only for students enrolled and educators teaching at qualified educational institutions.

  Educational institutions that choose to enroll in a Campus Agreement are entitled to license their students for selected Microsoft titles. Each institution may order Student Media throughout the term of its agreement only from Authorized Education Resellers (AERs). Microsoft AERs are specially trained and authorized to sell Microsoft Student Media and Academic Edition software products and licenses to qualified educational users. AERs based in the United States are the **only** entities authorized to provide Student Media in the United States. Both the education institutions and the AERs are prohibited from reselling this Student Media software because the program is designed to provide low cost software to qualified students and not to the general public.

  A qualified educational institution is defined as an accredited institution organized and operated exclusively for the purpose of teaching its enrolled students.

Exhibit __4__ Page __1__

January 3, 2007
Page 2

**An accredited institution must be:**

> A public or private K-12, vocational school, correspondence school, junior college, college, university, or scientific or technical school that is either institutionally accredited by an accrediting agency nationally recognized by the U.S. Secretary of Education or, in the case of public K-12 institutions only, recognized or approved by the Department of Education of the state in which it is located.

> **OR**

> A preschool meeting all of the following criteria: (i) is an early childhood program incorporated for the purpose of providing educational services to children between two and five years of age, and which serves a minimum of ten such children; and (ii) has been in operation for at least one year.

A list of Authorized Academic Resellers can be found at the following link: http://www.microsoft.com/education/aerfind.aspx

You are not an Authorized Education Reseller of Microsoft Student Media nor are you otherwise licensed or authorized to participate in the special licensing program. Your distribution of this Microsoft Software violates, among other laws, 17 U.S.C. § 501. Additionally, if you are acquiring this Microsoft Student Media from abroad, your importation to the United States of that Student Media violates 17 U.S.C. § 602(a). Intentional violation of the Copyright Act may also be subject to criminal penalties. Even an unintentional infringing distribution of Microsoft products in violation of the Copyright Act could subject your company and you personally and individually to civil liability.

In addition to the above, Microsoft possesses compelling and disturbing evidence that individuals located in the Middle East and elsewhere throughout the world are actively defrauding Microsoft by, among other things, abusing the Student Media Program offered to students in that region. These unscrupulous individuals are engaged in a criminal scheme that has resulted in the unlawful importation of thousands of units of misappropriated Student Media from the Middle East to the United States. This criminal enterprise is financed by the improper purchase, import, and distribution of Student Media in the United States. This letter is to formally advise you that your involvement in any of the above is facilitating and financing the unlawful conduct referenced herein. Further, by distributing Student Media you are also tortiously interfering with Microsoft's contractual relationships with its distributors and academic resellers.

Accordingly, Microsoft demands that Surplus Computers and Mike Mak immediately cease and desist all infringing activity, and reserves the right to seek all available legal remedies without further notice.

Exhibit **4** Page **2**

January 3, 2007
Page 3

Further, we demand that within five (5) business days of receiving this letter you provide us with the following documents and information:

(1)       Any and all Microsoft Student Media in your possession;

(2)       Copies of all business records, including, but not limited to, invoices, billing statements, orders and shipping records relating to any Microsoft Student Media that you have acquired and/or distributed;

(3)       The names and full contact information of the companies and/or individuals from whom you acquired any Microsoft Student Media, including addresses, telephone numbers, email addresses and website addresses; and

(4)       Copies of any correspondence, email or otherwise, relating to any Microsoft Student Media you have acquired and/or distributed.

In addition to ceasing any further infringing activities, you, or your attorney, should call us immediately at (206) 971-5817 to discuss this matter, and to make arrangements to provide the requested documents and information.   Thank you for your prompt attention to this matter.

Sincerely,

YARMUTH WILSDON CALFO PLLC

By: _____
Scott T. Wilsdon
John H. Jamnback
Jeremy Roller

Exhibit 4 Page 3

**FedEx.**

US Home

Español

Information Center | Customer Support | Site M

Search

| Package/Envelope Services | Office / Print Services | Freight Services | Expedited Services |

| Ship | Track | Manage My Account | International Tools |

Track Shipments
## Detailed Results

🖨 Printable Version    ❓ Quick Help

| Tracking number | 791201443271 | Reference | 425.01 |
| Signed for by | M.TAMEZ | Destination | SANTA CLARA, CA |
| Ship date | Jan 3, 2007 | Service type | FedEx 2Day Service |
| Delivery date | Jan 8, 2007 11:47 AM | | |

**Wrong Address?**
Reduce future mistakes by using FedEx Address Checker.

Status            Delivered

Signature image   Yes
available

**Tracking a FedEx SmartPost Shipment?**
Go to shipper login

| Date/Time | | Activity | Location | Details |
| Jan 8, 2007 | 11:47 AM | Delivered | SANTA CLARA, CA | |

Take 15% off
list rates on eligible
FedEx Express®
online shipments.

[ Signature proof ]    [ Track more shipments ]    Learn more >>

**E-mail your detailed tracking results (optional)**

Enter your name and e-mail address, submit up to three e-mail addresses, add your message (optional), and click **Submit**. If you include a message, you must enter your name and e-mail address in the fields provided.

Your Name:

Your E-mail Address:

To E-mail Address(es):

Add personal message:

Not available for non-English characters

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

[ Submit ]

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2007 FedEx

Exhibit **4** Page **4**



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

April 19,2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **791201443271**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | 27 BONAVENTURE DRIVE |
| Signed for by: | M.TAMEZ | Delivery date: | Jan 8, 2007 11:47 |
| Service type: | FedEx 2Day Service | | |

M. TAMEZ

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 791201443271 | Ship date: | Jan 3, 2007 |

**Recipient:**
MIKE MAK
SURPLUS COMPUTERS
27 BONAVENTURA

SANTA CLARA, CA 95134 US
**Reference**

**Shipper:**
MICHAEL HOUCK
YARMUTH WILSDON CALFO
925 4TH AVENUE
SUITE 2500
SEATTLE, WA 98104 US
425.01

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

Exhibit **4** Page **5**

# EXHIBIT 5

**Surplus Computers**

27 Bonaventura Drive, San Jose, CA 95134
Phone: 408-327-0420 Fax: 408-577-1569

# Order Number _____

**Order Date**    01/11/07

`* 598120 *`

**Bill To:**

**REDACTED**

USA

**Ship To:**

**REDACTED**

USA

### THIS IS A BID/ESTIMATE

| Customer | Ship Via | F.O.B. | Terms | Purchase Order Number | Salesperson | Reference No. |
|---|---|---|---|---|---|---|
| | 2nd Day Air | Santa Clara | | | NET | |

| Qty. Ordered | Qty. Shipped | Item Number | Unit of Measure | Required Date | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | Back Ordered | Item Description | | | Discount % | Tax | |
| 1 | 0 | SWW13471 | | 01/11/07 | 129.99 | 129.99 |
| | | Microsoft Office 2003 Pro & Windows XP Pro x64 Bundle (NFR) | | | | Y |

| | | |
|---|---|---|
| Shipping Subtotal | | 18.40 |
| Non Taxable Subtotal | | 0.00 |
| Taxable Subtotal | | 129.99 |
| Tax | | 0.00 |
| Total Order | | 148.39 |

PLEASE NOTE   If an item is marked out, we no longer have the product available.  your original amount has been adjusted
Check your credit card statement before contacting us.  if  amount was not adjusted, contact orderprocess@surpluscomputers.com
REFERENCE EMAILS   Wrong items, reshipment of orders ---> rashıp@surpluscomputers.com
Defective merchandise, returns---> rma@surpluscomputers.com.  Defective Ebay merchandise rma2@surpluscomputers.com
Technical and product support---> techsupport@surpluscomputers.com

```
SHIPPING DEPT
(408) 927-0420
SURPLUSCOMPUTERS.COM
27 BONAVENTURA   DRIVE
SAN JOSE  CA 95134
```

1 LBS          1 OF 1

SHIP TO:

**REDACTED**



UPS 2ND DAY AIR

TRACKING #: 1Z   **REDACTED**   2



BILLING: P/P

**REDACTED**   2   I:007

GREEN   S:

Exhibit 5 Page 2

# EXHIBIT 6



**Surplus Computers**

27 Bonaventura Drive, San Jose, CA 95134
Phone: 408-327-0420  Fax: 408-577-1569

# Order Number B615900

Order Date    03/06/07



\* 615900 \*

Bill To:

**REDACTED**

Ship To:

**REDACTED**

### THIS IS A BID/ESTIMATE

| Customer | Ship Via | F.O.B. | Terms | Purchase Order Number | Salesperson | Reference No. |
|---|---|---|---|---|---|---|
| RMU168 | 2nd Day Air | Santa Clara | Visa | CC 45EE37E691 | NET | N-604357 |

| Qty. Ordered | Qty. Shipped Back Ordered | Item Number Item Description | Unit of Measure | Required Date | Unit Price Discount % | Tax | Extended Price |
|---|---|---|---|---|---|---|---|
| 3 | 0 | SWW13454<br>Microsoft Office 2003 Professional (NFR) | | 03/06/07 | 99.99 | Y | 299.97 |

PLEASE NOTE: If an item is marked out, we no longer have the product available. your original amount has been adjusted.
Check your credit card statement before contacting us. If amount was not adjusted, contact orderprocess@surpluscomputers.com
REFERENCE EMAILS. Wrong items, reshipment of orders---> websales@surpluscomputers.com
Defective merchandise, returns---> rma@surpluscomputers.com, Defective Ebay merchandise rma2@surpluscomputers.com
Technical and product support--- techsupport@surpluscomputers.com

| | |
|---|---|
| Shipping Subtotal | 20.62 |
| Non Taxable Subtotal | 0.00 |
| Taxable Subtotal | 299.97 |
| Tax | 0.00 |
| Total Order | 320.59 |

Print Date: 03/05/07    7:25 AM                    Duplicate

Exhibit 6 Page 1



SHIPPING DEPARTMENT
(408) 327-0420
SURPLUS COMPUTERS
27 BONAVENTURA   DRIVE
SAN JOSE  CA 95134-2105

1 LBS                    1 OF 1

SHIP TO:

**REDACTED**

WA 989 9-01

UPS GROUND          **REDACTED**
TRACKING #: 1Z

BILLING: P/P

Exhibit **6** Page **2**

# EXHIBIT 7

Microsoft Corporation
One Microsoft Way
Redmond, WA 98052-6399

Tel 425 882 8080
Fax 425 936 7329
http://www.microsoft.com/

*Microsoft*

9 April 2000

Software & Stuff
1725 Little Orchard St. #C
San JoseCalifornia95125

Dear Owner:

Microsoft has received a report that you may have distributed illegal and/or unlicensed Microsoft software products. Microsoft would like to take this opportunity to advise you how you can avoid exposing your business to the consequences of counterfeiting and other forms of illegal software distribution.

Consequences of Illegal Distribution
Microsoft takes the protection of its trademarks and copyrights very seriously and undertakes substantial legal and educational programs to protect consumers, honest resellers and honest system builders from counterfeit and illegal products. Microsoft routinely conducts undercover test purchases across the country from system builders and resellers who are reportedly selling counterfeit or other unlicensed Microsoft software. Federal law authorizes damages up to $100,000 per willful copyright infringement and up to $1,000,000 for willful trademark counterfeiting. Intentional violators may also be subject to criminal penalties, including fines and imprisonment.

Types of Software Piracy
*Counterfeit:* Counterfeiting includes the manufacture or distribution of unauthorized copies of products protected by trademark and copyright. Counterfeiting violates federal copyright and trademark laws, and may expose your company to substantial money damages and unfavorable publicity.

*Hard Disk Loading:* Hard disk loading is the unlicensed installation of software onto the hard drive of a computer system. All Microsoft software installed on the hard drive of a computer system must be installed pursuant to a license from Microsoft and must be accompanied by a packaged unit of such software that includes a Certificate of Authenticity (COA). Unlicensed installation violates federal copyright and trademarks laws.

*Microsoft Worldwide Fulfillment (formerly Microsoft Easy Fulfillment ("MEF") Software Components:* Microsoft offers supplemental CD-ROMs and user manuals only to customers who have already purchased an Open or Select license. Supplemental components are not offered to the general public as retail or OEM products. They lack several essential components of complete Microsoft products, including documentation, COA, End User License Agreement, and warranty. Unauthorized distribution of supplemental components violates federal trademark law.

*Unauthorized Distribution of Microsoft Academic or OEM version Products:* Authorized Education Resellers licensed by Microsoft (AERs) may distribute academic versions of certain Microsoft products to *bona fide* educational institutions, students, and other qualified academic end users at substantial discounts. These academic versions are not authorized for distribution to the general public, and such distribution may violate federal copyright law as well as AER license agreements. Similarly, OEM version products may only be distributed with new PC hardware, and standalone distribution may violate federal copyright law as well as OEM license agreements.

How You Can Protect Your Business
One of the easiest ways to safeguard yourself and your company from the liability of dealing in counterfeit or other illegal software is to obtain Microsoft products from authorized sources. Microsoft packaged products and Open licenses can be obtained through the Authorized Microsoft Retail Product Distributors listed on http://www.microsoft.com/directaccess/antipiracy/disti.htm.

If you are a System Builder, your assured source of genuine Microsoft OEM products is from the Authorized Microsoft OEM Product Distributors through the Microsoft System Builder Program. Please contact OEM Information at 1-800-325-1233 or visit the Microsoft OEM System Builder Web Site at http://www.microsoft.com/oem to register.

If you have questions or concerns regarding the piracy issues discussed in this letter, please call the Microsoft Anti-Piracy Hotline at 1-800 RULEGIT or 1-800-785-3448. For more information regarding Microsoft's efforts to combat software piracy, please visit the Microsoft Anti-Piracy homepage at http://www.microsoft.com/piracy.

Yours truly,

Microsoft Reseller Compliance Program                               54549

Microsoft Corporation is an equal opportunity employer.

Exhibit **7** Page **1**

# EXHIBIT 8

Microsoft Corporation
One Microsoft Way
Redmond, WA 98052-6399

Tel 425 882 8080
Fax 425 936 7329
http://www.microsoft.com/

5/31/2000

**Microsoft**

Intrax Group (softwareandstuff.com)
1725 Little Orchard, Suite C
San Jose, California  95125

Dear Owner:

Microsoft has received a report that you may have distributed illegal and/or unlicensed Microsoft software.  Microsoft would like to take this opportunity to advise you how you can avoid exposing your business to the consequences of counterfeiting and other forms of illegal software distribution.

<u>Consequences of Illegal Distribution</u>
Microsoft takes the protection of its trademarks and copyrights very seriously and undertakes substantial legal and educational programs to protect consumers, honest resellers and honest system builders from counterfeit and illegal software distribution  Microsoft routinely conducts undercover test purchases across the country from system builders and resellers who are reportedly selling counterfeit or other unlicensed Microsoft software.  Federal law authorizes damages up to $150,000 per each willful copyright infringement and up to $1,000,000 for each registered trademark subjected to willful trademark counterfeiting.  Intentional violators may also be subject to criminal penalties, including fines and imprisonment.

<u>Types of Software Piracy</u>
*Counterfeit:*  Counterfeiting includes the manufacture or distribution of unauthorized copies of products protected by trademark and copyright.  Counterfeiting violates federal copyright and trademark laws, and may expose your company to substantial money damages and unfavorable publicity.

*Hard Disk Loading*: Hard disk loading is the unlicensed installation of software onto the hard drive of a computer system.  All Microsoft software installed on the hard drive of a computer system must be installed pursuant to a license from Microsoft and must be accompanied by a packaged unit of such software that includes an End User License Agreement (EULA), CD-ROM, User Manual, Certificate of Authenticity, and registration card that are part of that software program.  Unlicensed installation violates federal copyright and trademarks laws.

*Microsoft Worldwide Fulfillment (formerly Microsoft Easy Fulfillment ("MEF")) Software Components*: Microsoft offers supplemental CD-ROMs and user manuals only to customers who have already acquired an Open or Select license.  Supplemental components are not offered to the general public as retail or OEM software.  They lack several essential components of complete Microsoft products, including documentation, a COA, an End User License Agreement, and a warranty.  Unauthorized distribution of supplemental components violates federal trademark law.

*Unauthorized Distribution of Microsoft Academic or OEM version Products:* Authorized Education Resellers licensed by Microsoft (AERs) may distribute academic versions of certain Microsoft software programs to *bona fide* educational institutions, students, and other qualified academic end users at substantial discounts.  These academic versions are not authorized for distribution to the general public, and such distribution may violate federal copyright law as well as AER license agreements.  Similarly, OEM version software is required to be distributed with new PC hardware, and standalone distribution may violate federal copyright law as well as OEM license agreements.

<u>How You Can Protect Your Business</u>
It is important to understand that resellers of counterfeit or infringing software risk exposure to substantial liability even if the reseller does not possess actual knowledge that the software was counterfeit or infringing.  The easiest way to safeguard yourself and your company from the liability of dealing in counterfeit or other illegal software is to obtain Microsoft software and hardware components from authorized sources.  Microsoft packaged products and Open licenses can be obtained through the Authorized Microsoft Retail Product Distributors listed on http://www.microsoft.com/directaccess/products/distributors.

If you are a System Builder, your assured source of genuine Microsoft OEM software is from the Authorized Microsoft OEM Product Distributors through the Microsoft System Builder Program.  Please contact OEM Information at 1-800-325-1233 or visit the Microsoft OEM System Builder Web Site at http://www.microsoft.com/oem to register.

If you have questions or concerns regarding the piracy issues discussed in this letter, or would like additional information on how to differentiate genuine Microsoft software from counterfeit and infringing software, please call the Microsoft Anti-Piracy Hotline at 1-800 RULEGIT or 1-800-785-3448.  For more information regarding Microsoft's efforts to combat software piracy and proactive steps you can take to protect your business, please visit the Microsoft Anti-Piracy homepage at http://www.microsoft.com/piracy.

Exhibit **8** Page **1**

Again, the easiest and most assured method to safeguard yourself and your company from the liability of dealing in counterfeit or infringing software is to obtain Microsoft products from authorized sources.

Yours truly,

Microsoft Reseller Compliance Program                              62948

Exhibit 8 Page 2

# EXHIBIT 9

September 7, 2000

Software & Stuff
500-A Lawrence Expressway
Sunnyvale, California 94086

Dear Owner:

Microsoft has received a report that you may have distributed illegal and/or unlicensed Microsoft software.  Microsoft would like to take this opportunity to advise you how you can avoid exposing your business to the consequences of counterfeiting and other forms of illegal software distribution.

<u>Consequences of Illegal Distribution</u>
Microsoft takes the protection of its trademarks and copyrights very seriously and undertakes substantial legal and educational programs to protect consumers, honest resellers and honest system builders from counterfeit and illegal software distribution Microsoft routinely conducts undercover test purchases across the country from system builders and resellers who are reportedly selling counterfeit or other unlicensed Microsoft software.  Federal law authorizes damages up to $150,000 per each willful copyright infringement and up to $1,000,000 for each registered trademark subjected to willful trademark counterfeiting.  Intentional violators may also be subject to criminal penalties, including fines and imprisonment.

<u>Types of Software Piracy</u>
*Counterfeit:*  Counterfeiting includes the manufacture or distribution of unauthorized copies of products protected by trademark and copyright.  Counterfeiting violates federal copyright and trademark laws, and may expose your company to substantial money damages and unfavorable publicity.

*Hard Disk Loading:* Hard disk loading is the unlicensed installation of software onto the hard drive of a computer system.  All Microsoft software installed on the hard drive of a computer system must be installed pursuant to a license from Microsoft and must be accompanied by a packaged unit of such software that includes an End User License Agreement (EULA), CD-ROM, User Manual, Certificate of Authenticity, and registration card that are part of that software program.  Unlicensed installation violates federal copyright and trademarks laws.

*Microsoft Worldwide Fulfillment (formerly Microsoft Easy Fulfillment ("MEF")) Software Components*: Microsoft offers supplemental CD-ROMs and user manuals only to customers who have already acquired an Open or Select license.  Supplemental components are not offered to the general public as retail or OEM software.  They lack several essential components of complete Microsoft products, including documentation, a COA, an End User License Agreement, and a warranty.  Unauthorized distribution of supplemental components violates federal trademark law.

*Unauthorized Distribution of Microsoft Academic or OEM version Products:* Authorized Education Resellers licensed by Microsoft (AERs) may distribute academic versions of certain Microsoft software programs to *bona fide* educational institutions, students, and other qualified academic end users at substantial discounts.  These academic versions are not authorized for distribution to the general public, and such distribution may violate federal copyright law as well as AER license agreements.  Similarly, OEM version software is required to be distributed with new PC hardware, and standalone distribution may violate federal copyright law as well as OEM license agreements.

<u>How You Can Protect Your Business</u>
It is important to understand that resellers of counterfeit or infringing software risk exposure to substantial liability even if the reseller does not possess actual knowledge that the software was counterfeit or infringing.  The easiest way to safeguard yourself and your company from the liability of dealing in counterfeit or other illegal software is to obtain Microsoft software and hardware components from authorized sources.  Microsoft packaged products and Open licenses can be obtained through the Authorized Microsoft Retail Product Distributors listed on http://www.microsoft.com/directaccess/products/distributors.

If you are a System Builder, your assured source of genuine Microsoft OEM software is from the Authorized Microsoft OEM Product Distributors through the Microsoft System Builder Program.  Please contact OEM Information at 1-800-325-1233 or visit the Microsoft OEM System Builder Web Site at http://www.microsoft.com/oem to register.

If you have questions or concerns regarding the piracy issues discussed in this letter, or would like additional information on how to differentiate genuine Microsoft software from counterfeit and infringing software, please call the Microsoft Anti-Piracy Hotline at 1-800 RULEGIT or 1-800-785-3448.  For more information regarding Microsoft's efforts to combat software piracy and proactive steps you can take to protect your business, please visit the Microsoft Anti-Piracy homepage at http://www.microsoft.com/piracy.

Again, the easiest and most assured method to safeguard yourself and your company from the liability of dealing in counterfeit or infringing software is to obtain Microsoft products from authorized sources.

Yours truly,

Exhibit **9** Page **1**

Microsoft Reseller Compliance Program                    401022

# EXHIBIT 10

November 15, 2001

Software and Stuff.com
1600 Duane Ave
Santa Clara, California 95054

Dear Owner:

Microsoft has received a report that you may have distributed illegal and/or unlicensed Microsoft software. Microsoft would like to take this opportunity to advise you how you can avoid exposing your business to the consequences of counterfeiting and other forms of illegal software distribution.

Consequences of Illegal Distribution
Microsoft takes the protection of its trademarks and copyrights very seriously and undertakes substantial legal and educational programs to protect consumers, honest resellers and honest system builders from counterfeit and illegal software distribution  Microsoft routinely conducts undercover test purchases across the country from system builders and resellers who are reportedly selling counterfeit or other unlicensed Microsoft software.  Federal law authorizes damages up to $150,000 per each willful copyright infringement and up to $1,000,000 for each registered trademark subjected to willful trademark counterfeiting.  Intentional violators may also be subject to criminal penalties, including fines and imprisonment.

Types of Software Piracy
*Counterfeit:*  Counterfeiting includes the manufacture or distribution of unauthorized copies of products protected by trademark and copyright.  Counterfeiting violates federal copyright and trademark laws, and may expose your company to substantial money damages and unfavorable publicity.

*Hard Disk Loading*:  Hard disk loading is the unlicensed installation of software onto the hard drive of a computer system.  All Microsoft software installed on the hard drive of a computer system must be installed pursuant to a license from Microsoft and must be accompanied by a packaged unit of such software that includes an End User License Agreement (EULA), CD-ROM, User Manual, Certificate of Authenticity, and registration card that are part of that software program.  Unlicensed installation violates federal copyright and trademarks laws.

*Microsoft Worldwide Fulfillment (formerly Microsoft Easy Fulfillment ("MEF")) Software Components*:
Microsoft offers supplemental CD-ROMs and user manuals only to customers who have already acquired an Open or Select license.  Supplemental components are not offered to the general public as retail or OEM software.  They lack several essential components of complete Microsoft products, including documentation, a COA, an End User License Agreement, and a warranty.  Unauthorized distribution of supplemental components violates federal trademark law.

*Unauthorized Distribution of Microsoft Academic or OEM version Products:* Authorized Education Resellers licensed by Microsoft (AERs) may distribute academic versions of certain Microsoft software programs to *bona fide* educational institutions, students, and other qualified academic end users at substantial discounts.  These academic versions are not authorized for distribution to the general public, and such distribution may violate federal copyright law as well as AER license agreements.  Similarly, OEM version software is

Exhibit *10* Page *1*

required to be distributed with new PC hardware, and standalone distribution may violate federal copyright law as well as OEM license agreements.

How You Can Protect Your Business

It is important to understand that resellers of counterfeit or infringing software risk exposure to substantial liability even if the reseller does not possess actual knowledge that the software was counterfeit or infringing. The easiest way to safeguard yourself and your company from the liability of dealing in counterfeit or other illegal software is to obtain Microsoft software and hardware components from authorized sources. Microsoft packaged products and Open licenses can be obtained through the Authorized Microsoft Retail Product Distributors listed on http://www.microsoft.com/directaccess/products/distributors.

If you are a System Builder, your assured source of genuine Microsoft OEM software is from the Authorized Microsoft OEM Product Distributors through the Microsoft System Builder Program.  Please contact OEM Information at 1-800-325-1233 or visit the Microsoft OEM System Builder Web Site at http://www.microsoft.com/oem to register.

If you have questions or concerns regarding the piracy issues discussed in this letter, or would like additional information on how to differentiate genuine Microsoft software from counterfeit and infringing software, please call the Microsoft Anti-Piracy Hotline at 1-800 RULEGIT or 1-800-785-3448.  For more information regarding Microsoft's efforts to combat software piracy and proactive steps you can take to protect your business, please visit the Microsoft Anti-Piracy homepage at http://www.microsoft.com/piracy.

Again, the easiest and most assured method to safeguard yourself and your company from the liability of dealing in counterfeit or infringing software is to obtain Microsoft products from authorized sources.

Yours truly,

Microsoft Reseller Compliance Program                    556300

Exhibit 10 Page 2

# EXHIBIT 11

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX** 
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 5-407-055**

*TX 5407055*

EFFECTIVE DATE OF REGISTRATION

*Nov. 6, 2001*

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**  TITLE OF THIS WORK ▼
Microsoft Windows XP Professional

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**  NAME OF AUTHOR ▼
Microsoft Corporation

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work - computer software program, documentation & text on product packaging

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2001 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month▶ 10    Day▶ 25    Year▶ 2001
U.S.A. ◀ Nation

---

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼  Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
NOV 06 2001
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
NOV 06 2001
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _2_ pages

Exhibit 11 Page 1

EXAMINED BY _Tms'_           FORM TX

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

TX 5-036-267                         2000

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Previous version & files copyrighted by various third parties

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Aditonal programming text, additional written text, and editorial revisions

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                             Account Number ▼

Microsoft Corporation              DAO63819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Microsoft Corporation, ATTN: Judy Weston
One Microsoft Way
Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 936-9104          Fax number ▶ (425) 936-7329

Email ▶ judywe@microsoft.com

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of _Microsoft Corporation_

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K.K. Weston                         Date ▶ November 5, 2001

Handwritten signature (X) ▼

X _[signature]_

**The filing fee of $20.00 is effective through June 30, 1999. After that date, please write the Copyright Office,
check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000 for the latest fee information.**

Mail
certificate
to:

Name ▼  Microsoft Corporation, ATTN: Judy Weston
           Law and Corporate Affairs

Number/Street/Apt ▼
           One Microsoft Way

Certificate
will be
mailed in
window
envelope

City/State/ZIP ▼
           Redmond, WA 98052

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order
   payable to _Register of Copyrights_
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1998—55,000      ♻ PRINTED ON RECYCLED PAPER      ☆U.S. GOVERNMENT PRINTING OFFICE: 1998-454-879/80,050

Exhibit 11 Page 2

# EXHIBIT 12

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*



**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE
REG **TX 5-837-617**

EFFECTIVE DATE OF REGISTRATION

| 12 | 9 | 03 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**
Microsoft Office Professional Edition 2003

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a** NAME OF AUTHOR ▼
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire work - computer software program, documentation & text on product packaging

**b** NAME OF AUTHOR ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED    This information must be given in all cases    2003    ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.    Month ▶ October    Day ▶ 21    Year ▶ 2003
Nation ▶ U S A    ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
DEC 0 9 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 0 9 2003
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶    • Complete all applicable spaces (numbers 5-8) on the reverse side of this page    DO NOT WRITE HERE
• See detailed instructions    • Sign the form at line 8    Page 1 of 2 pages

Exhibit **12** Page **1**

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☒ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: Previous Registration Number ▼   TX 5-329-272      Year of Registration ▼ 2001

**5**

**DERIVATIVE WORK OR COMPILATION**

a   Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Previous version & files copyrighted by various third parties

b   Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

Additional programming text, additional written text, and editorial revisions

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

a   Name ▼   Microsoft Corporation      Account Number ▼ DAO63819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼

b   Microsoft Corporation, ATTN  Judy Weston
One Microsoft Way
Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 706-9104      Fax number ▶ (425) 936-7329

Email ▶ judywe@microsoft.com

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Microsoft Corporation

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Judy K K Weston      Date ▶ 12.4.03

Handwritten signature (X) ▼

X _Judy K K Weston_

**8**

| Mail certificate to | Name ▼ Microsoft Corporation, ATTN  Judy Weston Law and Corporate Affairs | • Complete all necessary spaces • Sign your application in space 8 |
|---|---|---|
| Certificate will be mailed in window envelope | Number/Street/Apt ▼ One Microsoft Way | 1 Application form 2 Nonrefundable filing fee in check or money order payable to Register of Copyrights 3 Deposit material |
| | City/State/ZIP ▼ Redmond, WA 98052 | Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 |

**9**

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

December 1999—20,000   ☺ PRINTED ON RECYCLED PAPER   ☆U S GOVERNMENT PRINTING OFFICE 1999-454-879/60,050

Exhibit _12_ Page _2_

# EXHIBIT 13

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

RF

**TX 5-901-713**

EFFECTIVE DATE OF REGISTRATION

3    20    04
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**
TITLE OF THIS WORK ▼
Microsoft Office Access 2003

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**
**a** NAME OF AUTHOR ▼
Microsoft Corporation

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☒ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?    ☐ Yes  ☒ No

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire work: computer software program, documentation & text on product packaging

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?    ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?    ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2003 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ October    Day ▶ 21    Year ▶ 2003
USA ◀ Nation

---

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

See instructions before completing this space

APPLICATION RECEIVED
MAR 20 2004
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 20 2004
FUNDS RECEIVED

---

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-8) on the reverse side of this page.
See detailed instructions.    Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

Exhibit 13 Page 1

EXAMINED BY ✓

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?

☒ Yes ☐ No If your answer is Yes why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☒ This is a changed version of the work as shown by space 6 on this application

If your answer is Yes give Previous Registration Number ▼   Year of Registration ▼

TX 5 321-421                    2001

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**a**   Previous version & files copyrighted by various third parties

**b**   Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

Additional programming text additional written text and editorial revisions

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

Name ▼                          Account Number ▼

**a**   Microsoft Corporation              DA063819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼

**b**   Microsoft Corporation ATTN Judy Weston
One Microsoft Way
Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 706 9104          Fax number ▶ (425) 936-7329

Email ▶ judywe@microsoft com

**7**

**CERTIFICATION*** I the undersigned hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive rights(s)
☒ authorized agent of Microsoft Corporation

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Judy K K Weston                                Date ▶ March 4 2004

Handwritten signature (X) ▼

X _[signature]_

**8**

**Mail
certificate
to**

Name ▼   Microsoft Corporation ATTN Judy Weston
         Law and Corporate Affairs

Number/Street/Apt ▼   One Microsoft Way

**Certificate
will be
mailed in
window
envelope**

City/State/ZIP ▼   Redmond WA 98052

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order
  payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

**9**

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

December 1999—65 000   ♻ PRINTED ON RECYCLED PAPER   *U S GOVERNMENT PRINTING OFFICE 1999-464-879/60 030

Exhibit 13 Page 2

# EXHIBIT 14

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE
R° 

**TX 5-837-636**


EFFECTIVE DATE OF REGISTRATION

12 - 9 03
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Microsoft Office Excel 2003

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼    Number ▼    Issue Date ▼    On Page ▼

## 2

**a** NAME OF AUTHOR ▼
Microsoft Corporation

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire work - computer software program, documentation & text on product packaging

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED    This information must be given ONLY if this work has been published.
2003 ◀ Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month ▶ October    Day ▶ 21    Year ▶ 2003
Nation ▶ U.S.A.

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
DEC 0 9 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 0 9 2003
FUNDS RECEIVED

DO NOT WRITE HERE

---

**MORE ON BACK ▶**    • Complete all applicable spaces (numbers 5-8) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

Exhibit 14 Page 1

| EXAMINED BY | | FORM TX |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼  Year of Registration ▼

TX 5-318-231          2001

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**  Previous version & files copyrighted by various third parties

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**  Additional programming text, additional written text, and editorial revisions

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**a**  Microsoft Corporation          DAO63819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

**b**  Microsoft Corporation, ATTN: Judy Weston
One Microsoft Way
Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 706-9104          Fax number ▶ (425) 936-7329

Email ▶ judywe@microsoft.com

**7**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Microsoft Corporation

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K.K. Weston          Date▶ 12.4.03

Handwritten signature (X) ▼

X _____

| Mail certificate to: | Name ▼  Microsoft Corporation, ATTN: Judy Weston  Law and Corporate Affairs | • Complete all necessary spaces • Sign your application in space 8 |
| --- | --- | --- |
| Certificate will be mailed in window envelope | Number/Street/Apt ▼  One Microsoft Way | 1. Application form  2. Nonrefundable filing fee in check or money order payable to Register of Copyrights  3. Deposit material |
| | City/State/ZIP ▼  Redmond, WA 98052 | Library of Congress Copyright Office 101 Independence Avenue, S E Washington, D.C. 20559-6000 |

**9**

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1999—60,000          ⊕ PRINTED ON RECYCLED PAPER          ★U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/80,060

Exhibit 14 Page 2

# EXHIBIT 15

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
**For a Nondramatic Literary Work**
**UNITED STATES COPYRIGHT OFFICE**



TX 5 – 900 – 087

EFFECTIVE DATE OF REGISTRATION

**JAN 0 9 2004**

Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

Microsoft Office Outlook 2003

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give   **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

---

**NAME OF AUTHOR ▼**

Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☒ No
Pseudonymous?   ☐ Yes   ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work - computer software program, documentation & text on product packaging

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ▼ Year in all cases.
2003

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ October   Day ▶ 21   Year ▶ 2003
Nation ▶ U.S.A.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼ Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

APPLICATION RECEIVED
JAN 0 9 2004
ONE DEPOSIT RECEIVED
JAN 0 9 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED JAN 0 9 2004

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space.

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

Exhibit 15 Page 1

EXAMINED BY _____    FORM TX

CHECKED BY _____

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼
TX 5-321-422                                                    2001

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼
Previous version & files copyrighted by various third parties

See instructions
before completing
this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Additional programming text, additional written text, and editorial revisions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                      Account Number ▼
Microsoft Corporation                       DAO63819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Microsoft Corporation, ATTN: Judy Weston
One Microsoft Way
Redmond, WA 98052
Area code and daytime telephone number ► (425) 706-9104        Fax number ► (425) 936-7329
Email ► judywe@microsoft.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ►
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Microsoft Corporation
                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Judy K.K. Weston                                    Date ► 1-07-04

Handwritten signature (X) ▼
X _____

The filing fee of $20.00 is effective through June 30, 1999. After that date, please write the Copyright Office,
check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000 for the latest fee information.

Mail
certificate
to:

Name ▼
Microsoft Corporation, ATTN: Judy Weston
Law and Corporate Affairs
Number/Street/Apt ▼
One Microsoft Way

Certificate
will be
mailed in
window
envelope

City/State/ZIP ▼
Redmond, WA 98052

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-8000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.
December 1998—55,000    ⟳ PRINTED ON RECYCLED PAPER    ☆U.S. GOVERNMENT PRINTING OFFICE: 1998-454-879/80,050

Exhibit 15 Page 2

# EXHIBIT 16

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REC **TX 5-877-513**

EFFECTIVE DATE OF REGISTRATION

Jan 16 2004
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**
Business Contact Manager for Microsoft Office Outlook 2003

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire work - computer software program & documentation

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2003 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month October    Day 21    Year 2003
U.S.A. ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

See instructions before completing this space

APPLICATION RECEIVED
JAN 16 2004
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JAN 16 2004
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

Exhibit 16 Page 1

| EXAMINED BY | | FORM TX |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>☐ Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Files copyrighted by various third parties

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼

Microsoft Corporation                          DA063819

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Microsoft Corporation, ATTN: Judy Weston
One Microsoft Way
Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 706-9104          Fax number ▶ (425) 936-7329

Email ▶ judywe@microsoft.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Microsoft Corporation
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Judy K.K. Weston                                          Date ▶ 1.13.04

          Handwritten signature (X) ▼

X _____

The filing fee of $20.00 is effective through June 30, 1999. After that date, please write the Copyright Office,
check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000 for the latest fee information.

| Mail<br>certificate<br>to: | Name ▼   Microsoft Corporation, ATTN: Judy Weston<br>          Law and Corporate Affairs | YOU MUST:<br>• Complete all necessary spaces<br>• Sign your application in space 8 |
| --- | --- | --- |
| Certificate<br>will be<br>mailed in<br>window<br>envelope | Number/Street/Apt ▼   One Microsoft Way | SEND ALL 3 ELEMENTS<br>IN THE SAME PACKAGE:<br>1. Application form<br>2. Nonrefundable filing fee in check or money order<br>payable to Register of Copyrights<br>3. Deposit material |
| | City/State/ZIP ▼   Redmond, WA 98052 | MAIL TO:<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000 |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

December 1998—55,000          ♻ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1998-454-879/60,050

Exhibit 16 Page 2

# EXHIBIT 17

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
**For a Nondramatic Literary Work**
**UNITED STATES COPYRIGHT OFFICE**

TX 5-852-649



**EFFECTIVE DATE OF REGISTRATION**

| Month | Day | Year |
|-------|-----|------|
| 12 | 9 | 03 |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Microsoft Office PowerPoint 2003

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    **Title of Collective Work ▼**

If published in a periodical or serial give    **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2

**a**
**NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire work - computer software program, documentation & text on product packaging

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases
2003 ◀ Year

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ October    Day ▶ 21    Year ▶ 2003
U.S.A. ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
DEC 0 9 2003
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
DEC 0 9 2003
**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

Exhibit 17 Page 1

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant.
c ☒ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give **Previous Registration Number** ▼          **Year of Registration** ▼
TX 5-318-232                                                                2001

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material · Identify any preexisting work or works that this work is based on or incorporates ▼

**a**  Previous version & files copyrighted by various third parties

**b**  Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
Additonal programming text, additional written text, and editorial revisions

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                           Account Number ▼

**a**  Microsoft Corporation                    DAO63819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼

**b**  Microsoft Corporation, ATTN: Judy Weston
One Microsoft Way
Redmond, WA 98052
Area code and daytime telephone number ▶ (425) 706-9104              Fax number ▶ (425) 936-7329
Email ▶ judywe@microsoft.com

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Microsoft Corporation
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Judy K K Weston                                                    Date ▶ 12.4.03

Handwritten signature (X) ▼

X _____

**8**

The filing fee is $20.00 is effective through June 30, 1999. After that date, please write the Copyright Office,
check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000 for the latest fee information.

Mail
certificate
to:

Certificate
will be
mailed in
window
envelope

Name ▼  Microsoft Corporation, ATTN: Judy Weston
        Law and Corporate Affairs
Number/Street/Apt ▼
        One Microsoft Way
City/State/ZIP ▼
        Redmond, WA 98052

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee in check or money order
  payable to Register of Copyrights
3 Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E
Washington, D.C. 20559-6000

**9**

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500
December 1998—55,000    ♻ PRINTED ON RECYCLED PAPER                           ☆U S GOVERNMENT PRINTING OFFICE 1998-454-879/80,050

Exhibit 17 Page 2

## EXHIBIT 18

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE



TX 5–900–088

EFFECTIVE DATE OF REGISTRATION

**JAN 09 2004**

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**
Microsoft Office Word 2003

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give    **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work - computer software program, documentation & text on product packaging

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2003 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ October    Day ▶ 21    Year ▶ 2003
Nation ▶ U.S.A.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
**JAN 09 2004**

TWO DEPOSITS RECEIVED
**JAN 09 2004**
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions  • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

Exhibit _18_ Page _1_

EXAMINED BY  _19B_____                          FORM TX

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼
TX 5-321-425                                        2001

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

   Previous version & files copyrighted by various third parties

                                                                                See instructions
                                                                                before completing
                                                                                this space

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
   Additonal programming text, additional written text, and editorial revisions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                             Account Number ▼
   Microsoft Corporation                           DA063819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

   Microsoft Corporation, ATTN: Judy Weston
   One Microsoft Way
   Redmond, WA 98052

   Area code and daytime telephone number ▶ (425) 706-9104        Fax number ▶ (425) 936-7329
   Email ▶ judywe@microsoft.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
                                          ☐ author
                          Check only one ▶ ☐ other copyright claimant
                                          ☐ owner of exclusive right(s)
                                          ☒ authorized agent of **Microsoft Corporation**
                                                Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Judy K.K. Weston                                        Date ▶ 1-07-04

        Handwritten signature (X) ▼
   X  _____

The filing fee of $20.00 is effective through June 30, 1999. After that date, please write the Copyright Office,
check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000 for the latest fee information.

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Mail
certificate
to:

Name ▼   Microsoft Corporation, ATTN: Judy Weston
         Law and Corporate Affairs

Number/Street/Apt ▼
         One Microsoft Way

Certificate
will be
mailed in
window
envelope

City/State/ZIP ▼
         Redmond, WA 98052

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.
December 1996—55,000        ♻ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1996-454-879/80,050

Exhibit _18_ Page _2_

# EXHIBIT 19

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGI **TX 5-837-619**

EFFECTIVE DATE OF REGISTRATION

12 | 1 | 03
Month | Day | Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**
Microsoft InfoPath 2003

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial or collection give information about the collective work in which the contribution appeared    **Title of Collective Work ▼**

If published in a periodical or serial give    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a**

**NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
*If the answer to either of these questions is "Yes," see detailed instructions*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire work – computer software program, documentation & text on product packaging

**NOTE**
Under the law, the "author" of a "work made for hire" is generally not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases
2003 ◀ Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ October    Day ▶ 21    Year ▶ 2003
U S A ◀ Nation

---

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
DEC 0 1 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 0 1 2003
FUNDS RECEIVED

*DO NOT WRITE HERE OFFICE USE ONLY*

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

Exhibit 19 Page 1

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FORM

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes" give Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

a    Files copyrighted by various third parties

b    Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼                                        Account Number ▼

a    Microsoft Corporation                    DAO63819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/ZIP ▼

b    Microsoft Corporation, ATTN  Judy Weston
One Microsoft Way
Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 706-9104          Fax number ▶ (425) 936-7329

Email ▶ judywe@microsoft com

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Microsoft Corporation

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Judy K K Weston                                    Date ▶ 11-11-03

Handwritten signature (X) ▼

X _____

**8**

Mail
certificate
to:

Name ▼    Microsoft Corporation, ATTN  Judy Weston
Law and Corporate Affairs

Certificate
will be
mailed in
window
envelope

Number/Street/Apt ▼    One Microsoft Way

City/State/ZIP ▼    Redmond, WA 98052

• Complete all necessary spaces
• Sign your application in space 8

1  Application form
2  Nonrefundable filing fee in check or money order
   payable to Register of Copyrights
3  Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington, D C 20559-6000

**9**

*17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500

December 1998—80,000          ♻ PRINTED ON RECYCLED PAPER          ✩U S  GOVERNMENT PRINTING OFFICE  1999-454-879/60 060

Exhibit 19 Page 2

EXHIBIT 20

# CERTIFICATE OF REGISTRATION



**UNITED STATES COPYRIGHT OFFICE**
**THE LIBRARY OF CONGRESS**

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE



**TX 5-329-272**

EFFECTIVE DATE OF REGISTRATION

July 16, 2001
Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Microsoft Office XP Professional

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

## 2

**NAME OF AUTHOR ▼**

a  Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work - computer software program, documentation & text on product packaging

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

b

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

c

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
a  2001  ◀Year in all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
b Complete this information ONLY if this work has been published.
Month ▶ May     Day ▶ 31     Year ▶ 2001
U.S.A.     ◀ Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

APPLICATION RECEIVED
JUL 16 2001
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUL 16 2001
FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions          • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

Exhibit 20 Page 1

EXAMINED BY ☑                 **FORM TX**

CHECKED BY

☐ **CORRESPONDENCE**
   Yes

**FOR COPYRIGHT OFFICE USE ONLY**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

TX 4-905-936                          1999

**DERIVATIVE WORK OR COMPILATION**

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**    Previous version & files copyrighted by various third parties

**6**

See instructions before completing this space

**b**    **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Additonal programming text, additional written text, and editorial revisions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                        Account Number ▼

**a**    Microsoft Corporation            DAO63819

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

**b**    Microsoft Corporation, ATTN: Judy Weston

One Microsoft Way

Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 936-9104      Fax number ▶ (425) 936-7329

Email ▶ judywe@microsoft.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Microsoft Corporation

**8**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K.K. Weston                        Date ▶ July 12, 2001

👉   Handwritten signature (X) ▼

X

The filing fee of $20.00 is effective through June 30, 1999. After that date, please write the Copyright Office, check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000 for the latest fee information.

**Mail certificate to:**

Certificate will be mailed in window envelope

Name ▼    Microsoft Corporation, ATTN: Judy Weston
         Law and Corporate Affairs

Number/Street/Apt ▼    One Microsoft Way

City/State/ZIP ▼    Redmond, WA 98052

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1998—55,000      ♻ PRINTED ON RECYCLED PAPER      ☆U.S. GOVERNMENT PRINTING OFFICE: 1998-454-879/80,050

Exhibit 20 Page 2

# EXHIBIT 21

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE



F

**TX 5-321-421**

*TX0005321421*

EFFECTIVE DATE OF REGISTRATION

JUN 2 1 2001

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Microsoft Access Version 2002

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

| If published in a periodical or serial give: Volume ▼ | Number ▼ | Issue Date ▼ | On Pages ▼ |
|---|---|---|---|
| | | | |

## 2

**NAME OF AUTHOR ▼**

a  Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally not the employee, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work - computer software program, documentation & text on product packaging

**NAME OF AUTHOR ▼**

b

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

c

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

a  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
2001  ◀Year

b  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.
Month▶ May    Day▶ 31    Year▶ 2001
U.S.A.  ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUN 2 1 2001
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 2 1 2001
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

Exhibit 21  Page 1



EXAMINED BY

CHECKED BY

☑ CORRESPONDENCE
Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼         Year of Registration ▼
TX 4-905-950                                                          1999

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

a       Previous version & files copyrighted by various third parties

**6**

See instructions
before completing
this space.

b       Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Additonal programming text, additional written text, and editorial revisions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                    Account Number ▼

a       Microsoft Corporation                              DAO63819

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

b       Microsoft Corporation, ATTN: Judy Weston
        One Microsoft Way
        Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 936-9104            Fax number ▶ (425) 936-7329
Email ▶ judywe@microsoft.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Microsoft Corporation

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K.K. Weston                                          Date ▶ June 20, 2001

Handwritten signature (X) ▼

☞    X

The filing fee of $20.00 is effective through June 30, 1999. After that date, please write the Copyright Office,
check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000 for the latest fee information.

Mail
certificate
to:

Name ▼   Microsoft Corporation, ATTN: Judy Weston
         Law and Corporate Affairs

Certificate
will be
mailed in
window
envelope

Number/Street/Apt ▼   One Microsoft Way

City/State/ZIP ▼   Redmond, WA 98052

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order
   payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

December 1999—55,000        ♻ PRINTED ON RECYCLED PAPER              ☆U.S. GOVERNMENT PRINTING OFFICE: 1998-454-879/80,050


Exhibit 21 Page 2

EXHIBIT 22

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE



**TX 5-318-231**

*TX0005318231*

EFFECTIVE DATE OF REGISTRATION

June 27, 2001
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Microsoft Excel Version 2002

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a** **NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶_____
Domiciled in ▶_____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work - computer software program, documentation & text on product packaging

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶_____
Domiciled in ▶_____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶_____
Domiciled in ▶_____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2001 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ May    Day ▶ 31    Year ▶ 2001
Nation ▶ U.S.A. ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUN 27 2001
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 27 2001
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

Exhibit 22 Page 1

| EXAMINED BY *TMS* | FORM TX |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

**✗** Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ✗ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼
TX 4-905-949    1999

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**  Previous version & files copyrighted by various third parties

**6**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**  Additonal programming text, additional written text, and editorial revisions

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼

**a**  Microsoft Corporation    DAO63819

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

**b**  Microsoft Corporation, ATTN: Judy Weston
One Microsoft Way
Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 936-9104    Fax number ▶ (425) 936-7329

Email ▶ judywe@microsoft.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶  {  ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
✗ authorized agent of Microsoft Corporation

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K.K. Weston    Date ▶ June 26, 2001

Handwritten signature (X) ▼

X _Judy K.K. Weston_

The filing fee of $20.00 is effective through June 30, 1999. After that date, please write the Copyright Office,
check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000 for the latest fee information.

| Mail<br>certificate<br>to: | Name ▼    Microsoft Corporation, ATTN: Judy Weston<br>Law and Corporate Affairs | **YOU MUST:**<br>• Complete all necessary spaces<br>• Sign your application in space 8 | **9** |
|---|---|---|---|
| Certificate<br>will be<br>mailed in<br>window<br>envelope | Number/Street/Apt ▼    One Microsoft Way | **SEND ALL 3 ELEMENTS<br>IN THE SAME PACKAGE:**<br>1. Application form<br>2. Nonrefundable filing fee in check or money order<br>payable to *Register of Copyrights*<br>3. Deposit material | |
| | City/State/ZIP ▼    Redmond, WA 98052 | **MAIL TO:**<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000 | |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

December 1996—55,000    ♻ PRINTED ON RECYCLED PAPER    ☆U.S. GOVERNMENT PRINTING OFFICE: 1998-454-879/80,050

Exhibit _22_ Page _2_

# EXHIBIT 23

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

## FORM TX
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE



**TX 5-321-422**

*TX0005321422*

| IX | | TXU |

EFFECTIVE DATE OF REGISTRATION

**JUN 21 2001**
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**

Microsoft Outlook Version 2002

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:    **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

**2**

**a**

**NAME OF AUTHOR ▼**

Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work - computer software program, documentation & text on product packaging

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2001 ◀ Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ May    Day ▶ 31    Year ▶ 2001
U.S.A.  ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUN 21 2001
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 21 2001
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

Exhibit __23__ Page __1__

EXAMINED BY

CHECKED BY

☑ CORRESPONDENCE
Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ **Yes**  ☐ **No**  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼  **Year of Registration** ▼

TX 4-906-019     1999

**5**

**DERIVATIVE WORK OR COMPILATION**

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

a    Previous version & files copyrighted by various third parties

b    **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Additonal programming text, additional written text, and editorial revisions

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                  **Account Number** ▼

a    Microsoft Corporation              DAO63819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

b    Microsoft Corporation, ATTN: Judy Weston
One Microsoft Way
Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 936-9104          Fax number ▶ (425) 936-7329

Email ▶ judywe@microsoft.com

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Microsoft Corporation

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K.K. Weston                                    Date ▶ June 20, 2001

Handwritten signature (X) ▼

X _____

The filing fee of $20.00 is effective through June 30, 1999. After that date, please write the Copyright Office,
check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000 for the latest fee information.

Mail
certificate
to:

Certificate
will be
mailed in
window
envelope

**Name** ▼   Microsoft Corporation, ATTN: Judy Weston
           Law and Corporate Affairs

Number/Street/Apt ▼   One Microsoft Way

City/State/ZIP ▼   Redmond, WA 98052

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order
   payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

December 1998—55,000          ⊛ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1998-454-879/80,050

Exhibit **23** Page **2**

# EXHIBIT 24

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*



# FORM TX
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE



**TX 5-318-232**

*TX0005318232*

EFFECTIVE DATE OF REGISTRATION

*June 27, 2001*
Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
**TITLE OF THIS WORK ▼**

Microsoft PowerPoint Version 2002

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.        **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**2**
**a**
**NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR {
Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work - computer software program, documentation & text on product packaging

**b**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR {
Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR {
Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**
**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2001 ◀Year

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ May    Day ▶ 31    Year ▶ 2001
U.S.A.    ◀ Nation

---

**4**
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUN 27 2001
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 27 2001
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

Exhibit 24 Page 1

| EXAMINED BY *TMi* | FORM TX |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼

TX 5-104-589                                    2000

**5**

**DERIVATIVE WORK OR COMPILATION**

**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previous version & files copyrighted by various third parties

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Additonal programming text, additional written text, and editorial revisions

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**a** Name ▼                                    Account Number ▼

Microsoft Corporation                          DAO63819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

**b** Microsoft Corporation, ATTN: Judy Weston

One Microsoft Way

Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 936-9104          Fax number ▶ (425) 936-7329

Email ▶ judywe@microsoft.com

**7**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Microsoft Corporation

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K.K. Weston                                    Date ▶ August 22, 2001

Handwritten signature (X) ▼

X _____

The filing fee of $20.00 is effective through June 30, 1999. After that date, please write the Copyright Office, check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000 for the latest fee information.

Mail certificate to:

Certificate will be mailed in window envelope

Name ▼ Microsoft Corporation, ATTN: Judy Weston
Law and Corporate Affairs

Number/Street/Apt ▼ One Microsoft Way

City/State/ZIP ▼ Redmond, WA 98052

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*\*17 U.S.C. § 505(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

December 1998—55,000          ♻ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1998-454-87980,050

Exhibit __24__ Page __2__

# EXHIBIT 25

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

## FORM TX
**For a Nondramatic Literary Work**
UNITED STATES COPYRIGHT OFFICE

**TX 5-321-425**

| TX | TXU |
|----|-----|

EFFECTIVE DATE OF REGISTRATION

**JUN 21 2001**

| Month | Day | Year |
|-------|-----|------|

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Microsoft Word Version 2002

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:   **Volume ▼**     **Number ▼**     **Issue Date ▼**     **On Pages ▼**

## 2

**NAME OF AUTHOR ▼**

### a  Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☒ No
Pseudonymous?   ☐ Yes   ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work - computer software program, documentation & text on product packaging

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

### b

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

### c

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

### a
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ONLY if this work in all cases.
2001 ◀ Year

### b
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ May   Day ▶ 31   Year ▶ 2001
U.S.A. ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
**JUN 21 2001**
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
**JUN 21 2001**
FUNDS RECEIVED

*DO NOT WRITE HERE OFFICE USE ONLY*

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

Exhibit 25 Page 1

| EXAMINED BY | | FORM TX |
| --- | --- | --- |
| CHECKED BY | | |
| | ☑ CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼

TX 4-905-951        1999

**5**

---

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

a  Previous version & files copyrighted by various third parties

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b  Additonal programming text, additional written text, and editorial revisions

**6**

See instructions before completing this space.

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                    Account Number ▼

a  Microsoft Corporation        DAO63819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

b  Microsoft Corporation, ATTN: Judy Weston
One Microsoft Way
Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 936-9104        Fax number ▶ (425) 936-7329

Email ▶ judywe@microsoft.com

**7**

---

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of _Microsoft Corporation_

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K.K. Weston                    Date ▶ June 20, 2001

Handwritten signature (X) ▼

X _[signature]_

**8**

---

The filing fee of $20.00 is effective through June 30, 1999. After that date, please write the Copyright Office, check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000 for the latest fee information.

---

| Mail certificate to: | Name ▼  Microsoft Corporation, ATTN: Judy Weston
Law and Corporate Affairs | YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8 |
| --- | --- | --- |
| Certificate will be mailed in window envelope | Number/Street/Apt ▼  One Microsoft Way | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material |
| | City/State/ZIP ▼  Redmond, WA 98052 | MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000 |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1998—55,000        ✿ PRINTED ON RECYCLED PAPER        ✿U.S. GOVERNMENT PRINTING OFFICE: 1998-454-879/80,050

Exhibit 25 Page 2

# EXHIBIT 26

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE



**TX 5-321-423**

*TX0005321423*

| IA | 1XU |

EFFECTIVE DATE OF REGISTRATION

Month **JUN** Day **2 1** Year **2001**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Microsoft FrontPage Version 2002

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:   **Volume ▼**      **Number ▼**      **Issue Date ▼**      **On Pages ▼**

## 2

**NAME OF AUTHOR ▼**

**a** Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work - computer software program, documentation & text on product packaging

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**b**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**c**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ONLY if this work has been published.
2001 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ May   Day ▶ 31   Year ▶ 2001   Nation ▶ U.S.A.

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUN 21 2001
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 21 2001
FUNDS RECEIVED

DO NOT WRITE HERE — FOR OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
   • See detailed instructions.      • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

Exhibit 26 Page 1

EXAMINED BY _____    FORM TX

CHECKED BY _____

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼   **Year of Registration** ▼
TX 4-309-301                                                    1999

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**  Previous version & files copyrighted by various third parties

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**  Additonal programming text, additional written text, and editorial revisions

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                  Account Number ▼

**a**  Microsoft Corporation                          DAO63819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

**b**  Microsoft Corporation, ATTN: Judy Weston
One Microsoft Way
Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 936-9104        Fax number ▶ (425) 936-7329

Email ▶ judywe @ microsoft.com

**7**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Microsoft Corporation

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K.K. Weston                                       Date ▶ June 20, 2001

Handwritten signature (X) ▼

X _____

**The filing fee of $20.00 is effective through June 30, 1999. After that date, please write the Copyright Office, check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000 for the latest fee information.**

Mail
certificate
to:

Name ▼  Microsoft Corporation, ATTN: Judy Weston
Law and Corporate Affairs

Certificate
will be
mailed in
window
envelope

Number/Street/Apt ▼  One Microsoft Way

City/State/ZIP ▼  Redmond, WA 98052

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order
   payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1998—55,000    ✺ PRINTED ON RECYCLED PAPER    ✭U.S. GOVERNMENT PRINTING OFFICE: 1998-454-879/80,050

Exhibit 26 Page 2

# EXHIBIT 27

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

R **TX 5 — 811 — 026**



*TX0005811026*

EFFECTIVE DATE OF REGISTRATION

10       2       03
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

Microsoft Windows Server 2003 Enterprise Edition

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.        Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

**2**

**a** NAME OF AUTHOR ▼

Microsoft Corporation

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work.- computer software program, documentation & text on product packaging

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given
2003  ◀Year  in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information  Month ▶ April  Day ▶ 24  Year ▶ 2003
ONLY if this work has been published.  U.S.A.  ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
OCT 02 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

OCT 02 2003
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___2___ pages

Exhibit 27 Page 1

EXAMINED BY _Joe_    FORM TX

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼
TX-5-036-268                                                         2000

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼
**a**    Previous version & files copyrighted by various third parties

**b**    Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Additonal programming text, additional written text, and editorial revisions

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**a**  Name ▼                                                          Account Number ▼
Microsoft Corporation                                             DAO63819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
**b**  Microsoft Corporation, ATTN: Judy Weston
One Microsoft Way
Redmond, WA 98052
Area code and daytime telephone number ▶ (425) 706-9104        Fax number ▶ (425) 936-7329
Email ▶ judywe@microsoft.com

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                                          ☐ author
                               Check only one ▶           ☐ other copyright claimant
                                                          ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made        ☒ authorized agent of Microsoft Corporation
by me in this application are correct to the best of my knowledge.            Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Judy K.K. Weston                                                        Date ▶

      Handwritten signature (X) ▼
☞  X _signature_

**8**

The filing fee of $20.00 is effective through June 30, 1999. After that date, please write the Copyright Office,
check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000 for the latest fee information.

Mail
certificate
to:

Name ▼
Microsoft Corporation, ATTN: Judy Weston
Law and Corporate Affairs

Certificate
will be
mailed in
window
envelope

Number/Street/Apt ▼
One Microsoft Way

City/State/ZIP ▼
Redmond, WA 98052

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order
   payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

December 1998—55,000        ✿ PRINTED ON RECYCLED PAPER        ✰U.S. GOVERNMENT PRINTING OFFICE: 1998-454-879/80,050

Exhibit 27 Page 2

# EXHIBIT 28

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 5-837-614**

EFFECTIVE DATE OF REGISTRATION

12  1  03
Month  Day  Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**
Microsoft Visio Professional 2003

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection give information about the collective work in which the contribution appeared    Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a** NAME OF AUTHOR ▼
Microsoft Corporation

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire work - computer software program, documentation & text on product packaging

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2003
◄ Year    This information must be given in all cases

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ October    Day ▶ 21    Year ▶ 2003
USA    ◄ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼ Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
DEC 0 1 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 0 1 2003
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

Exhibit 28 Page 1

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes" why is another registration being sought? (Check appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form.

b ☐ This is the first application submitted by this author as copyright claimant.

c ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give Previous Registration Number ▼   Year of Registration ▼

TX 5-354-478      2001

**5**

**DERIVATIVE WORK OR COMPILATION**

**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Previous version & files copyrighted by various third parties

**b** Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

Additonal programming text, additional written text, and editorial revisions

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

**a** Name ▼   Account Number ▼

Microsoft Corporation      DAO63819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

**b** Microsoft Corporation, ATTN Judy Weston

One Microsoft Way

Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 706-9104      Fax number ▶ (425) 936-7329

Email ▶ judywe@microsoft.com

**7**

**CERTIFICATION*** I the undersigned hereby certify that I am the

Check only one ▶

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of Microsoft Corporation

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Judy K K Weston      Date ▶ 11-11-03

Handwritten signature (X) ▼

X _____

**8**

| Mail certificate to: | Name ▼ Microsoft Corporation, ATTN Judy Weston Law and Corporate Affairs | **9** |
|---|---|---|
| Certificate will be mailed in window envelope | Number/Street/Apt ▼ One Microsoft Way | • Complete all necessary spaces • Sign your application in space 8 |
| | City/State/ZIP ▼ Redmond, WA 98052 | 1 Application form 2 Nonrefundable filing fee in check or money order payable to Register of Copyrights 3 Deposit material |
| | | Library of Congress Copyright Office 101 Independence Avenue, S E Washington, D.C. 20559-6000 |

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1999—54 000      ⊛ PRINTED ON RECYCLED PAPER      ☆U S GOVERNMENT PRINTING OFFICE 1999-454-879/80 050

Exhibit 28 Page 2