Esha Bandyopadhyay (Bar No. 212249)
bande@perkinscoie.com
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California 94025-1114
Phone: (650) 838-4300
Fax: (650) 838-4350

Scott T. Wilsdon (*pro hac vice*)
wilson@yarmuth.com
Jeremy E. Roller (*pro hac vice*)
jroller@yarmuth.com
Yarmuth Wilsdon Calfo PLLC
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
Phone: (206) 516-3800
Fax: (206) 516-3888

Attorneys for Plaintiff
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTRAX GROUP, INC., d/b/a, SURPLUS COMPUTERS, a California corporation; MICHAEL MAK, an individual; and JOHN DOES 1-5,<br><br>Defendants. | No. 07-CV-01840-CW<br><br>DECLARATION OF ENOCH REMICK IN SUPPORT OF PLAINTIFF MICROSOFT CORPORATION'S MOTION FOR SUMMARY JUDGMENT |

I, Enoch Thijs Remick, declare as follows:

1. I am currently employed as the Worldwide Academic Licensing Manager in the Worldwide Public Sector by plaintiff Microsoft Corporation ("Microsoft") and have worked at Microsoft since 2001. I make this Declaration upon personal knowledge and, if called to testify, could and would testify competently to the facts set forth herein.

### A. Professional Experience

2. In my current position, I address licensing and pricing issues for Microsoft's academic customers throughout the world. Prior becoming the Worldwide Academic Licensing Manager in 2005, I was an Academic Licensing Specialist for the U.S. sector. I was also previously employed by Microsoft from 1990 to 1996. I hold Bachelor of Science degrees in both finance and economics from the American University in Washington, DC.

3. I make this Declaration upon personal knowledge and, if called to testify, could and would testify competently to the facts set forth herein. I will receive no compensation in connection with my work in this matter other than my normal salary. Based on my employment duties and responsibilities and in the ordinary course of Microsoft's business, I have gained and have personal knowledge of the facts set forth below or have reason to believe them to be true.

### B. Microsoft Student Media Software

4. In my current position as the Worldwide Academic Licensing Manager with Microsoft, I have knowledge regarding the licensing and distribution of Student Media software in the United States and worldwide.

5. Microsoft and its partners distribute Student Media software through three specific academic volume licensing programs: Campus Agreement, School Agreement, and Academic Select. Microsoft offers Student Media at prices roughly equivalent to the discs' manufacturing and transportation costs, which amounts to a discount in excess of 90% off the regular retail price. The academic licensing programs were created to provide low cost software to qualified educational institutions for use by their students, faculty, and staff. Microsoft distributes Student Media at a steep discount to provide educational institutions in the United States, in developing nations, and worldwide low cost access to the latest software technology and information in furtherance of their students' educational development. The programs through which Student Media is distributed (and the software distributed through those programs) are intended only for qualified educational users and the license agreements

under which such media is distributed restrict the distribution of such media to those qualified educational users.

6. In the United States, an institution enrolled in one of the above listed academic licensing programs may order Student Media throughout the term of its agreement only from Authorized Education Resellers ("AERs"). Microsoft AERs are specially trained and authorized to distribute Student Media to qualified educational users. Academic institutions and students are prohibited from redistributing Student Media because the programs through which Student Media is distributed are designed to provide low cost software to qualified educational users, and not to the general public.

7. As part of its international licensing and distribution programs, Microsoft also imposes geographic restrictions on the distribution of Microsoft products, including Student Media. For example, Student Media distributed to Europe, the Middle East, or Africa, is not licensed for use in North America.

C. **Defendants' Distribution Of Microsoft Student Media Software**

8. As described more fully in the declaration of my colleague, Miles Hawkes, manufacturing codes present on Microsoft Student Media software distributed Defendants indicate that the software was manufactured in Ireland or Germany. Additionally, work order numbers (WO1070578, WO1155785, WO1160733, WO1160735, and WO1160734) present on certain of that software indicate it was manufactured in Ireland. Based on the manufacturing codes present on the software described in Mr. Hawkes declaration, I know the Student Media software was manufactured in Ireland or Germany and was not licensed for distribution in the United States. Moreover, based upon the above listed work order numbers, I know that the software marked with those work order numbers was manufactured in Ireland by a company called Sonopress and assembled in Ireland by a company called Moduslink. That Student Media software was not licensed for distribution in the United States.

9. Microsoft Student Media is marked with the following copyright warning:

All use subject to volume license agreement. Do not make illegal copies of this disc. **Not for retail or OEM Distribution. Not for resale.**

A true and correct copy of an image of the front and back of representative sample of Microsoft Student Media software in its packaging, like that described above, is attached hereto as Exhibit 1.

### D. The Defendants And Their Suppliers Are Not AERs

10. I have consulted Microsoft's database listing all AERs and found no record showing that Defendants Intrax Group (d/b/a Surplus Computers), Michael Mak, or their known suppliers of Microsoft Student Media (Technology Enterprises, James Craghead, or Globe 2000 Corp.), is an AER or is otherwise authorized to distribute Student Media in the United States. Even if one of the Defendants or their suppliers were authorized to distribute Student Media (which they are not), it would have to qualify end users consistent with the academic volume licensing programs.

11. Neither Intrax Group (d/b/a Surplus Computers), Michael Mak, nor their known suppliers of Microsoft Student Media (Technology Enterprises, James Craghead, or Globe 2000 Corp.) is authorized by Microsoft to import to the United States Microsoft software licensed for distribution outside the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of July, 2008.

_____
Enoch Thijs Remick

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon the following parties, by the means designated below, this 10th day of July, 2008:

Steven A. Dillick
Law Offices of Steven A. Dillick
One Maritime Plaza, Suite 1040
San Francisco, CA 94111
Phone: 425-399-8777
Email: sdillick@ix.netcom.com
Counsel for Defendants

☐ U.S. Mail
☐ FedEx
☐ Hand-Delivery
☐ Facsimile
☐ Email
☑ ECF Electronic Filing

/s/ *Jeremy E. Roller*
Scott T. Wilsdon (*pro hac vice*)
Jeremy E. Roller (*pro hac vice*)
YARMUTH WILSDON CALFO PLLC

Attorneys for Plaintiff **MICROSOFT CORPORATION**

DECLARATION OF ENOCH REMICK IN SUPPORT OF
MICROSOFT'S MOTION FOR SUMMARY JUDGMENT
NO. 07-CV-01840- – Page 5
425.26 ig021503 7/10/08

# EXHIBIT 1

English
Microsoft Office Standard Edition 2003
(Product Key Required)

Microsoft Certified

December 2004
Applications
Student Media

Not for retail
OEM Distribution Not
for resale

Exhibit 1 Page 1





Exhibit 1 Page 2