Esha Bandyopadhyay (Bar No. 212249)
bande@perkinscoie.com
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California 94025-1114
Phone: (650) 838-4300
Fax: (650) 838-4350

Scott T. Wilsdon (*pro hac vice*)
wilson@yarmuth.com
Jeremy E. Roller (*pro hac vice*)
jroller@yarmuth.com
Yarmuth Wilsdon Calfo PLLC
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
Phone: (206) 516-3800
Fax: (206) 516-3888

Attorneys for Plaintiff
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTRAX GROUP, INC., d/b/a, SURPLUS COMPUTERS, a California corporation; MICHAEL MAK, an individual; and JOHN DOES 1-5,<br><br>Defendants. | No. 07-CV-01840-CW<br><br>DECLARATION OF DEBORAH M. JOHNSON IN SUPPORT OF PLAINTIFF MICROSOFT CORPORATION'S MOTION FOR SUMMARY JUDGMENT |

I, Deborah M. Johnson, hereby declare as follows:

1.   I am a Paralegal at the law firm of Yarmuth Wilsdon Calfo PLLC, counsel of record for the Plaintiff Microsoft Corporation in this matter. I make this Declaration based on personal knowledge and, if called to testify, could and would testify competently to the facts set forth herein.

DECLARATION OF DEBORAH M. JOHNSON IN
SUPPORT OF MICROSOFT'S MOTION FOR SUMMARY
JUDGMENT - NO. 07-CV-01840- – Page 1

2.  On June 25, 2008, defendant Michael Mak ("Mr. Mak") was deposed in this matter. True and correct copies of Mr. Mak's deposition transcript ("Mak Dep.") and excerpts from exhibits to that deposition (cited in Microsoft's Memorandum in Support of Motion for Summary Judgment) are attached hereto as Exhibit 1.

3.  In his deposition, Mr. Mak repeatedly testified that a signature on certain Surplus Computers purchase orders for Microsoft products was his. *See, e.g.*, Mak Dep. at 133:17; 134:19, 21, 22; 138:19; 142:11; 143:24; 147:11; 150:6; and 155:17, 20, 24. Including those documents that Mak admitted signing at his deposition, I have observed what appears to be the same signature on approximately 145 Surplus Computers purchase orders for Microsoft products. In the interest of not overburdening the Court with excessive papers, aside from those purchase orders Mr. Mak identified as being marked with his signature at his deposition, the purchase orders apparently bearing Mr. Mak's signature are not attached here.

4.  Defendant Intrax Group, Inc. filed a Chapter 11 Bankruptcy Petition in September of 2007. That proceeding is captioned *In re Intrax Group, Inc.*, No. 07-52783 RLE (Bankr. N.D. Cal.). Microsoft has filed a claim in Intrax's bankruptcy proceedings and, in March of 2008, obtained an order from the Bankruptcy Court requiring Intrax to produce certain documents. A true and correct copy of that order is attached hereto as Exhibit 2. Intrax has partially complied with that order. Despite repeated requests for Intrax's full compliance (true and correct copies of some of those requests are attached hereto as Exhibit 3), Intrax has not yet produced all of the documents required by the Bankruptcy Court. True and correct copies of July 3, 2008 and July 8, 2008 emails from Intrax's bankruptcy counsel explaining the delay are attached hereto as Exhibit 4.

5.  Attached hereto as Exhibit 5 is a true and correct copy of an Order Granting Motion for Partial Summary Judgment dated May 5, 2008, in the matter *Microsoft Corp. v. EEE Business, Inc., et al.*, No. C 07-01839 JSW (N.D. Cal.). Attached hereto as Exhibit 6 is a true and correct copy of a CM/ECF minute entry in the matter *Microsoft Corp. v. Global Online Distribution, LLC, et al.*, No. 2:07-cv-00420 (D. Nev.). Attached hereto as Exhibit 7

1 is a true and correct copy of an Order Granting Microsoft's Motion for Preliminary Injunction
2 dated January 25, 2008, in the matter *Microsoft Corp. v. Technology Enters., LLC, et al.*, No.
3 06-CIV-22880-HOEVELER/BROWN.

5     I declare under penalty of perjury that the foregoing is true and correct.

7     DATED this 10th day of July, 2008.

9                                        Deborah M. Johnson

DECLARATION OF DEBORAH M. JOHNSON IN
SUPPORT OF MICROSOFT'S MOTION FOR SUMMARY
JUDGMENT - NO. 07-CV-01840- – Page 3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon the following parties, by the means designated below, this 10th day of July, 2008:

Steven A. Dillick
Law Offices of Steven A. Dillick
One Maritime Plaza, Suite 1040
San Francisco, CA 94111
Phone: 425-399-8777
Email: sdillick@ix.netcom.com
Counsel for Defendants

☐ U.S. Mail
☐ FedEx
☐ Hand-Delivery
☐ Facsimile
☐ Email
☒ ECF Electronic Filing

/s/ *Jeremy E. Roller*
Scott T. Wilsdon (*pro hac vice*)
Jeremy E. Roller (*pro hac vice*)
YARMUTH WILSDON CALFO PLLC

Attorneys for Plaintiff **MICROSOFT CORPORATION**

DECLARATION OF DEBORAH M. JOHNSON IN
SUPPORT OF MICROSOFT'S MOTION FOR SUMMARY
JUDGMENT - NO. 07-CV-01840- – Page 4
425.26 ig081501 7/10/08