# EXHIBIT 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICROSOFT CORPORATION, a        )
Washington corporation,         )
                                )
            Plaintiff,           )
                                )
      vs.                        ) Case No.
                                ) 07-CV-01840-CW
INTRAX GROUP, INC., a d/b/a,     )
SURPLUS COMPUTERS, a             )
California corporation;          )
MICHAEL MAK, an individual;      )
and JOHN DOES 1-5,               )
                                )
            Defendants.          )
                                )

DEPOSITION OF MICHAEL MAK

San Francisco, California

Wednesday, June 25, 2008

Reported by:
RACHEL FERRIER
CSR No. 6948
JOB No. 687655

Esquire Deposition Services    505 Sansome Street Suite 502    San Francisco, C.A.   94111
Phone  (415)  288-4280  1-800-770-3363    Fax  (415)  288-4286

Exhibit     Page

ab70e296-8977-45b5-96dd-d48e47d50c5e

---

Page 2

```
 1          UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3
   MICROSOFT CORPORATION, a    )
 4 Washington corporation,     )
                               )
 5        Plaintiff,           )
                               )
 6    vs.              ) Case No.
                       ) 07-CV-01840-CW
 7 INTRAX GROUP, INC., a d/b/a, )
   SURPLUS COMPUTERS, a       )
 8 California corporation;     )
   MICHAEL MAK, an individual; )
 9 and JOHN DOES 1-5,          )
                               )
10        Defendants.          )
                               )
11
12
13
14
15        Deposition of MICHAEL MAK,
16     taken on behalf of Plaintiff, at
17     505 Sansome Street, Suite 502,
18     San Francisco, California, beginning at
19     8:51 a.m. and ending at 1:49 p.m. on
20     Wednesday, June 25, 2008, before
21     RACHEL FERRIER, Certified Shorthand
22     Reporter No. 6948.
23
24
25
```

---

Page 3

```
 1 APPEARANCES:
 2
 3 For the Plaintiff:
 4     YARMUTH WILSDON CALFO PLLC
       BY: JEREMY ROLLER
 5     Attorney at Law
       The IDX Tower
 6     925 Fourth Avenue, Suite 2500
       Seattle, Washington 98104
 7     206.516.3800
       jroller@yarmuth.com
 8
 9 For the Defendants:
10     LAW OFFICES OF STEVEN DILLICK
       BY: STEVEN A. DILLICK
11     Attorney at Law
       One Maritime Plaza, Suite 1600
12     San Francisco, California 94111
       415.399.8777
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

Page 4

```
 1                   INDEX
 2 WITNESS                    EXAMINATION
 3
 4 MICHAEL MAK
 5
 6     MR. ROLLER              5, 125
 7
 8
 9
10          EXHIBITS
11 DEPOSITION                  PAGE
12 Exhibit 1   Notice of Deposition     49
13 Exhibit 2   Photocopy of the
               Student Media software   49
14
   Exhibit 3   Documents produced to
15             Microsoft in the context
               of the Intrax bankruptcy
16             proceeding              85
17 Exhibit 4   Records produced by Intrax
18             to Microsoft in the
               bankruptcy proceeding   104
19
20
21
22
23
24
25
```

---

Page 5

```
 1    San Francisco, California, Wednesday, June 25, 2008
 2         8:51 a.m. - 1:49 p.m.
 3
 4         MICHAEL MAK,
 5 having been duly sworn, was examined and testified as
 6 follows:
 7         EXAMINATION
 8 BY MR. ROLLER:
 9    Q    Mr. Mak, please state your full name.
10    A    Michael Yu-Mo Mak.
11    Q    Can you spell your middle name.
12    A    Sure.  It's Y-u, dash, M-o.
13    Q    Can you please tell us where you live.
14    A    462 Cammish Avenue, San Jose, California
15 94123.
16    Q    Have you ever been deposed before?
17    A    Yes.
18    Q    Can you tell me when?
19    A    The last time I can remember now I was --
20 deposed was several years ago involving a lawsuit
21 that -- when I worked for --
22         MR. DILLICK: He asked you when.
23         THE WITNESS: When? Oh, I don't know
24 exactly when.
25 BY MR. ROLLER:
```

---

2 (Pages 2 to 5)

Esquire Deposition Services   505 Sansome Street Suite 502   San Francisco, C.A.   94111
Phone  (415)  288-4280  1-800-770-3363   Fax  (415)  288-4286

Exhibit  1   Page  2   ab70e296-8977-45b5-96dd-d48e47d50c5e

Michael   Mak                                          June 25, 2008

---

Page 6

1    Q    Can you tell me what case it was in?
2    A    I think it was Novell versus Wierd Stuff.
3    Q    Do you know what court that --
4    A    No.
5    Q    -- proceeding was in?
6    A    No. I was 22, 23 years old.
7    Q    How old are you now?
8    A    39 -- 38.
9    Q    So it would have been somewhere around 15
10   years ago.
11       (Discussion off the record.)
12   BY MR. ROLLER:
13   Q    Let's go back to the question I asked
14   before.
15       Is it accurate to say it would have been
16   about 15 years ago that you were deposed?
17   A    That would be about accurate.
18   Q    I'm going to come back to the deposition in
19   a second, but I'd like to talk first about some of
20   the ground rules, some of the ways that we should
21   conduct our deposition today. And you were probably
22   told similar things back when you were deposed, but
23   that was 15 or so years ago.
24       A deposition is not like a normal
25   conversation. If you and I and your lawyer were down

---

Page 7

1    at Starbucks having a cup of coffee, we would talk to
2    each other and there would be times when you would
3    appropriately kind of anticipate what I was saying
4    and start to answer and we would talk over each other
5    and we would use gestures and nods and those kinds of
6    things to understand each other, and that would work
7    because that's how we as humans communicate.
8        Now, here we are creating a record that
9    could be used later in a court proceeding, and the
10   record is being created by Rachel, who is our Court
11   Reporter, and so there are certain things that, if we
12   do them, will make it much easier for her to record
13   what's happening here and create what we call a
14   cleaner record.
15       So one of the things that I'll ask -- and
16   I'll try to do it as well -- is that we not talk over
17   each other. If I'm asking a question, please let me
18   get to the end of the question before you answer it,
19   even if you know exactly where I'm going with it.
20   And when you are answering a question, I will try to
21   let you go until you are done answering it before I
22   ask my next question.
23       Please answer audibly so it's not -- it
24   doesn't work to nod "yes" or "no," and it also is
25   very helpful if instead of saying "uh-huh" and

---

Page 8

1    "huh-uh," you say "yes" or "no."
2        There are times when your attorney might
3    object, and what he's doing there is making an
4    evidentiary record for the subsequent use of the
5    deposition transcript. He needs to do that. When he
6    does it, please let him go ahead and make those
7    objections, and then once he's done, answer the
8    question. The only exception to that is if he
9    instructs you not to answer, then he and I will have
10   a conversation about what we are going to do. But
11   just because he has objected, unless he says, "Don't
12   answer," doesn't mean you shouldn't answer. You
13   should then go ahead and answer my question.
14       If you need to take a break at any time,
15   that's fine; just let me know. The only thing I ask
16   is that if a question is pending, you go ahead and
17   give me an answer before we take that break.
18       I'm going to try my best to ask clear
19   questions. I want you to let me know if you don't
20   understand a question. If you don't let me know that
21   you don't understand, I'm going to assume that you do
22   understand my question. Okay?
23   A    Okay.
24   Q    Going back to the deposition that we were
25   talking about a few moments ago, you said you thought

---

Page 9

1    it was in a case called Novell versus Wierd Stuff.
2        Do you know why you were deposed in that
3    case?
4    A    I don't remember. I mean, I -- I don't
5    particularly remember.
6    Q    Do you know what you testified about?
7    A    No.
8    Q    Generally, was it about -- do you know the
9    general subject matter?
10   A    I don't --
11       MR. DILLICK: Was it or wasn't it?
12       THE WITNESS: Could you repeat the
13   question?
14   BY MR. ROLLER:
15   Q    Do you know the general subject matter that
16   you testified about?
17   A    It was about the transaction that the
18   company that I worked for. They sold some Novell
19   product.
20   Q    What company did you work for?
21   A    Wierd Stuff Warehouse.
22   Q    And did Novell sue Wierd Stuff?
23   A    Correct.
24   Q    Do you know what Novell sued Wierd Stuff
25   for?

---

                                    3  (Pages 6 to 9)

Exhibit ___ Page 3

Michael   Mak                                          June 25, 2008

---

**Page 10**

1    A    No.
2    Q    Do you know if it was --
3    A    Well, I'm -- I don't remember.
4    Q    Do you know if it was copyright
5    infringement?
6    A    I, personally, do not remember.  It's been
7    a long time.
8    Q    Do you recall what you said in that
9    deposition?
10   A    No.
11   Q    Who did Wierd Stuff sell the Novell
12   products to?
13   A    I don't recall.
14   Q    Do you know if that Novell versus
15   Wierd Stuff case proceeded to trial?
16   A    I'm not sure, to be honest.  I didn't
17   follow the case closely.
18   Q    Did you testify at trial in that case?
19   A    No.
20   Q    Have you been deposed any other time aside
21   from the Novell versus Wierd Stuff case?
22   A    I don't recall at this moment.
23   Q    Have you ever testified at trial?
24   A    Yes.
25   Q    Do you know when that was?

---

**Page 11**

1    A    It was several years ago.
2    Q    Less than five years?
3    A    Yes.
4    Q    Less than five?
5    A    Less than five.
6    Q    Less than three years?
7    A    I'm not sure.
8    Q    Do you know what case it was in?
9    A    It was actually for a grand jury
10   indictment.
11       (Attorney-client conference.)
12   BY MR. ROLLER:
13   Q    What did you testify about before the grand
14   jury?
15   A    It was primarily about some stolen products
16   some individual had sold us.
17   Q    And when you say "sold us," who do you
18   mean?
19   A    The company.
20   Q    Which company?
21   A    Intrax Group.
22   Q    Who was the individual?
23   A    Tony Rozby.
24   Q    How do you spell Mr. Rozby's last name?
25   A    I don't know.

---

**Page 12**

1    Q    What did Mr. Rozby sell to Intrax that was
2    allegedly stolen?
3    A    Hard drives.
4    Q    Anything else?
5    A    Not that I'm aware of.
6    Q    Do you know if Mr. Rozby was indicted?
7    A    I have no idea.
8    Q    Do you know if the grand jury was in state
9    or federal court?
10   A    I'm not sure.
11   Q    Getting back to the Wierd Stuff deposition,
12   do you know if -- do you know where you were deposed
13   physically?
14   A    Somewhere in San Jose.
15   Q    Have you ever -- have you testified before
16   the grand jury in any other instances aside from the
17   Rozby proceeding?
18   A    No.
19   Q    Have you ever testified at trial?
20   A    Which trial?
21   Q    At any trial.
22   A    I just testified about --
23       MR. DILLICK:  Have you ever testified at a
24   trial?
25       THE WITNESS:  Yes.  I testified at a trial

---

**Page 13**

1    two weeks ago, the IRS trial.
2        MR. DILLICK:  Okay.
3    BY MR. ROLLER:
4    Q    What was the IRS trial?
5    A    It was a vendor of ours who didn't pay his
6    taxes.
7    Q    Who is that vendor?
8    A    Yosef Shaudri (phonetic).
9    Q    Where was this trial?
10   A    San Francisco.
11   Q    And was the IRS suing Mr. Shaudri?
12   A    I'm not sure.
13   Q    What did you testify about?
14   A    They just wanted to know if the
15   transactions that he did with us actually occurred.
16   Q    Did they?
17   A    Yes.
18   Q    What did Mr. Shaudri sell you?
19   A    Computer products.
20   Q    Like what?
21   A    Hardware, software.
22   Q    And when I say "sell you," was he selling
23   to Intrax?
24   A    Selling to Intrax, not to my client.
25   Q    What kind of hardware?

---

4  (Pages 10 to 13)

Esquire Deposition Services     505 Sansome Street Suite 502     San Francisco, C.A.   94111
Phone  (415)  288-4280   1-800-770-3363     Fax  (415)  288-4286

Exhibit __1__   Page __4__   ab70e296-8977-45b5-96dd-d48e47d50c5e

| Page 14 | Page 16 |
|---|---|
| 1   A    Used computers, miscellaneous hardware. | 1   Court Reporter has recorded your testimony? |
| 2   Q    What kind of software? | 2    A    I don't remember. |
| 3   A    Utilities, applications, games. | 3    Q    Have you ever been convicted of a crime? |
| 4   Q    Any Microsoft software? | 4    A    No. |
| 5   A    Yes. | 5    Q    Has any company that you have owned ever |
| 6   Q    Do you know what titles? | 6   filed for bankruptcy protection? |
| 7   A    I believe it was like Microsoft Windows. | 7    A    Yes. |
| 8   Q    XP? Vista? 2000? | 8    Q    Okay. Which company? |
| 9   A    No. No. It was way before that. | 9    A    Intrax Group. |
| 10  Q    What was it? | 10   Q    And when did Intrax most recently file for |
| 11  A    More like '95, '98. | 11  bankruptcy protection? |
| 12  Q    Did he sell you office products? | 12   A    I believe it was in November '07. |
| 13  A    I don't recall. | 13   Q    Why did Intrax file for bankruptcy |
| 14  Q    When did Mr. Shaudri sell Intrax Microsoft | 14  protection? |
| 15  software? | 15   A    Pending the current litigation with |
| 16  A    Probably in '04. | 16  Microsoft. |
| 17  Q    If he was selling to you in '04, why was | 17   Q    Any other reason? |
| 18  Mr. Shaudri not selling Windows 2000 or XP? | 18   A    Business was not as good. |
| 19       MR. DILLICK: Don't answer that. That | 19   Q    What do you mean by that, "business was not |
| 20  would be speculating. | 20  as good"? |
| 21       MR. ROLLER: That's not -- you can't | 21   A    Our sales just weren't as good as they used |
| 22  instruct him not to answer it. You can make an | 22  to be. |
| 23  objection. | 23   Q    Any other reason? |
| 24       MR. DILLICK: I am instructing him -- | 24   A    No. |
| 25       Well, I'm instructing you to listen very | 25   Q    Has Intrax, before November of 2007, ever |

| Page 15 | Page 17 |
|---|---|
| 1   carefully. He's asking you to tell him why it was | 1   been in bankruptcy proceedings? |
| 2   that Shaudri wasn't selling something else. | 2    A    What do you mean by that? |
| 3        THE WITNESS: I have no idea why he would | 3    Q    Before the November 2007 bankruptcy filing, |
| 4   not be selling something else. | 4   had Intrax ever filed for bankruptcy protection -- |
| 5   BY MR. ROLLER: | 5    A    No. |
| 6    Q    Why, in 2004, was Intrax buying Windows 95? | 6    Q    -- before? |
| 7    A    Because we had customers that would buy it. | 7    A    No. |
| 8    Q    Do you know if Mr. Shaudri offered to sell | 8    Q    So the November 2007 Intrax bankruptcy is |
| 9   you Windows 2000? | 9   the only bankruptcy that you Intrax has ever -- |
| 10   A    I don't remember. | 10   A    Correct. |
| 11   Q    Do you know if he offered to sell you | 11       MR. DILLICK: Let him finish his question |
| 12  Windows XP? | 12  before you answer. |
| 13   A    I don't remember. | 13  BY MR. ROLLER: |
| 14   Q    Do you know if he offered to sell you any | 14   Q    Any other companies that you have owned |
| 15  Microsoft office products? | 15  filed for bankruptcy protection? |
| 16   A    Like I say, I don't remember. | 16   A    No. |
| 17   Q    Do you know the result of the Shaudri | 17   Q    Any other companies at which you worked |
| 18  trial? | 18  filed for bankruptcy? |
| 19   A    No. It's ongoing. | 19   A    Wierd Stuff Warehouse. |
| 20   Q    Aside from the Shaudri trial, have you ever | 20   Q    Do you know when that was? |
| 21  testified in any other trial? | 21   A    No. |
| 22   A    I don't remember at this time. | 22   Q    Do you know what jurisdiction it was? |
| 23   Q    Aside from the Shaudri trial, the Rozby | 23   A    No. |
| 24  grand jury proceeding, and the Wierd Stuff | 24   Q    Do you know what chapter it was? |
| 25  deposition, have you ever provided testimony where a | 25   A    No. |

Esquire Deposition Services    505 Sansome Street Suite 502    San Francisco, C.A.  94111
Phone  (415)  288-4280  1-800-770-3363    Fax  (415)  288-4286

Exhibit  I    Page  5    ab70e296-8977-45b5-96dd-d48e47d50c5e

Michael   Mak                                    June 25, 2008

---

Page 18

1    Q    Do you know why Wierd Stuff filed for
2  bankruptcy?
3    A    I'm not sure.
4    Q    Even if it's not a certainty, do you have
5  any reason why -- any thoughts on why Wierd Stuff
6  filed for bankruptcy protection?
7        MR. DILLICK:  Don't speculate.
8        MR. ROLLER:  Steve, that's not a proper
9  objection and you know it.
10       MR. DILLICK:  Don't speculate.
11       MR. ROLLER:  I didn't ask him to speculate.
12 I asked aside from --
13       MR. DILLICK:  I'm talking to my client.
14       MR. ROLLER:  It's not a proper instruction;
15 you know it.
16       MR. DILLICK:  Do you have a question?
17       MR. ROLLER:  If we need to leave the
18 deposition open and get a ruling on that improper
19 instruction and come back, your client's going to pay
20 for me to fly down.
21       Are you instructing him not to answer that
22 question?  Are you instructing --
23       MR. DILLICK:  Mr. Roller, I have made my
24 statement on the record.  Now --
25       MR. ROLLER:  Can you read my question back.

---

Page 19

1        MR. DILLICK:  Go ahead and ask him --
2        (Record read by the Reporter as follows:
3        "QUESTION:  Even if it's not a certainty,
4        do you have any reason why -- any thoughts
5        on why Wierd Stuff filed for bankruptcy
6        protection?")
7  BY MR. ROLLER:
8    Q    Please answer the question.
9    A    I assume it had to do with the Novell case.
10       (Attorney-client conference.)
11       THE WITNESS:  Okay.
12 BY MR. ROLLER:
13   Q    Why do you assume it had to do with the
14 Novell case?
15   A    Because you asked me for a guess.
16   Q    Why do you guess that?
17   A    That's the only thing that came to mind.
18   Q    Have you ever personally filed for
19 bankruptcy protection?
20   A    No.
21   Q    Any other companies at which you worked
22 ever file for bankruptcy protection?
23   A    No.
24   Q    Did you go to high school?
25   A    Yes.

---

Page 20

1    Q    Did you graduate from high school?
2    A    Yes.
3    Q    Which high school?
4    A    Edison High School in Stockton, California.
5    Q    When did you graduate?
6    A    In '87.
7    Q    Did you go to college?
8    A    Yes.
9    Q    Where did you go to college?
10   A    San Jose State.
11   Q    Did you graduate?
12   A    No.
13   Q    What did you study at San Jose State?
14   A    Marketing and advertising.
15   Q    When did you stop studying at San Jose
16 State?
17   A    In about '92, '93.
18   Q    When did you start studying at San Jose
19 State?
20   A    About '90, '91.
21   Q    Have you attended any other colleges?
22   A    No.  Oh, I'm sorry, the community college.
23   Q    Which community college?
24   A    San Joaquin Delta College in Stockton.
25   Q    And when did you attend San Joaquin Delta

---

Page 21

1  College?
2    A    '87 to '90.
3    Q    Did you get a degree from it?
4    A    No.
5    Q    What did you study at San Joaquin --
6    A    Just general -- sorry.  General education.
7    Q    Any other colleges you have attended?
8    A    No.
9    Q    Have you participated in any kind of
10 technical training programs?
11   A    No.
12   Q    Have you attended any training programs?
13   A    What do you mean by that exactly?  What --
14   Q    If you don't understand my question, you
15 can tell me.
16   A    Yeah, I don't understand.
17   Q    Okay.  I mean a program where you are
18 trained to use some product or trained in some method
19 of doing something.
20   A    Like a trade school?
21   Q    Sure, that's one example.
22   A    I've never attended a trade school.
23   Q    Ever trained in, for example, computer
24 programming?
25   A    No.  Well, I mean, just school, just

---

                                    6  (Pages 18 to 21)

Exhibit  1  Page  6
ab70e296-8977-45b5-96dd-d48e47d50c5e

**Page 22**

1   college and high school.

2     Q   Aside from college and high school?

3     A   No.

4     Q   Have you attended any seminars?

5     A   I've attended various tech seminars

6   throughout the years.

7     Q   What tech seminars?

8     A   I don't remember, to be honest with you. I

9   haven't been to one in a long, long, long time.

10     Q   When was the last time you attended a tech

11   seminar?

12     A   Probably the last one was in Redmond,

13   Washington, that Microsoft was holding.

14     Q   Do you know when that was?

15     A   I'm not sure.

16     Q   What happened there?

17     A   It was a gathering of various Microsoft

18   resellers from throughout the country who were

19   authorized Microsoft resellers.

20     Q   What happened at that gathering?

21     Q   What happened? What do you mean by that?

22     Q   What happened?

23     A   They talked about the products. They

24   talked about the various products that were available

25   and how to sell the various products.

**Page 23**

1     Q   Any other technical seminars you can

2   remember?

3     A   No, because I generally don't attend tech

4   seminars.

5     (Attorney-client conference.)

6     THE WITNESS: Yes. You know, I just

7   remembered one thing that did happen at this tech

8   seminar that Microsoft was throwing. There was a

9   woman, and they were talking with all the authorized

10   academic resellers, and one of the buzz -- I just

11   remember all this. One of the buzz that was

12   happening was Microsoft had just released Office

13   2000, and there wasn't -- there was not a great

14   acceptance for the product. So what Microsoft did

15   was they decided to make an academic version that

16   they would allow all the retailers, whether it's

17   Costco, Frys, or whatever, to sell, and they did not

18   check whether customers were buying this product or

19   authorized to buy it.

20     So what happened is during this tech

21   seminar, during the educational portion that this

22   woman was conducting, what happened was she asked

23   were there any questions. So I raised up my hand.

24   She didn't call on me, so I blurted out the question.

25   And my question to her was, "Why are all these other

**Page 24**

1   retailers -- Costco, Frys, CompUSA -- allowed to sell

2   this academic product without any restrictions to

3   anybody that walks through the door when we were held

4   to such a different standard and higher standard than

5   everybody else?" And her reply back to us was,

6   "Well, you have other product to sell. That was just

7   one product."

8     And that I do remember happened at that

9   seminar. And also it made such a big ruckus at the

10   closing day. The person that was running that whole

11   seminar, he made a point to say, you know, "There was

12   an incident yesterday. We are going to address it."

13   I mean, people were generally very, very, very upset

14   at the seminar over that issue.

15     MR. ROLLER: Okay. I object to the extent

16   that answer is nonresponsive and lacks foundation.

17     MR. DILLICK: Well, wait a second. You

18   asked him what happened at the Microsoft tech

19   seminar, and he is describing to you specifically in

20   response to that question things that happened at the

21   seminar. It's directly responsive to your question.

22     MR. ROLLER: And I've made my objection.

23   We don't need to argue about this now.

24     Q   You said you just remembered the story you

25   just told me about someone talking and you asking the

**Page 25**

1   question; is that right?

2     MR. DILLICK: No, wait. I object to your

3   characterization of it was a story. He is giving

4   testimony. Unless you want to characterize the

5   entire deposition as a story, my client is testifying

6   about facts that you asked him to describe. Please

7   give it the deference that you should be giving it.

8   BY MR. ROLLER:

9     Q   You just testified that at -- well, please

10   strike that.

11     You testified that you just remembered the

12   incident you described at the tech seminar; is that

13   correct?

14     MR. DILLICK: Object. His testimony will

15   read for itself.

16   BY MR. ROLLER:

17     Q   You can answer.

18     MR. DILLICK: Read the question back,

19   please.

20     (Record read by the Reporter as follows:

21     "QUESTION: You testified that you just

22     remembered the incident you described at

23     the tech seminar; is that correct?")

24     MR. DILLICK: Don't answer that.

25     MR. ROLLER: It's an improper objection.

7 (Pages 22 to 25)

Exhibit __ Page __
070e296-8977-45b5-96dd-d48e47d50c5e

Michael  Mak                                          June 25, 2008

---

Page 26

1      MR. DILLICK: It's not an improper
2  objection. You are asking -- he just testified about
3  whatever he testified about. It's on the record what
4  he testified about. He doesn't have to tell you
5  whether he just testified about it.
6      MR. ROLLER: Are you instructing him not to
7  answer?
8      MR. DILLICK: I am instructing him not to
9  answer that question. Please ask a different one.
10 BY MR. ROLLER:
11     Q    What caused you to remember the incident
12 you just described?
13     A    I have told Steve this incident before in
14 the past --
15     MR. DILLICK: Hold on a second.
16     Other than -- well, other than asking your
17 question to tell you what happened at the seminar.
18 You asked him to tell you what happened at the
19 seminar. Your question made him remember.
20 BY MR. ROLLER:
21     Q    Did something your attorney told you when
22 you were conferencing with him cause you to remember
23 that incident?
24     MR. DILLICK: No.  Wait a second.
25 That's -- you are not going to answer that question

Page 27

1  either.  That's an improper question.
2      MR. ROLLER: Steve.  Okay --
3      MR. DILLICK: You are not allowed to ask my
4  client anything about attorney-client communications.
5      MR. ROLLER: Okay.  Then what I will do is
6  describe on the record what happened.  I asked your
7  client a question.  He had finished answering.  You
8  spoke with him.  Then he said he remembered.  If you
9  want to make your testimony relevant at issue here, I
10 can take your deposition.  But that is improper.
11 It's improper and you know it.  And if we have it, we
12 will bring it to the Court and we will get that
13 record.
14     Do you disagree with my characterization of
15 what happened, Mr. Dillick?  Do you disagree with my
16 description of what happened?
17     MR. DILLICK: I'm not taking -- I'm not
18 testifying here.  I'm not making any -- I'm not sure
19 if I disagree with it or agree with it.  I'll think
20 about it.
21     MR. ROLLER: Fine.
22     Q    Aside from the Microsoft seminar, are there
23 other seminars that you recall attending?
24     A    No.
25     Q    I'd like to talk about your work history

Page 28

1  following high school.
2      Q    After your graduation from high school, did
3  you take a job?
4      A    Yes.
5      Q    And where did you work?
6      A    My first job was at a Chinese restaurant.
7      Q    When was that?
8      A    The exact dates, I'm not sure.
9      Q    Did you have any other job while you were
10 working at the Chinese restaurant?
11     A    I worked at two different Chinese
12 restaurants.
13     MR. DILLICK: That's not what he asked you.
14     THE WITNESS: No, I didn't have another
15 job.
16 BY MR. ROLLER:
17     Q    Aside from your work at the two Chinese
18 restaurants -- please strike that.
19     After you started working at the Chinese
20 restaurant, what was your next job?
21     A    I worked for a paralegal firm.
22     Q    What was that?
23     A    I remember the owner's name, but I do not
24 remember the name of the company.
25     Q    Do you know about when it was?

Page 29

1      A    Maybe '90 to '92, '89 to '90.  I'm not
2  sure.
3      Q    What was the owner's name?
4      A    Melissa Jarvis Reid.
5      Q    What was the last name?
6      A    Reid.
7      Q    After you worked at the paralegal firm,
8  what was your next job?
9      A    Big 5 Sporting Goods.
10     Q    Did you have any other job while you were
11 working at Big 5?
12     A    No.
13     Q    After you worked at Big 5, what was your
14 next job?
15     A    I worked at San Joaquin Delta College
16 bookstore.
17     Q    When was that?
18     A    The exact dates, I'm not sure.
19     Q    Do you know about when?
20     A    I don't really want to guess and give you
21 the wrong information.
22     Q    Do you know about when?
23     A    You are asking for a guess?
24     MR. DILLICK: Don't guess.
25 BY MR. ROLLER:

8  (Pages 26 to 29)

Exhibit  1  Page  8   ab70e296-8977-45b5-96dd-d48e47d50c5e

Michael   Mak                                           June 25, 2008

---

Page 30

1    Q    Was it at the same time that you were a
2    student at San Joaquin Delta College?
3    A    Correct.
4    Q    Was it at all after the time you were a
5    student at San Joaquin Delta College?
6    A    No.
7    Q    After you worked at the San Joaquin Delta
8    College bookstore, what was your next job?
9    A    I worked at West Lane Racquetball Club,
10   tennis shop.
11   Q    Do you know when that was?
12   A    It was the last year that I went to
13   San Joaquin Delta College.
14   Q    Where did you work after the racquetball
15   club?
16   A    Then I came out to San Jose State.
17   Q    Did you have any jobs when you were a
18   student at San Jose State?
19   A    I actually worked for an attorney, but I
20   don't remember his name.
21   Q    And that was while you were a student at
22   San Jose State?
23   A    Correct, but that was just a short period
24   of time.
25   Q    Any other jobs while you were a student at

---

Page 31

1    San Jose State?
2    A    I believe I cold-called; you know, I was a
3    cold-caller.
4    Q    For who?
5    A    I don't know.  It's one of those companies
6    where you are at home and they call you up and, Hi,
7    this is such-and-such, and I'm calling you about
8    making a donation to the local firemen's club, or
9    something like that.
10   Q    Aside from the cold-call work and working
11   at the racquetball club, did you have any other jobs
12   when you were a student at San Jose State?
13   A    I worked at -- I worked for Wierd Stuff.
14   Q    What were your duties at Wierd Stuff?
15   A    I -- initially, I started out as a
16   warehouse person, and then I ended up becoming a
17   salesperson in the retail store, and then I ended up
18   being in their sales department.
19   Q    What were your duties when you were a
20   salesperson in the retail store?
21   A    Assist customers who walked in.
22   Q    And what kind of products were for sale at
23   the retail store?
24   A    Electronic gadgets, Surplus Computer
25   products, Surplus software.

---

Page 32

1    Q    Was there a difference between your work
2    when you were a salesperson in the retail store and
3    when you were in the sales department?
4    A    Yes.
5    Q    What was the difference?
6    A    In the sales department, I sold mostly to
7    resellers.
8    Q    What products did you sell to resellers?
9    A    Electronic components, chips, computer
10   hardware, software, anything that came in through the
11   door, plastic gloves.
12   Q    Did you have any other positions at
13   Wierd Stuff aside from the warehouse work, the sales
14   in the retail department, and the work in the sales
15   department?
16   A    No.
17   Q    Do you know when you stopped working at
18   Wierd Stuff?
19   A    I'm trying to put the time line together in
20   my head.  About '93, '94.
21   Q    Did you hold any other jobs while you
22   worked at Wierd Stuff?
23   A    No.
24   Q    What was your next job after Wierd Stuff?
25   A    I started my own company.

---

Page 33

1    Q    Do you know when you started your company?
2    A    '93, '94.
3    Q    What was the name of that company?
4    A    Strata Remarketing.
5    Q    And what business was Strata Remarketing
6    in?
7    A    We sold excess computer hardware and
8    software.
9    Q    Was it a corporation?
10   A    Correct.
11   Q    And did you own the corporation?
12   A    It was me and a partner.
13   Q    What was the name of your partner?
14   A    David Hu.
15   Q    How do you spell David's last name?
16   A    H-u.
17   Q    Did you hold a position at Strata?
18   A    Vice president.
19   Q    What percentage of Strata did you own?
20   A    I believe 30 percent.
21   Q    Is Strata still in existence?
22   A    No.
23   Q    When did it cease to exist?
24   A    I'm not exactly sure because I ended up
25   leaving the company.

---

9  (Pages 30 to 33)

Exhibit  1  Page  9    ab70e296-8977-45b5-96dd-d48e47d50c5e

Michael  Mak                                    June 25, 2008

---

**Page 34**

1    Q    When did you leave the company?
2    A    '96.
3    Q    Did Strata sell Microsoft software?
4    A    Yes.
5    Q    What titles?
6    A    Office, Server, Microsoft Bookshelf,
7   Office, Windows.
8    Q    Did you work at Strata?
9    A    Yes.
10   Q    And what were your duties?
11   A    I ran the sales department and the
12  purchasing.
13   Q    What do you mean by "purchasing"?
14   A    I procured product.  I purchased the
15  product from vendors.
16   Q    Did the product you purchased include
17  Microsoft software?
18   A    Yes.
19   Q    And did it include the Microsoft software
20  titles you just testified Strata sold?
21   A    Yes.
22   Q    Who did Strata purchase Microsoft software
23  from?
24   A    I mean, we bought them from various
25  brokers.  Some people I don't remember anymore.

---

**Page 35**

1   Liquidators.  I mean, it's been a long time.
2    Q    Did you hold any other jobs when you worked
3   at Strata?
4    A    No.
5    Q    And what was your next job after Strata?
6    A    Then I went to go work for a company called
7   SoftCAT.
8    Q    Soft what?
9    A    SoftCAT.
10   Q    What kind of business was SoftCAT engaged
11  in?
12   A    They were a computer software liquidator
13  that focused on selling products to the mass
14  merchants.
15   Q    What do you mean by "mass merchants"?
16   A    CompUSA, Frys, Costco.
17   Q    What was your position at SoftCAT?
18   A    In sales.
19   Q    Did you hold any other positions in
20  SoftCAT?
21   A    I helped with purchasing from time to time.
22   Q    Did you own any of SoftCAT?
23   A    No.
24   Q    When did you leave SoftCAT?
25   A    '97.

---

**Page 36**

1    Q    Did you hold any other jobs while you
2   worked at SoftCAT?
3    A    No.
4    Q    And what was your next job after SoftCAT?
5    A    Then that's when I started my own company.
6    Q    What was that company?
7    A    Intrax Group.
8    Q    When did you start Intrax Group?
9    A    '97.
10   Q    And have you worked at Intrax Group
11  continuously since 1997?
12   A    Yes.
13   Q    We are going to come back to the Intrax
14  Group in greater detail in a little bit, but I would
15  like to ask:  During the time you worked at Intrax
16  Group, from 1997 to the present, have you held any
17  other jobs?
18   A    I also owned another company called Apex
19  Motor Sports, which modified domestic performance
20  vehicles.
21   Q    And was Apex Motor Sports a corporation
22  separate from Intrax?
23   A    It was part of Intrax.
24        (Attorney-client conference.)
25        THE WITNESS:  Okay.  To clarify it, Intrax

---

**Page 37**

1   owned Apex.  I didn't own Apex Motor Sports.  The
2   corporation owned Apex.
3   BY MR. ROLLER:
4    Q    And was Apex a separate corporation?
5    A    It was not a separate corporation.  It was
6   a subsidiary of Intrax.
7        (Attorney-client conference.)
8   BY MR. ROLLER:
9    Q    Is Surplus Computers part of Intrax?
10   A    Yes.
11        You know, I did not finish answering the
12  previous question.
13   Q    Okay.
14   A    I also worked -- after the company filed
15  bankruptcy, it wasn't able to support me, so I went
16  to go work for a Ford dealership.
17   Q    When did you do that?
18   A    Maybe October or November of last year.
19   Q    Since you started Intrax in 1997, aside
20  from your work at Intrax or -- Intrax or Surplus or
21  Apex Computers and your work at the Ford dealership,
22  have you held any other jobs?
23   A    Well, I currently own another business.
24  It's an automotive repair business.
25   Q    What's the name of that business?

---

10  (Pages 34 to 37)

Exhibit __l__ Page 12  ab70e296-8977-45b5-96dd-d48e47d50c5e

**Page 38**

```
1   A   TPS.
2   Q   Is TPS a corporation?
3   A   Yes.
4   Q   When was that corporation founded?
5   A   Three months ago.
6   Q   Do you own all of it?
7   A   No.
8   Q   Who else owns it?
9   A   My partner, Dave Godeloson.
10  Q   How do you spell Mr. Godeloson's last name?
11  A   G-o-d-e-l-o-s-o-n.
12  Q   What percentage do you own?
13  A   We own 50/50.
14  Q   What does TPS do?
15  A   Like I said, we are a general maintenance
16  shop, so we repair cars, maintenance, and we also
17  modify and upgrade domestic performance vehicles,
18  like Corvettes, Mustangs, and Cameros.
19  Q   Where is TPS located?
20  A   In Campbell.
21  Q   Where is that?
22  A   It's actually in the same building -- it's
23  in the same building --
24      MR. DILLICK: Where is it?
25      THE WITNESS: 180 East Sunnyoaks, Campbell,
```

**Page 39**

```
1   California, Building No. 3. Sorry about that.
2   BY MR. ROLLER:
3   Q   Are you paid by TPS?
4   A   Yes.
5   Q   What are you paid monthly?
6   A   Thousand dollars a month.
7   Q   Do you work there?
8   A   Yes.
9   Q   What kind of work do you do?
10  A   I talk to the customers. I do the
11  purchasing, and I also do the sales to the customers
12  that come in.
13  Q   What are you paid at the Ford dealership
14  per month?
15  A   It varied because I was on commission.
16  Q   You are still working there?
17  A   No.
18  Q   When did you stop?
19  A   About four months ago.
20  Q   And what was the range in what you were
21  monthly paid?
22  A   Anywhere between 5- and $7,000.
23  Q   Aside from -- from the time you founded
24  Intrax in 1997, aside from your work at Intrax,
25  including that work at Apex and Surplus Computers and
```

**Page 40**

```
1   your work at the Ford dealership and your work at
2   TPS, have you held any other jobs?
3   A   No.
4   Q   Are you married?
5   A   Yes.
6   Q   Do you have children?
7   A   Yes.
8       Can I take a -- I'm sorry.
9       MR. DILLICK: You want a break?
10      THE WITNESS: I just want a break because
11  I'm getting a lot of calls from the office.
12      MR. ROLLER: That's fine. Is five minutes
13  okay?
14      THE WITNESS: Yeah, five minutes is fine.
15      (Recess taken from 9:44 to 9:48 a.m.)
16  BY MR. ROLLER:
17  Q   The next question I'm going to ask -- I
18  want you to answer the question, but I don't want you
19  to tell me what your attorney said, so this is my
20  question: Did you -- and let your attorney make an
21  objection if necessary before answering the question.
22      To prepare for this deposition, did you
23  talk with your attorney? I don't want you to tell me
24  what you said if you did.
25      MR. DILLICK: Just "yes" or "no."
```

**Page 41**

```
1       THE WITNESS: Yes.
2   BY MR. ROLLER:
3   Q   Was anyone else present in person when you
4   spoke with your attorney?
5   A   No.
6   Q   Was anyone else present by telephone when
7   you spoke with your attorney?
8   A   No.
9   Q   Have you talked with anyone else about this
10  deposition?
11  A   I told my brother that I was coming to this
12  deposition. That's about it.
13  Q   What did you tell your brother?
14  A   I just told him that it was a deposition
15  regarding the Microsoft case.
16  Q   Did you tell him anything else?
17  A   No.
18  Q   What did he say?
19  A   He says, "Oh." He goes -- he basically
20  say, "Hopefully we can get this thing resolved and
21  get it passed us."
22  Q   What's your brother's name?
23  A   Edward Mak.
24  Q   Why did he say "get it passed us"?
25  A   Because it basically has consumed and
```

11 (Pages 38 to 41)

Esquire Deposition Services    505 Sansome Street Suite 502    San Francisco, C.A.  94111
Phone  (415)  288-4280  1-800-770-3363    Fax  (415)  288-4286

Exhibit _I_ Page _II_ ab70e296-8977-45b5-96dd-d48e47d50c5e

Michael  Mak                                              June 25, 2008

---

Page 42

1  really ruined our lives.
2      Q     Have you talked with anyone else?
3      A     No.
4      Q     Why has it consumed your brother's life?
5      A     He works at Surplus Computers with me, so
6  it's affected him a lot also.
7      Q     Aside from talking with your attorney and
8  talking with your brother about this deposition, have
9  you talked to anyone else about the deposition?
10     A     I told my wife I was coming to this thing.
11     Q     What did she say?
12     A     She says, "Good luck."
13     Q     Aside from your wife, your brother, and
14  your attorney, have you talked to anyone else about
15  this deposition?
16     A     No.
17     Q     Have you looked at any documents to prepare
18  for this deposition?
19     A     No --
20     MR. DILLICK:  Other than, of course, what
21  he might have looked at with his attorney?  You are
22  not asking him to go into whatever he and his
23  attorney might have done to prepare for the depo, are
24  you?
25  BY MR. ROLLER:

---

Page 43

1      Q     I'm asking:  Have you looked at documents?
2      MR. DILLICK:  Including whatever I may
3  have --
4      THE WITNESS:  I have looked at documents,
5  invoices, stuff --
6      MR. DILLICK:  Hold on a second.
7      Are you asking him about what he did to
8  prepare with his attorney, or are you asking him to
9  exclude that?
10     MR. ROLLER:  I'm asking him whether he has
11  looked at documents.
12     MR. DILLICK:  Okay.  So you can say "yes"
13  or "no."
14     THE WITNESS:  Yes.
15  BY MR. ROLLER:
16     Q     Did you look at documents with your
17  attorney?
18     A     Yes.
19     Q     What were those documents?
20     MR. DILLICK:  No, you don't get to ask him
21  that.
22     MR. ROLLER:  Are you instructing him not to
23  answer?
24     MR. DILLICK:  Yeah.
25  BY MR. ROLLER:

---

Page 44

1      Q     Aside from the documents that you looked at
2  with your attorney, have you looked at any documents
3  outside of the presence of your attorney?
4      A     Yes.
5      Q     What documents?
6      A     Just invoices of what we purchased.
7      Q     Anything else?
8      A     No.
9      Q     Have you done anything else to prepare for
10  this deposition?
11     A     No.
12     Q     I believe you have testified that Apex
13  Motor Sports and Surplus Computers are a part of the
14  Intrax Group; is that accurate?
15     A     Correct.
16     Q     Are there any other businesses that are
17  part of the -- of Intrax Groups aside from those two?
18     A     Software and Stuff.
19     Q     What is Software and Stuff?
20     A     Software and Stuff started out before
21  Surplus Computers, so before there was Surplus
22  Computers, there was Software and Stuff.
23     Q     Was Software and Stuff started in 1997?
24     A     Correct.
25     Q     And when did Software and Stuff cease to

---

Page 45

1  operate?
2      A     Maybe in 2000, when we were able to
3  purchase the name Surplus Computers.
4      Q     Why did Intrax stop doing business as
5  Software and Stuff?
6      A     Surplus Computers just sounds a lot more
7  catchy than Software and Stuff, and it's easier to
8  remember.
9      Q     Aside from Apex Motor Sports, Surplus
10  Computers, and Software and Stuff, are there any
11  other businesses that are now or have been a part of
12  the Intrax Group?
13     A     No.
14     Q     About when did Surplus Computers start?
15     A     I believe I told you about 2000.
16     Q     And back at the time, Surplus Computers
17  started -- what kind of business was it engaged in?
18     A     We did wholesale, but a lot of retail.  We
19  also did a lot of online business.  We had a retail
20  store.
21     Q     What did Surplus Computers sell, whether
22  wholesale, retail, or online?
23     A     Computer hardware, used computers, hard
24  drives, motherboards, modems, computer software,
25  gadgets, miscellaneous general merchandise.  I mean,

---

12  (Pages 42 to 45)

Exhibit  I  Page  12
eab70e296-8977-45b5-96dd-d48e47d50c5e

Page 46

1  we are a liquidator, so we basically sell what we get
2  our hands on.
3     Q     Back when Surplus Computers started, did it
4  sell Microsoft software?
5     A     Yes.
6     Q     Between the time Surplus Computers started
7  and April of 2007, did Surplus Computers engage in
8  the same general business?
9     MR. DILLICK:  Could you read that back,
10 please.
11    (Record read by the Reporter as follows:
12    "QUESTION:  Between the time Surplus
13    Computers started and April of 2007, did
14    Surplus Computers engage in the same
15    general business?")
16    THE WITNESS:  Yes.
17 BY MR. ROLLER:
18    Q     Did it change in any way in those years?
19    A     What do you mean by that?
20    Q     Were there products, for example, that
21 Surplus Computers stopped selling in those years?
22    MR. DILLICK:  Objection, vague.
23    THE WITNESS:  I don't really understand
24 what you are trying to ask me.
25    MR. DILLICK:  It might be -- this might

Page 47

1  help.  It might explain -- did Mike explain to you
2  they are liquidators and maybe -- because of the
3  nature of the liquidation business, maybe it would be
4  helpful if he just explained to you what the
5  liquidation business is, if that -- you don't have
6  to.
7     MR. ROLLER:  That may be helpful.  That's a
8  valuable suggestion.  Thank you.
9     THE WITNESS:  Okay.  What we do, companies,
10 whether it's Fujitsu, IBM, various -- even Intel,
11 various universities, when they have excess
12 inventory, whether it's software or hardware or maybe
13 furniture, they will call us and say, "You know,
14 Mike, we have a room here that's full of computers
15 and miscellaneous parts.  Would you like to come down
16 and take a look and see what we have for sale?"  So
17 then I would go down there, make an offer, and they
18 would purchase it.
19    Or companies would send me a list and say,
20 "Mike, we have this in our inventory.  Would you like
21 to purchase it? you know, "Could you make us a bid?"
22 Or -- or they would tell me what they want for it and
23 then the negotiation process would start.
24    MR. ROLLER:  I see.
25    Q     So is it fair to say that between the time

Page 48

1  Surplus Computers was started and April of 2007, it
2  sold products, including software, that it thought it
3  could get at a decent price and resell at a profit?
4     A     Correct.
5     Q     Does Surplus Computers continue to do that?
6     A     Yes.
7     Q     Does Surplus -- well, let me back up.
8     A     Let me rephrase that.  We continue to do
9  that except we do not sell any Microsoft product at
10 all, not even from distribution.  We completely
11 stopped doing it.
12    Q     When did you stop selling Microsoft
13 products?
14    A     We stopped selling Microsoft products after
15 we were hit with the lawsuit.
16    Q     Before the lawsuit -- and by that you are
17 talking about this lawsuit here that we are having
18 this deposition in?
19    A     Correct.
20    Q     Prior to that lawsuit, what kinds of
21 Microsoft products did Surplus Computers sell?
22    A     Well, we sold Student Media.  We sold OEM
23 product.  We would sell retail box product.  We would
24 sell DSP product.
25    Q     When you say "Student Media," what do you

Page 49

1  mean by that?
2     A     It was software that was on -- it was
3  software that was on some CDs.  I don't know if you
4  have a sample here.
5     MR. ROLLER:  We are going to do something a
6  little out of order.
7     Would you please mark that as Exhibit 1.
8     (Exhibit No. 1 was marked for
9     identification by the Court Reporter.)
10 BY MR. ROLLER:
11    Q     Mr. Mak, the Court Reporter has handed you
12 some papers that have been marked as Exhibit 1.
13    Do you recognize those papers?
14    A     Yes.
15    Q     What are they?
16    A     It's a Deposition Notice.
17    Q     For this deposition?
18    A     Correct.
19    MR. ROLLER:  Would you please mark that as
20 Exhibit 2.
21    (Exhibit No. 2 was marked for
22    identification by the Court Reporter.)
23 BY MR. ROLLER:
24    Q     Mr. Mak, the Court Reporter has handed you
25 two sheets of paper that have been marked Exhibit 2,

13  (Pages 46 to 49)

Exhibit __ Page 13
e296-8977-45b5-96dd-d48e47d50c5e

Michael   Mak                                          June 25, 2008

Page 50

1  and I'll represent to you that the --
2      A    There's two sheets, you said?
3      Q    Yes, two sheets.
4      A    Okay.
5      Q    I'll represent to you that these are
6  photocopies of software that were purchased by an
7  investigator working for Microsoft from the Intrax
8  Group.
9          And I'd like you to look at the first page
10 and tell me: Is this an example of what you are
11 referring to when you say "Student Media"?
12     A    Yes.
13     Q    And how do you know that it's Student
14 Media?
15     A    It says "Student Media" right on it.
16     Q    And do you see -- below where it says
17 "Student Media," do you see the text there?
18     A    Yes.
19     Q    Can you read that?
20     A    It says "Student Media."
21     Q    The smaller text below "Student Media."
22     A    "All use subjective license media," is that
23 what you are talking about?
24     Q    Yes.
25     A    "Do not make illegal copies of this disk.

Page 51

1  Not for retail or OEM distribution.  Not for resale."
2      Q    Did the Intrax Group resell Student Media
3  software?
4      A    Yes.
5          MR. DILLICK:  Did they sell it?
6  BY MR. ROLLER:
7      Q    Resell Student Media?
8      A    What do you mean "resell"?  Sell to
9  endusers?
10     Q    Sell to anybody.
11     A    Yes.
12     Q    I'd like you to turn to the second page of
13 Exhibit 2.  And I'll represent to you that this is
14 the reverse side of the first page.
15         Could you please look at that and tell me
16 whether you recognize that.
17         Have you seen that before?
18         MR. DILLICK:  Has he seen this particular
19 label?
20         THE WITNESS:  This exact label?
21 BY MR. ROLLER:
22     Q    Let's not say the exact label.
23         Have you seen similar labels?
24     A    I've seen similar labels.
25     Q    And are similar labels on the reverse side

Page 52

1  of Student Media packs?
2      A    I believe so.
3      Q    Okay.  What caused you to say that?
4      A    I just recognize it.
5      Q    Do you see on the text where it says
6  "Student Media CD" on the second page?
7      A    Yes.
8      Q    Okay.  What is OEM software?
9      A    I believe OEM software is software which is
10 made for some of the large manufacturers that
11 Microsoft cut special deals with to give them a
12 really, really low price.
13     Q    For example, Dell or Hewlett-Packard?
14     A    Correct.
15     Q    And is OEM software ever marked with the
16 name of the computer manufacturer that distributes
17 it?
18     A    It is.
19     Q    Including the OEM software sold -- some of
20 the OEM software sold by the Intrax Group?
21     A    Correct.  Sometimes it is; sometimes it's
22 not marked.
23     Q    What is DSP software?
24     A    DSP software is sold by people like Dose,
25 Mob (phonetic), some of your authorized distributors,

Page 53

1  and some of your nonauthorized distributors sell the
2  product, and it's sold to retailers so they can sell
3  it to the general public.
4      Q    And when you say sold by your authorized
5  resellers, you are referring to Microsoft-authorized
6  resellers?
7      A    That's correct.  Let's say
8  Microsoft-authorized distributors.
9      Q    Okay.  Have you heard of System Builder
10 software?
11     A    You know, Microsoft has so many
12 different --
13         MR. DILLICK:  Have you heard of System
14 Builder software?
15         THE WITNESS:  Yes.
16 BY MR. ROLLER:
17     Q    What have you heard about System Builder
18 software?
19     A    I'm really confused about the way they
20 label their stuff; because a lot of times, the
21 software is the same and it -- and when you look at
22 it, it looks identical.
23     Q    But what have you heard about System
24 Builder software?
25     A    I really haven't heard much.

14  (Pages 50 to 53)

Exhibit  1  Page 14
eab70e296-8977-45b5-96dd-d48e47d50c5e

Michael   Mak                                          June 25, 2008

| Page 54 | Page 56 |

**Page 54**

1    Q    Do you recall what you have heard?
2    A    No.
3    Q    I'd like to talk a little bit about Apex
4  Motor Sports.
5         I believe you testified earlier that Apex
6  Motor Sports does servicing of high-performance
7  domestic vehicles; is that correct?
8    A    Mm-hmm.
9    Q    I don't know anything about that.
10        What kind -- what does Apex Motor Sports
11  due to the high-performance vehicles?
12    A    We rebuild engines. We actually build race
13  cars. We put superchargers on them. We have great
14  suspensions.
15    Q    And so are the customers collectors of
16  high-performance cars?
17    A    They are collectors or enthusiasts of
18  high-performance cars.
19    Q    And can you name some of the
20  high-performance cars?
21    A    Corvette, Mustangs -- I'm sure you have
22  seen them in Seattle. When you see a lot of
23  Corvettes run by, it probably has a modified exhaust
24  or some upgrade engine work. I'm sure you have seen
25  all the Mustangs roaming around Seattle that are

**Page 55**

1  really loud. You know, that's the kind of stuff that
2  we -- completely different than what Intrax does.
3    Q    How did you get involved in that business?
4    A    I've always been a car enthusiast, and what
5  happened is the owner of Apex was moving to Arizona,
6  so he sold me the company.
7    Q    Is Apex still operating within the Intrax
8  Group?
9    A    No, they are out of business.
10    Q    And when did they go out of business?
11    A    Earlier this year.
12    Q    Why?
13    A    I sold it when all this was happening, all
14  the lawsuits and everything and bankruptcy. I just
15  couldn't -- there was too much on my plate, so I sold
16  off the business to some friends, hoping to, one of
17  these days, buy it back from them and when things
18  settled down. Unfortunately --
19        MR. DILLICK: He just asked you why it
20  closed.
21        THE WITNESS: Well, they ruined the
22  business. My friends who I brought in to help me run
23  the business, you know, who I sold the business to,
24  they basically ruined the business.
25  BY MR. ROLLER:

**Page 56**

1    Q    And when you say you sold the business,
2  were there physical things you sold?
3    A    We sold the assets. We sold the customer
4  base. We sold the actual business. Everything that
5  was part of Apex went to them.
6    Q    And what kind of physical assets were
7  there?
8    A    You know, auto repair equipment, no
9  computer software. I mean, you know, it's just
10  anything related to the automotive business.
11    Q    And how much was it sold for?
12    A    We had some open receivables, so we just --
13        MR. DILLICK: How much was it sold for?
14        THE WITNESS: $90,000.
15  BY MR. ROLLER:
16    Q    You mentioned earlier open receivables.
17        Did Intrax retain those -- the rights to
18  those receivables or were those sold as well?
19    A    No, I'm sorry, let me rephrase that. We
20  had payables of $90,000, not receivables. We had
21  payables.
22    Q    And so did the -- those are -- that was
23  money that Apex owed vendors --
24    A    Owed, correct.
25    Q    And were those liabilities transferred to

**Page 57**

1  the new ownership as well?
2    A    Correct.
3    Q    Do you know about what the value of those
4  liabilities were at the time Apex was sold?
5    A    I assume about $90,000.
6    Q    So did Intrax Group get any cash from the
7  new ownership group?
8    A    No.
9    Q    The new ownership group simply agreed to
10  assume Apex's liabilities?
11    A    Correct.
12    Q    Who did you sell it to?
13    A    To Open Rocket.
14    Q    Is Open Rocket a corporation?
15    A    I believe it is.
16    Q    And who owns Open Rocket?
17    A    Kenny Macomi (phonetic) and Stephen Fong.
18    Q    Stephen Fong, F-o-n-g?
19    A    Correct.
20    Q    Okay. Does Surplus Computers continue to
21  obtain new inventory?
22    A    Yes.
23    Q    Is that inventory -- what kind of inventory
24  does Surplus Computers continue to obtain?
25    A    Used computers, computer gaming equipment,

15  (Pages 54 to 57)

Exhibit  l   Page  15   ab70e296-8977-45b5-96dd-d48e47d50c5e

| Page 58 |
|---|
| 1  computer peripherals.  Same stuff we have always |
| 2  bought. |
| 3    Q    Software? |
| 4    A    Some software.  Very little. |
| 5    Q    But not Microsoft software? |
| 6    A    No, not even one piece. |
| 7    Q    What percentage of the Intrax Group do you |
| 8  own? |
| 9    A    70 percent. |
| 10   Q    70? |
| 11   A    70, 7-0. |
| 12   Q    Who owns the remaining 30 percent? |
| 13   A    My brother. |
| 14   Q    Your brother Edward? |
| 15   A    Correct. |
| 16   Q    Anybody else? |
| 17   A    No. |
| 18   Q    Have you heard of a company called the |
| 19  Grand Intrax Corporation? |
| 20   A    No. |
| 21   Q    Have you heard of a man named Benjamin Yen, |
| 22  Y-e-n? |
| 23   A    No. |
| 24   Q    Okay.  Have you heard of a company called |
| 25  Intrax Suspension Technology? |

| Page 59 |
|---|
| 1    A    I believe -- yes, I have. |
| 2    Q    What have you heard about Intrax Suspension |
| 3  Technology? |
| 4    A    They just make suspensions for cars. |
| 5    Q    How do you know that? |
| 6    A    Because I'm a car enthusiast. |
| 7    Q    Have you heard of a person named Scott |
| 8  Hartman? |
| 9    A    No. |
| 10   Q    Where did the name Intrax come from? |
| 11   A    It's just a name that we thought of. |
| 12   Q    Has Intrax Suspension Technology ever |
| 13  contacted you about your use of the name Intrax? |
| 14   A    No. |
| 15   Q    Do you know if anyone has ever tried to |
| 16  contact Intrax Suspension Technology and, in fact, |
| 17  contacted the Intrax Group? |
| 18   A    Not that I'm aware of. |
| 19   Q    And are you aware of anybody trying to |
| 20  contact the Intrax Group and actually contacting |
| 21  Intrax Suspension Technology? |
| 22   A    No. |
| 23   Q    Have you ever had any conversations with |
| 24  anyone at Intrax Suspension Technology? |
| 25   A    No. |

| Page 60 |
|---|
| 1    Q    Does the Intrax Group have any officers; |
| 2  president, vice president? |
| 3    A    Just me and my brother. |
| 4    Q    And what position do you hold? |
| 5    A    I hold the president. |
| 6    Q    What position does Edward hold? |
| 7    A    Vice president. |
| 8    Q    Are there any other officers of Intrax |
| 9  Group? |
| 10   A    Raymond Chau used to be, but he's no longer |
| 11  with the company. |
| 12   Q    Is Raymond Chau C-h-a-u? |
| 13   A    Correct. |
| 14   Q    And what position did he hold? |
| 15   A    He was a vice president also. |
| 16   Q    When was he vice president? |
| 17   A    Up until November of last year or October |
| 18  of last year. |
| 19   Q    And did he cease to be a vice president |
| 20  when he left? |
| 21   A    Yes. |
| 22   Q    Any others who have held an officer |
| 23  position in the Intrax Group? |
| 24   A    No. |
| 25   Q    Does the Intrax Group have a board of |

| Page 61 |
|---|
| 1  directors? |
| 2    A    Me and my brother. |
| 3    Q    Anyone else? |
| 4    A    That's all for now. |
| 5    Q    Has there -- aside from you and your |
| 6  brother, has there ever been another member of the |
| 7  Intrax Group board of directors? |
| 8    A    Raymond Chau was. |
| 9    Q    And was that the same time he was vice |
| 10  president? |
| 11   A    Mm-hmm. |
| 12   Q    When did Mr. Chau become vice president? |
| 13   A    I don't remember. |
| 14   Q    Do you remember when he became a part of |
| 15  the board of directors? |
| 16   A    I don't remember. |
| 17   Q    Mr. Mak, in discovery earlier in this case, |
| 18  Microsoft served discovery requests on your attorney, |
| 19  and you and your attorney worked together and |
| 20  answered some of those discovery requests.  And one |
| 21  of the things that Microsoft asked about were Intrax |
| 22  employees, and rather than ask you to name all the |
| 23  Intrax employees, I'm just going to go through the |
| 24  list that your attorney provided in response to |
| 25  discovery and, at the end, ask if there are any other |

16  (Pages 58 to 61)

Exhibit  L  Page 16   ab70e296-8977-45b5-96dd-d48e47d50c5e

| Page 62 | Page 64 |
|---|---|
| 1  current or former employees. | 1  (408) 202-5029. |
| 2     A    Okay. | 2     Q    Do you know his address? |
| 3     Q    In the relevant answer to Microsoft's | 3     A    I do not. I don't know it off the top of |
| 4  interrogatory, you identified Stephen Fong as an | 4  my head. |
| 5  employee or former employee of Intrax. | 5     Q    Do you have it available? |
| 6     A    Mm-hmm. | 6     A    I do have it available. |
| 7     Q    When was Mr. Fong employed at Intrax? | 7     Q    What kind of -- strike that, please. |
| 8     A    He recently came back and he -- he recently | 8        What did Intrax sell on eBay? |
| 9  came back to work with us. | 9     A    Computer products. We never sold Microsoft |
| 10     Q    When did he start working with you? | 10  product on eBay. |
| 11     A    I don't remember. | 11     Q    When did Intrax's eBay sale start? |
| 12     Q    Do you recall if it was within a year or | 12     A    Oh, that's a long time. I don't remember. |
| 13  two of when Intrax started? | 13  I would say it's been over ten years. |
| 14     A    No. He came several years afterwards. I | 14     Q    Did Intrax sell software through eBay? |
| 15  don't remember the exact date and time that he | 15     A    No. |
| 16  started for us. | 16     Q    Why not? |
| 17     Q    When did he leave? | 17     A    We just didn't. It was just our policy. |
| 18     A    When we went bankrupt. | 18  We did not. |
| 19     Q    And when did he return? | 19     Q    Another person listed in your discovery |
| 20     A    About three, four months ago. | 20  responses as a employee or former employee was Larry |
| 21     Q    Prior to the time of the bankruptcy, what | 21  Fung. |
| 22  were Mr. Fong's duties at Intrax? | 22     A    Yes. |
| 23     A    He was -- he helped with purchasing and he | 23     Q    Do you know when Mr. Fung started working |
| 24  was solely responsible for our eBay sales, our eBay | 24  at Intrax? |
| 25  auctions. | 25     A    I don't remember. |

| Page 63 | Page 65 |
|---|---|
| 1     Q    Any other duties? | 1     Q    Do you know about when? |
| 2     A    No. | 2     A    Four, five years ago, maybe six years ago. |
| 3     Q    And when you say he helped with purchasing, | 3  I'm not sure. |
| 4  what did he do? | 4     Q    Is Mr. Fung still employed by Intrax? |
| 5     A    He purchased flash memory, flash memory | 5     A    No, he was laid off. |
| 6  like SD cards and -- you know, that's his specialty, | 6     Q    When was he laid off? |
| 7  is flash memory, USB thumb drives, things like that. | 7     A    I don't remember. |
| 8     Q    Did he purchase anything else? | 8     Q    Was it before the bankruptcy? |
| 9     A    I mean, I'm sure he did. I just don't know | 9     A    I think it was a little bit before that. |
| 10  what it -- I just don't remember at this time. | 10     Q    Do you know if it was before Microsoft |
| 11     Q    Do you remember if he purchased software? | 11  filed this lawsuit in April of 2007? |
| 12     A    He may have, but I don't remember. | 12     A    No, it was probably after. |
| 13     Q    Who was Mr. Fong's boss? | 13     Q    What were Mr. Fung's duties at Intrax? |
| 14     A    Me. | 14     A    He was in customer service. |
| 15     Q    So did you have the ability to direct | 15     Q    What did he do in customer service? |
| 16  Mr. Fong's activities at Intrax? | 16     A    Made sure commerce received the right |
| 17     A    He pretty much -- I just oversaw what he | 17  product; you know, made -- people ask for tracking |
| 18  did. He pretty much did what he did. | 18  numbers; if there was a defective product, he would |
| 19     Q    But if you told him to do something, would | 19  arrange for the exchange. |
| 20  he do it? | 20     Q    Did he do anything else in customer |
| 21     A    I believe so. | 21  service? |
| 22     Q    Do you know how to contact Mr. Fong? | 22     A    No, that's about it. |
| 23     A    Yes. | 23     Q    Did he -- aside from his customer service |
| 24     Q    How? | 24  duties, did he have any other duties? |
| 25     A    I can give you his cell phone. That's | 25     A    No. |

17 (Pages 62 to 65)

Esquire Deposition Services    505 Sansome Street Suite 502    San Francisco, C.A.  94111
Phone  (415)  288-4280  1-800-770-3363    Fax  (415)  288-4286

Exhibit  1   Page  17  ab70e296-8977-45b5-96dd-d48e47d50c5e

Page 66

1  Q    Who was Mr. Fung's boss?
2  A    Edward -- actually, his boss was Raymond
3  Chau.
4  Q    If you as president of the Intrax Group
5  asked Mr. Fung to do something at the Intrax Group,
6  would he do it?
7  A    I believe he would.
8  Q    Do you know how to contact Mr. Fung?
9  A    I do not.
10  Q    Your brother is another person listed in
11  the discovery response as working at or having had
12  worked at Intrax.
13       When did he start to work at Intrax?
14  A    Same time, same time I did.  We started the
15  company together.
16  Q    And you testified earlier that he's a 30
17  percent owner.
18       Has he always been a 30 percent owner?
19  A    Yes.
20  Q    Does Mr. -- your brother Edward, does he
21  still work at Intrax?
22  A    Yes.
23  Q    And what are his duties?
24  A    He's just in shipping and receiving.
25  That's all he does.

Page 67

1  Q    Is he still the -- a vice president of
2  Intrax?
3  A    Yes.
4  Q    What does he do in shipping and receiving?
5  A    When products come in, he checks them.  He
6  makes sure all the counts and quantities are there,
7  makes sure the products are in good shape.  And then
8  when we get orders, he makes sure that our shipping
9  staff ships it all out.  That's what he does,
10  shipping and receiving.
11  Q    Does he do any purchasing for Intrax?
12  A    No, none.
13  Q    Does he do any sales for Intrax?
14  A    None.  He's not involved with the
15  purchasing or sales process at all.
16  Q    Who is his boss?
17  A    Well, I mean, I would assume that would be
18  me.
19  Q    Do you know how to contact your brother?
20  A    Yes.
21  Q    What is his telephone number?
22  A    (408) 667-0539.
23  Q    Do you know his address?
24  A    Yes.
25  Q    What is it?

Page 68

1  A    I don't know -- I mean, I don't have it off
2  the top of my head.
3  Q    Carlos Vasquez, V-a-s-q-u-e-z --
4  A    Correct.
5  Q    -- was mentioned as an employee or former
6  employee of Intrax.
7       When did Mr. Vasquez start working at
8  Intrax?
9  A    About four or five years ago.
10  Q    Is he still employed by Intrax?
11  A    Yes.
12  Q    What are his duties at Intrax?
13  A    He helps me with purchasing and he -- he's
14  basically -- he basically prepares the -- when the
15  orders come through our Website, he prepares the
16  invoices so that our shipping department will pick
17  them up, will pick up the product.
18  Q    How does he help you with purchasing?
19  A    Well, some products like motherboards and
20  CPUs and memory, that kind of product, he helps with
21  purchasing that product.
22  Q    Does he now or has he in the past helped
23  with purchasing software?
24  A    He does.  He has, but he has never
25  purchased Microsoft product except for OEM or DSP

Page 69

1  products from authorized distributors.
2  Q    So he hasn't purchased -- he hasn't
3  purchased Student Media on Intrax's behalf?
4  A    No, he's never purchased Student Media.
5  Q    Who is Mr. Vasquez's boss?
6  A    Me.
7  Q    So if you told him to do something at
8  Intrax, he would do it?
9  A    Correct.
10  Q    Raymond Chau is listed as an employee or
11  former employee.
12       When did Mr. Chau, C-h-a-u, begin working
13  at Intrax?
14  A    Six, seven years ago.
15  Q    Is he still employed by Intrax?
16  A    No.
17  Q    When did he leave Intrax?
18  A    He left in about October.
19  Q    Why did he leave?
20  A    All the employees had to take a pay cut
21  because of the lawsuit, and he wasn't willing to take
22  the pay cut, or he couldn't afford to.
23  Q    Why did the employees have to take a pay
24  cut as a result of the lawsuit?
25  A    I mean, our business was hurt by the

18  (Pages 66 to 69)

Exhibit  1  Page 18  ab70e296-8977-45b5-96dd-d48e47d50c5e

Michael  Mak                                                    June 25, 2008

| Page 70 |
| --- |

1 statements that Microsoft made in the press about the
2 lawsuit, so some customers were afraid to buy product
3 from us, any product at all.
4     Q    How do you know that?
5     A    Our sales dropped substantially and
6 customers told us that.
7     Q    Which customers told you that?
8     A    Our retail customers, customers who would
9 buy computers from us.
10    Q    Do you know any of their names?
11    A    No, I do not.
12    Q    Do you know if Intrax has any records of
13 customers telling it why they ceased purchasing
14 products from it?
15    A    I don't know.
16    Q    What were Mr. Chau's duties at Intrax?
17    A    He managed the day-to-day operation, and he
18 also helped with purchasing.
19    Q    What do you mean by "managed the day-to-day
20 operation"?
21    A    Personnel, making sure payroll, you know,
22 all that stuff.
23    Q    What do you mean by "personnel"?
24    A    Let's say at your law firm, you know,
25 somebody wants to take a vacation, you have a

| Page 71 |
| --- |

1 personnel director.  That's what Ray did, something
2 like that.
3     Q    Did you say he also assisted in purchasing?
4     A    Correct.
5     Q    What products did he assist purchasing?
6     A    You know, he had some vendors that he dealt
7 with, and once in a while, he would help assist in
8 purchasing, but the vast majority of the times I did
9 all the purchasing.
10    Q    Do you know what products he would assist
11 in purchasing?
12    A    I don't remember.
13    Q    Do you remember if he assisted in
14 purchasing Microsoft software?
15    A    Probably just DSP and OEM product, but I'm
16 not sure.
17    Q    Do you know -- do you know any of the
18 vendors that Ray helped purchase Microsoft products
19 from?
20    A    No.
21    Q    Who was Ray's boss?
22    A    Me and Ed.
23    Q    If you told Ray to do something at Intrax,
24 would he do it?
25    A    Yes.

| Page 72 |
| --- |

1     Q    Do you know how to contact Ray?
2     A    Yes.
3     Q    How?
4     A    I have his cell phone number at home.
5     Q    Do you know his address?
6     A    Not off the top of my head.
7     Q    Do you have his address at home?
8     A    I believe I do.
9         MR. ROLLER:  Off the record.
10        (Recess taken from 10:33 to 10:34 a.m.)
11 BY MR. ROLLER:
12    Q    Do you know how to contact Mr. Vasquez?
13    A    Yes.  He's still employed at the company.
14    Q    Do you know his phone number?
15    A    Actually, he just called me.
16 (408) 417-8010.
17    Q    Do you know his home address?
18    A    No, not off the top of my head.
19    A    And do you have that record --
20    A    At my office I do.
21    Q    Another person mentioned in the discovery
22 response as an employee or past employee of Intrax is
23 Gustavo Perez.
24    A    He's still currently employed.
25    Q    When did he start working at Intrax?

| Page 73 |
| --- |

1     A    I don't remember.  Five years ago maybe.
2     Q    What are Mr. Perez's duties?
3     A    He's just in shipping and receiving.
4     Q    Are his duties in shipping and receiving
5 the same as your brother's?
6     A    They are probably more limited than what my
7 brother does.
8     Q    Why?
9     A    Because he's not a manager.
10    Q    Is your brother Mr. Perez's boss?
11    A    Yes.
12    Q    Are you also Mr. Perez's boss?
13    A    Yes.
14    Q    And if you told Mr. Perez to do something
15 at Intrax, would he do it?
16    A    Yes.
17    Q    Rosario Perez is another person who's
18 mentioned.
19        When did she start working at Intrax?
20    A    He started the same time as Gustavo.
21    Q    Rosario?
22    A    Rosario.
23    Q    Is he related to Mr. Perez?
24    A    He's Gustavo's father.
25    Q    Okay.  Rosario is Gustavo's father?

Esquire  Deposition  Services      505 Sansome  Street  Suite 502      San Francisco, C.A.  94111
Phone  (415)  288-4280  1-800-770-3363      Fax  (415)  288-4286

Exhibit  l  Page 19
eab70e296-8977-45b5-96dd-d48e47d50c5e

|  | Page 74 |
|---|---|

```
 1   A    Correct.
 2   Q    When did he start working at Intrax?
 3   A    About the same time.
 4   Q    As Gustavo?
 5   A    Mm-hmm.
 6   Q    Is he still employed by Intrax?
 7   A    Yes.
 8   Q    What are his duties?
 9   A    He ships product out.
10   Q    Does he do anything else?
11   A    No.
12   Q    Who is Rosario's boss?
13   A    Me and Ed.
14   Q    And if you asked Rosario to do something at
15   Intrax, would he do it?
16   A    Yes.
17   Q    The next person mentioned is Jady, J-a-d-y,
18   Ngyuen, N-g-y-u-e-n?
19   A    Yes.
20   Q    When did Jady finish working at Intrax?
21   A    I'm not sure.
22   Q    Is Jady a she?
23   A    She.
24   Q    Is she still employed?
25   A    Yes.
```

|  | Page 75 |
|---|---|

```
 1   Q    What are her duties?
 2   A    She processes the orders and closes out the
 3   credit card purchases, so she batches the orders at
 4   the end of the day.
 5   Q    What do you mean by that, processes orders?
 6   A    Well, when orders comes through your
 7   Website, it comes in a digital form, so you have to
 8   print out an invoice to send to the customer, so
 9   that's what she does.
10   Q    Then what happens with that invoice?
11   A    It gets taken to the warehouse and then the
12   warehouse takes the orders to ship out.
13   Q    And does a copy of the invoice go with
14   the -- whatever product is shipped?
15   A    Mm-hmm.
16   Q    Does Intrax maintain a hard copy of the
17   invoice?
18   A    Correct.
19   Q    Does Intrax maintain an electronic copy of
20   the invoice?
21   A    Correct.
22   Q    I think you said Jody -- sorry, Jady closes
23   the credit cards?
24   A    Mm-hmm.
25   Q    What do you mean by that?
```

|  | Page 76 |
|---|---|

```
 1   A    When an order is placed, you know, they --
 2   what's called is they capture the funds on your
 3   credit card.  The funds on your credit card are put
 4   on hold until we tell the credit card company it's
 5   okay to charge us for them.
 6   Q    So she communicates with the credit card
 7   company?
 8   A    Not really.  I mean, she just -- you know,
 9   it's all electronically done.  She just presses a
10   button and clicks a button that says okay to close.
11   Q    Aside from processing the order and closing
12   the credit cards, does Jady have any other duties at
13   Intrax?
14   A    She helps with customer service.
15   Q    How does she help with customer service?
16   A    She issues RMAs.  She makes sure products
17   are exchanged if customers aren't happy with them.
18   Q    You say she issues and, I'm sorry --
19   A    RMAs, return merchandise authorization.
20   Q    What are those?
21   A    Let's say you bought a hard drive from us
22   and the hard drive is defective; you want to return
23   it for an exchange.  Then you need an RMA number.
24   Q    So does she get the request from a customer
25   for a return?
```

|  | Page 77 |
|---|---|

```
 1   A    Correct.
 2   Q    And she issues the number?
 3   A    Correct.
 4   Q    And then what happens?
 5   A    Then the customer ships us back the
 6   product.  We get the product back.  If it's
 7   defective, we send them another one.  If it's not
 8   defective, we send them back the old one.
 9   Q    Anything else aside from processing orders,
10   closing the credit cards, and working in customer
11   service that Jady does?
12   A    No.
13   Q    Who is Jady's boss?
14   A    Carlos.
15   Q    Carlos?
16   A    Mm-hmm.
17   Q    If you told Jady to do something at Intrax,
18   would she do it?
19   A    Yes.
20   Q    The next person mentioned as an employee or
21   former employee is Raymond Jeung, J-e-u-n-g.
22   A    Jeung, yes.
23   Q    And when did Mr. Jeung start working at
24   Intrax?
25   A    Maybe four, five years ago.
```

20  (Pages 74 to 77)

Esquire Deposition Services     505 Sansome Street  Suite 502     San Francisco, C.A.  94111
Phone  (415)  288-4280  1-800-770-3363     Fax  (415)  288-4286

Exhibit __ Page 20
ab70e296-8977-45b5-96dd-d48e47d50c5e

| Page 78 | Page 80 |
|---|---|

**Page 78**

1   Q    Does he still work at Intrax?
2   A    No.
3   Q    When did he leave?
4   A    I'm not sure.  It's been a couple years.
5   Q    What were his duties?
6   A    He was a retail store manager.
7   Q    What would he do as the retail store
8 manager?
9   A    Assist with customers, make sure the retail
10 store was stocked with product.
11   Q    Is the retail store still open?
12   A    No, it's -- it closed.
13   Q    When did it close?
14   A    In '06.
15   Q    Do you know when in '06?
16   A    December.
17   Q    Why did it close?
18   A    Business just wasn't as -- business wasn't
19 that great anymore.
20   Q    Who was Raymond's boss?
21   A    Me and Edward and Ray, Raymond Chau.
22   Q    And if you told Raymond Jeung to do
23 something at Intrax, would he do it?
24   A    Yes.
25   Q    The last person listed is Eun, E-u-n,

**Page 79**

1 Chong, C-h-o-n-g.
2   A    Yes.
3   Q    Is Eun Chong a man or a woman?
4   A    He's a man.
5   Q    When did he start working at Intrax?
6   A    I don't remember.
7   Q    Does he still work at Intrax?
8   A    He just came back to do some -- he's a
9 contractor right now to help us.
10   Q    When did he -- was there a time before he
11 became a contractor that he left Intrax?
12   A    He left maybe about six, seven months ago.
13   Q    And he's returned as a contractor?
14   A    Mm-hmm.
15   Q    What does that mean?
16   A    We needed someone to help test computers,
17 to test used and refurbished computers.
18   Q    Before he left six to seven months ago,
19 what did Mr. Chong do?  What were his duties?
20   A    He tested computers.  He made sure the
21 computers were ready to sell, and he also helped with
22 shipping and receiving.
23   Q    Anything else?
24   A    No.
25   Q    Who was Mr. Chong's boss?

**Page 80**

1   A    Edward.
2   Q    If you told Mr. Chong to do something at
3 Intrax, would he do it?
4   A    He would do it.
5   Q    Aside from Intrax, Surplus Computers, Apex,
6 and TPS, have you owned any other businesses?
7   A    No.
8       Do you mind if I take a break?
9       MR. ROLLER:  Yeah, we can take a break.
10      Ten minutes?
11      THE WITNESS:  Yeah, five, ten minutes.
12      (Recess taken from 10:44 to 10:59 a.m.)
13 BY MR. ROLLER:
14   Q    Mr. Mak, are there any Websites that you
15 operate?
16   A    Just Surplus --
17      MR. DILLICK:  He, personally?
18      THE WITNESS:  Me, personally?
19 BY MR. ROLLER:
20   Q    Let's start with you, personally.
21   A    No.
22   Q    Are there any Websites that Intrax
23 operates?
24   A    Just SurplusComputers.com.
25   Q    There are no others?

**Page 81**

1   A    No others.
2   Q    Does TPS operate a Website?
3   A    Tpsmotorsports.com.
4   Q    And what's on that Website?
5   A    Just information about the company.
6   Q    Who maintains that Website?
7   A    I do.
8   Q    When did the Surplus Computers Website
9 start?
10   A    Maybe the year 2000.
11   Q    Was there a person at Intrax who was
12 assigned to maintain the Website?
13   A    Kyman Jeung.
14   Q    What was the first name?
15   A    Kyman, K-y-m-a-n.
16   Q    J-e-u-n-g?
17   A    Mm-hmm.
18   Q    Is he related to Raymond?
19   A    It's his younger brother.
20   Q    When did Kyman start working at Intrax?
21   A    A long time ago.
22   Q    And is he still employed in Intrax?
23   A    No, he was laid off.
24   Q    When was he laid off?
25   A    Probably about a year ago.

21  (Pages 78 to 81)

Esquire Deposition Services    505 Sansome Street Suite 502   San Francisco, C.A.  94111
Phone  (415)  288-4280  1-800-770-3363    Fax  (415)  288-4286

Exhibit  1   Page  21
0e296-8977-45b5-96dd-d48e47d50c5e

Michael   Mak                                                    June 25, 2008

---

Page 82

1    Q    What were his duties?
2    A    He maintained the Website.
3    Q    Any others?
4    A    That's it.
5    Q    Who was Kyman's boss?
6    A    Me.
7    Q    And if you told Kyman to do something, he
8  would do it?
9    A    Yes.
10   Q    Including the content of the Website?
11   A    Right.
12   Q    We are going to come back to the Website in
13 just a second.
14        We discussed a number of Intrax's
15 employees, and until just now, Kyman was not one of
16 them, but let me read through who there was, and then
17 I'm going to ask if there was anybody else who we
18 haven't talked about.
19        Stephen Fong, Larry Fung, Edward Mak,
20 Carlos Vasquez, Raymond Chau, Gustavo Perez, Rosario
21 Perez, Jady Nguyen, Raymond Jeung, Kyman Jeung, and
22 Eun Chong.
23   A    We had over --
24        MR. DILLICK:  Wait.  There's no question.
25        What's the question?

---

Page 83

1  BY MR. ROLLER:
2    Q    Aside from those people I just mentioned
3  and yourself, are there other people who have worked
4  at Intrax?
5    A    We have had over 300 employees in the past,
6  so I don't -- I don't remember all their names.
7    Q    300 at one time or over the course --
8    A    No, no, over the course.
9    Q    Are there any others you remember aside
10 from those that are listed here?
11   A    No.  Those are the ones I remember.  Well,
12 I have one that's working for me now still and his
13 name is Delfino.  I don't know what Delfino's last
14 name is, though.
15   Q    At any one time, what's the number --
16 what's the maximum number of people that worked at
17 Intrax?
18   A    80.
19   Q    And when did 80 people work at Intrax?
20   A    Maybe three years ago.
21   Q    Do you know about what Intrax's revenue was
22 on an annual basis when it employed 80 employees?
23   A    I'm not exactly sure.
24   Q    Do you have an estimate?
25   A    It would be a guess.

---

Page 84

1        MR. DILLICK:  Don't guess.
2  BY MR. ROLLER:
3    Q    Is it more than one million?
4    A    Yes.
5    Q    Is it more than $5 million?
6    A    Yes.
7    Q    More than $10 million?
8    A    Yes.
9    Q    More than $15 million?
10   A    That I'm not sure.
11   Q    When Intrax had the 80 employees, what did
12 most of them do?
13   A    A lot of them helped in the retail store,
14 and a lot of them helped in the warehouse.
15   Q    Did Kyman Jeung operate the Website in
16 2005?
17   A    Yes.
18   Q    In 2006?
19   A    Yes.
20   Q    In 2007?
21   A    No.
22   Q    He stopped working on the Website when he
23 left the company?
24   A    Correct.
25   Q    Who maintained the Website when Mr. Jeung

---

Page 85

1  left?
2    A    Me and Carlos.
3    Q    And do you and Carlos presently maintain
4  the Website?
5    A    Yes.
6    Q    Between 2005 and the present, could you
7  have directed that certain products be listed on the
8  Website?
9        MR. DILLICK:  Go ahead.
10       THE WITNESS:  I generally instruct --
11       MR. DILLICK:  Wait.
12       THE WITNESS:  Yes.
13 BY MR. ROLLER:
14   Q    Did you direct that certain software be
15 listed on the Website?
16   A    Yes.
17   Q    Did you direct that Microsoft software be
18 listed on the Website?
19   A    Yes.
20   Q    Did you direct that Microsoft Student Media
21 software be offered for sale on the Website?
22   A    Yes.
23       MR. ROLLER:  I think we are on Exhibit 3.
24       (Exhibit No. 3 was marked for
25       identification by the Court Reporter.)

---

22  (Pages 82 to 85)

Exhibit  1  Page  22  eab70e296-8977-45b5-96dd-d48e47d50c5e

Michael   Mak                                          June 25, 2008

Page 86

1  BY MR. ROLLER:
2    Q   Mr. Mak, you have been handed what's been
3  marked Exhibit 3, and I'm going to represent to you
4  that these were produced to Microsoft in the context
5  of the Intrax bankruptcy proceeding, and I'm also
6  going to represent to you that I had a paralegal in
7  my office mark these documents in a way we call
8  Bates-stamping, so if you look in the lower
9  right-hand corner --
10   A   It's called what?
11   Q   "Bates-stamping."
12   A   "Bates-stamping"?
13       MR. DILLICK:  Bate, B-a-t-e.
14       THE WITNESS:  What does that mean?
15       MR. DILLICK:  It's probably the
16  manufacturer of the system.
17       THE WITNESS:  Okay.
18  BY MR. ROLLER:
19   Q   So if you look in the lower right-hand
20  corner, there are a series of letters and numbers,
21  and these -- Exhibit 3 that I just handed you is
22  marked TR-000002 through 000054.
23       MR. DILLICK:  Where is Bates 1?  We don't
24  have a page 1.
25       MR. ROLLER:  I don't think I need to give

Page 87

1  you a page 1.  Let's go off the record and see if I
2  have it.  I'm happy to give it to you if we do.
3       (Recess taken from 11:09 to 11:09 a.m.)
4       MR. ROLLER:  Let's go back on the record.
5       Mr. Dillick asked about the document that
6  had been Bates-stamped page 1, or if there was such a
7  document.  That is the cover letter that accompanied
8  these and other documents from Intrax's bankruptcy
9  counsel.  I do not presently have a copy of that with
10  me.
11       MR. DILLICK:  Okay.  Was it anything other
12  than just a transmittal letter?
13       MR. ROLLER:  I don't recall whether it was
14  in the letter or in the -- in an accompanying e-mail
15  where Intrax's bankruptcy counsel stated that they
16  had -- Intrax had yet to produce the sale-side
17  documents, but somewhere contemporaneous with getting
18  these documents, there was an acknowledgment that the
19  sale-side documents had yet to be produced.
20       MR. DILLICK:  So this was a transmittal
21  memo for just -- this advertising material?
22       MR. ROLLER:  No, there's more than that,
23  and we will get to -- more into that.
24       MR. DILLICK:  It's closing advertising
25  material, and it's whatever the documents are.

Page 88

1       MR. ROLLER:  That's right.
2       MR. DILLICK:  So it was essentially a
3  transmittal letter.
4       MR. ROLLER:  It was a transmittal letter,
5  but I don't recall whether it mentioned what was not
6  included but needs to be produced or not.
7       MR. DILLICK:  Could I get a copy of it when
8  you get a chance?  It could be from someone from your
9  office.
10       MR. ROLLER:  Sure.  Yeah.
11       MR. DILLICK:  Thank you.  Just send it to
12  me.  Thanks.
13  BY MR. ROLLER:
14   Q   Mr. Mak, could you take a couple minutes
15  and just quickly review those.
16   A   Okay.
17   Q   Do you recognize them?
18   A   Yes.
19   Q   And what are they?
20   A   They are product pages for some Microsoft
21  product we sold.
22   Q   Did you -- did you gather these for
23  production in the bankruptcy proceeding?
24   A   What do you mean by that?
25   Q   Did you identify what pages needed to be

Page 89

1  printed out --
2   A   Correct.
3   Q   How did you do that?
4   A   I just went to our Website and pulled them
5  off.
6   Q   Do you have any reason to believe that what
7  has been marked Exhibit 3 is anything other than what
8  was produced by your -- by Intrax's bankruptcy
9  counsel in the bankruptcy proceeding?
10       MR. DILLICK:  If you are asking us if we
11  will accept your representation of this being
12  factual, I will represent that we will accept it
13  subject to someone disproving it to us, but we will
14  believe you that it came from Intrax's bankruptcy
15  lawyer.
16       MR. ROLLER:  Great.  That's what I'm
17  getting at.
18       MR. DILLICK:  Okay.
19       MR. ROLLER:  There won't be any need to go
20  over that.
21       MR. DILLICK:  I will note that there's 54
22  pages here.  My client has not reviewed every single
23  page.  If you want us to review every single page and
24  discuss each -- and be that thorough, please tell us
25  and we will have to take a break while we do that.

23  (Pages 86 to 89)

Esquire Deposition Services    505 Sansome Street  Suite 502    San Francisco, C.A.  94111
Phone  (415)  288-4280  1-800-770-3363   Fax  (415)  288-4286

Exhibit  1  Page  23                                ab70e296-8977-45b5-96dd-d48e47d50c5e

Michael  Mak                                          June 25, 2008

| Page 90 | Page 92 |
|---|---|

**Page 90**

1  It will take a little bit of time.
2      MR. ROLLER: I don't think we need to do
3  that right now.
4      MR. DILLICK: Okay.
5  BY MR. ROLLER:
6      Q   Mr. Mak, when you printed these pages from
7  the Website --
8          (Attorney-client conference.)
9      MR. ROLLER:  Please strike my preamble
10  there.
11      Q   Are the documents that you printed from the
12  Website and were produced in the bankruptcy
13  proceeding -- do those reflect the Microsoft products
14  that were sold through Intrax's Website?
15      A   I would say most of it.  We were under a
16  time crunch, and we were not able to produce every
17  single document, but this was probably the vast
18  majority of it.
19      Q   So there may be Web pages that through
20  which Microsoft software was offered for sale through
21  the Surplus Computers' Website but that aren't --
22  that were not produced in the bankruptcy proceeding?
23      A   Correct.  Correct.
24      Q   Are the pages that were produced in the
25  bankruptcy proceeding -- do all of those represent

**Page 92**

1  want there to be documents of the hardware and then
2  you guys pull up on my Website and say, "Hey, look,
3  there's hardware and you said no."
4      Q   I understand your answer.  Thanks.
5      A   Okay.
6      Q   I'd like to direct your attention to the
7  document that is marked in the lower right-hand
8  corner that ends in the digits 13.
9      A   Okay.
10      Q   Can you tell me what this page is offering
11  for sale.
12      A   Microsoft Windows XP, Professional x64,
13  Edition NFR.
14      Q   What does NFR mean?
15      A   Not for resale, so for promotion.
16      Q   And can you look under the image of the
17  disk, there's a paragraph that starts:  "Please
18  note."
19          Can you read the first sentence of that
20  aloud, please.
21      A   "This is a fully functional original
22  Microsoft Student Media CD insulation key code and
23  CD."
24          Would you like me to finish it?
25      Q   No, that's fine.

**Page 91**

1  Microsoft products that were at one time sold by the
2  Intrax Group?
3      A   Correct.
4      MR. DILLICK: Sold or offered for sale?
5      MR. ROLLER: Well, I asked sold.
6      THE WITNESS: Okay.
7  BY MR. ROLLER:
8      Q   Do you have any clarification given your
9  counsel's comment?
10      A   No.
11      Q   Are all of the products in the printed Web
12  page -- the Web pages that were printed and produced
13  in the bankruptcy proceeding, are all of those
14  products presently offered by Intrax for sale?
15      A   No.
16      Q   Are any of those products presently offered
17  by Intrax for sale?
18      A   No.
19      Q   I'd like to direct your attention to --
20      A   Well, let me change that.  We may have some
21  Microsoft hardware product, mice and keyboards, but
22  that's about it.  There's no software offered for
23  sale.
24      Q   I understand.
25      A   So let me rephrase that because I don't

**Page 93**

1          So is this Microsoft Student Media
2  software?
3      A   Yes.
4      Q   And to the right of the image of the disk,
5  there is a number, $299.99, that's crossed out, and
6  to the left of that is a number, 27.99 on sale.
7          Do you see that?
8      A   Correct.
9      Q   Did Intrax sell all of its XP Professional
10  x64 for $28?
11      A   Correct.
12      MR. DILLICK: Wait.
13      THE WITNESS: Well, actually, I don't know.
14  I am not sure.
15      MR. DILLICK: And are you asking him with
16  respect to student version or what?
17      MR. ROLLER: That's a point well taken.
18      Q   Student -- Windows XP Professional x64,
19  Edition Student Media, do you know whether Intrax
20  always offered that for 27.99?
21      A   Basically, this was the last price that
22  Intrax offered the product at.
23      Q   Do you know when it last offered this
24  product?
25      A   I don't remember.

                                    24  (Pages 90 to 93)

Exhibit  l  Page  24   ab70e296-8977-45b5-96dd-d48e47d50c5e

| Page 94 |
|---|
| 1    Q    Are there -- do you have any way of |
| 2  determining that? |
| 3    A    We can look in the computer system. |
| 4    Q    And that would tell you? |
| 5    A    Correct. |
| 6    Q    Do you know whether it was after Microsoft |
| 7  filed this lawsuit in April of 2007? |
| 8    A    I actually do not know.  I don't want to |
| 9  guess. |
| 10    Q    The next sentence under "Please note" |
| 11  reads -- on the CD, it states: "You must get license |
| 12  to use this CD." |
| 13       Do you see that? |
| 14    A    Yes. |
| 15    Q    Did Intrax do anything to ensure that its |
| 16  customers who bought these CDs had such a license? |
| 17    A    What we did was we made them aware of what |
| 18  they were buying.  We never -- we never -- |
| 19       MR. DILLICK:  Read the question back, |
| 20  please. |
| 21       (Record read by the Reporter as follows: |
| 22       "QUESTION:  Did Intrax do anything to |
| 23       ensure that its customers who bought these |
| 24       CDs had such a license?") |
| 25       MR. DILLICK:  Okay.  Objection.  That |

| Page 95 |
|---|
| 1  assumes a fact that is not in evidence and lacks |
| 2  foundation in that this -- you didn't ask him whether |
| 3  or not the software came with the license or not. |
| 4  BY MR. ROLLER: |
| 5    Q    Okay.  Answer the question. |
| 6       MR. DILLICK:  Are you going to provide a |
| 7  proper foundation for it? |
| 8       Read the question back. |
| 9       (Record read by the Reporter as follows: |
| 10       "QUESTION:  Did Intrax do anything to |
| 11       ensure that its customers who bought these |
| 12       CDs had such a license?") |
| 13       MR. DILLICK:  Hold on a second. |
| 14       MR. ROLLER:  Steve, what did you say? |
| 15       MR. DILLICK:  I said, "Hold on a second." |
| 16       That's my objection.  It lacks foundation. |
| 17  You have not sought to determine and you haven't |
| 18  represented whether or not there was a license |
| 19  obtained or that came with this disk. |
| 20       MR. ROLLER:  I understand your objection. |
| 21    Q    Can you answer the question? |
| 22    A    Okay.  We tried to represent the product as |
| 23  accurately as possible to our customers who are |
| 24  buying it.  So if they did have a license that would |
| 25  allow them to purchase this, then they can do so. |

| Page 96 |
|---|
| 1    Q    Did you do -- did Intrax do anything to |
| 2  check whether they had such a license? |
| 3    A    In our retail stores, we had signs that had |
| 4  the same disclaimer. |
| 5       MR. DILLICK:  Okay.  You are done with your |
| 6  answer? |
| 7       THE WITNESS:  Yeah.  I guess. |
| 8       (Attorney-client conference.) |
| 9       THE WITNESS:  Okay. |
| 10       MR. DILLICK:  What's your question? |
| 11  BY MR. ROLLER: |
| 12    Q    Did you ask the customer for proof that -- |
| 13  did Intrax ask the customer for proof that it had a |
| 14  license to use this software? |
| 15    A    No. |
| 16    Q    Did Intrax sell the customers a license to |
| 17  use this software? |
| 18    A    No. |
| 19       MR. DILLICK:  Well, wait a second. |
| 20       MR. ROLLER:  That's his answer.  You |
| 21  can't -- |
| 22       MR. DILLICK:  Wait a second.  Let's wait a |
| 23  second. |
| 24       THE WITNESS:  Okay, no.  But what's very |
| 25  interesting about this product is when you boot it up |

| Page 97 |
|---|
| 1  to install, Jeremy, it says, "Do you agree to this |
| 2  license agreement?" and the license agreement comes |
| 3  up.  Okay?  We don't tell people that that's a |
| 4  license agreement, but when you boot the software up |
| 5  to install and it says, "Do you agree to this license |
| 6  agreement, "Yes" or "No"?" that implies that that |
| 7  thing is a license agreement on the software. |
| 8       MR. DILLICK:  So it comes with a licensing |
| 9  agreement. |
| 10       THE WITNESS:  And on every disk, there is a |
| 11  EndUser Licensing Agreement in the text format on |
| 12  every single disk, EULA. |
| 13  BY MR. ROLLER: |
| 14    Q    Can you take a look at what's been marked |
| 15  as Exhibit 2.  I'd like you to look at the language |
| 16  under where it states: "Student Media:  All use |
| 17  subject to Volume License Agreement." |
| 18       Did you -- did Intrax provide its customers |
| 19  a copy of that Volume License Agreement? |
| 20    A    We never had a Volume License Agreement. |
| 21    Q    When the -- is it your understanding that |
| 22  when the software was booted up, as you said, an |
| 23  EndUser License Agreement appeared? |
| 24    A    There was EndUser License Agreement that |
| 25  appeared on every single disk that says, "Do you |

Esquire  Deposition  Services    505 Sansome  Street  Suite 502    San Francisco, C.A.  94111

Phone  (415)  288-4280  1-800-770-3363    Fax  (415)  288-4286

Exhibit  L  Page  25  ab70e296-8977-45b5-96dd-d48e47d50c5e

| Page 98 | Page 100 |
|---|---|

**Page 98**

1  agree to this license agreement?" but we never told
2  our customers.
3      Q    Do you believe that the EndUser License
4  Agreement is the same as the Volume License Agreement
5  that's referenced on the disk?
6      A    I don't know.  I don't know.
7      Q    Okay.  Looking again at Exhibit 2, and
8  there is the language in smaller print below where it
9  says, "Student Media:  All use subject to Volume
10  License Agreement.  Do not make illegal copies of
11  this disk.  Not for retail or OEM distribution.  Not
12  for resale."
13      A    Okay.
14      Q    Were you aware of that content on the disk
15  when Intrax sold these disks?
16      A    Yes, I was, but DSP product has exact same
17  disclaimer on it that says "Not for retail or OEM
18  distribution."
19      Q    Does DSP product say, "All use subject to
20  Volume License Agreement"?
21      A    I'm not sure.
22      Q    And you didn't provide your customers a
23  copy of the Volume License Agreement?
24      A    We were never given one when we purchased
25  the product.

**Page 100**

1  sleeve?
2      A    Correct.
3      Q    Who acquired Microsoft software for Intrax?
4      A    It was either me or Raymond Chau.
5      Q    Do you know who acquired it most of the
6  time?
7      A    Me.
8      Q    Who acquired Microsoft Student Media
9  software?
10      A    Me.
11      Q    Did Raymond acquire --
12      A    No.
13      Q    Did Raymond acquire Microsoft Student Media
14  software?
15      A    No.
16      Q    How did you acquire Microsoft Student Media
17  software for Intrax?
18      A    Well, it was first offered to me by various
19  retailers.  I never even heard of it before.
20      Q    Who offered it to you?
21      A    Jim Craighead at Technology Enterprises.
22      Q    Anyone else?
23      A    And some guy named Tim at Globe 2000, I
24  believe.  Globe 2000, I believe, was the name of his
25  company.

**Page 99**

1      Q    Did you ever ask your supplier of the
2  products for a copy of Volume License Agreement?
3      A    No.
4      Q    Why not?
5      A    I just never did.
6      Q    Even though you saw that "All use subject
7  to Volume License Agreement," you never asked for a
8  copy of that agreement?
9      A    Correct.
10      Q    And you have never seen a copy of such an
11  agreement?
12      A    I've never even seen a Volume License
13  Agreement before.  I don't know how they look.
14      Q    I'd like you to turn to the page in
15  Exhibit 3 that's marked in the lower right corner
16  "40."
17          Do you see what that is?
18      A    Yes.
19      Q    What is it?
20      A    Microsoft Word 2000.
21      Q    And then in parentheses, it says "sleeve."
22          What does that mean?
23      A    Sleeve is the type of packaging that it was
24  in.
25      Q    Was a copy of the disk included in the

**Page 101**

1      Q    Do you know Tim's last name?
2      A    No, I don't.
3      Q    Do you know when Mr. Craighead first
4  offered it to you?
5      A    I'm not sure.  I'm sure that -- I'm not
6  sure at all.
7      Q    Do you know when Globe 2000 first offered
8  it to you?
9      A    I'm not sure.  We never even sold that
10  product until it was offered to us.  Never heard
11  of it before.
12      Q    How was it ordered?
13      A    How was it ordered?
14      Q    How did you -- I would like you to describe
15  the process for how Intrax would acquire the
16  Microsoft Student Media software.
17      A    Well, what would happen is they would call
18  me up and say, "Hi, Mike, I have this for sale," and
19  I would ask, "Well, what is it?"  And they would
20  explain it to me or tell me what they thought it was,
21  and then I would make a decision to buy it or not.
22          And then if it starts to sell in our
23  Website and it's a -- and it sells, then I would call
24  them if we run out, and that's basically the ordering
25  process.

26   (Pages 98 to 101)

Esquire Deposition Services     505 Sansome Street  Suite 502     San Francisco, C.A.  94111
Phone  (415)  288-4280  1-800-770-3363     Fax  (415)  288-4286

Exhibit  I  Page  26

b70e296-8977-45b5-96dd-d48e47d50c5e

Michael   Mak                                          June 25, 2008

---

Page 102

1   Q    And does Intrax issue a purchase order for
2   this?
3   A    Sometimes, but not all the time.
4   Q    Some of the conversations -- some of the
5   orders were placed by telephone?
6   A    The majority of those telephone.
7   Q    The majority was telephone?
8   A    Majority was telephone.
9   Q    Majority for Student Media was telephone?
10  A    I'd probably say 100 percent of it was
11  telephone.
12  Q    And were -- did -- when a telephone order
13  was placed, would a purchase order be generated by
14  Intrax?
15  A    We would make a purchase order for our own
16  files, but we wouldn't fax it to them.  You know,
17  it's sort like a receiving log for us.
18  Q    Were purchase orders -- were orders for
19  Student Media ever placed for which a purchase order
20  was not generated?
21  A    Yes, many times.
22  Q    What percentage of the times would you
23  estimate that that happened?
24  A    I have no clue.  I have no clue at all.
25  Q    More than 10 percent of the time?

Page 103

1   A    I'm sure it's much more.
2   Q    More than 50 percent of the time?
3   A    I'm sure -- you know, I really don't know.
4   I mean, it would be a total guess, Jeremy.
5       MR. DILLICK:  Don't guess.
6       THE WITNESS:  It would be a complete guess.
7   BY MR. ROLLER:
8   Q    Did you place orders for Microsoft Student
9   Media by e-mail?
10  A    No.
11  Q    Did you place orders for Microsoft Student
12  Media by Instant Message?
13  A    Probably not.
14  Q    Would you place orders by fax?
15  A    No.
16  Q    Were there times that a purchase order
17  would be generated and it would be sent to the
18  supplier of Student Media?
19  A    No.
20  Q    They were never sent to the supplier of
21  Student Media?
22  A    Not that I remember.  I shouldn't say no.
23  Not that I remember, Jeremy.
24  Q    Okay.  And when you place an order for
25  Student Media from, say, Mr. Craighead, what

Page 104

1   information would you give him about the order?
2   A    Generally, just ask.  "Well, how many do
3   you want, Mike?"  I would say, "I'll take 50."  "I'll
4   take a hundred," and he would send it to me.
5   Q    How did you pay for it?
6   A    Generally by check.
7   Q    Would he talk about the price on the phone
8   call?
9   A    He would just tell me what the price is and
10  so I either would say "Yes," "No," or "Could you go
11  lower?"  We would negotiate the price, and once the
12  price is negotiated, he would send the product.
13  Q    And would you send the product after you
14  got the product or before?
15  A    Always after.  I never prepaid for product.
16  Q    Same practice with Globe 2000?
17  A    Mm-hmm.
18      MR. ROLLER:  I think we are on Exhibit 4.
19      (Exhibit No. 4 was marked for
20      identification by the Court Reporter.)
21  BY MR. ROLLER:
22  Q    Mr. Mak, you have been handed what's been
23  marked as Exhibit 4, and I'm going to represent to
24  you that these are records that were produced by
25  Intrax as bankruptcy counsel to Microsoft in the

Page 105

1   bankruptcy proceeding.  I'm also going to represent
2   to you that I had a paralegal in my office
3   Bates-stamp these beginning with MSNTRXBTR 000136 and
4   ending with 000711.
5       Can you just flip through the documents
6   quickly.
7   A    All of it?
8   Q    Just thumb through it.
9       MR. DILLICK:  Is there a point to his
10  thumbing through it?
11      THE WITNESS:  Looks like what I supplied
12  you.
13      MR. DILLICK:  Hold on.
14  BY MR. ROLLER:
15  Q    Do you recognize what it is?
16  A    Yes.
17  Q    Okay.  What do they appear to be?
18  A    Invoices from product that we bought.
19  Q    Are there purchase orders there as well?
20  A    There are some purchase orders.
21  Q    Are you aware that your counsel -- Intrax's
22  counsel in the bankruptcy proceeding provided
23  Microsoft Intrax's records of acquisition of
24  Microsoft products from 2004 to the present?
25  A    Yes.

27 (Pages 102 to 105)

Esquire Deposition Services   505 Sansome Street Suite 502   San Francisco, C.A.   94111
Phone  (415)  288-4280  1-800-770-3363   Fax  (415)  288-4286

Exhibit ___ Page 27
b70e296-8977-45b5-96dd-d48e47d50c5e

Michael  Mak                                    June 25, 2008

---

|                                           Page 106 |
| 1    Q    Did you gather those records for production |

1    Q    Did you gather those records for production
2  to Microsoft?
3    A    Yes.  I had assistance with a -- with my
4  bookkeeper.
5    Q    How did you -- how did you gather these
6  documents -- the documents that were produced to
7  Microsoft?
8    A    I just had her go through all the purchase
9  invoices, you know, all the copies of invoices that
10 we had, and anything that had Microsoft product on
11 it, we copied.
12   Q    Who was the bookkeeper who did that?
13   A    Ann Wang.
14   Q    Ann presently works at Intrax?
15   A    Yes.
16   Q    How long has she worked there?
17   A    Oh, my God, long time.  I'm not sure
18 exactly, but a long time.
19   Q    What are Ann's duties?
20   A    She's the bookkeeper.
21   Q    Who is Ann's boss?
22   A    Me.
23   Q    Are you confident that the documents that
24 were gathered and produced to Microsoft in the
25 bankruptcy proceeding represent all of the documents

                                             Page 107
1  in Intrax's possession for its acquisition of
2  Microsoft's products?
3    A    To the best of my knowledge.  I mean, we
4  tried our best to --
5    Q    Do you have any reason to believe that
6  Exhibit 4 is anything other than the documents that
7  were produced by Intrax's bankruptcy counsel to
8  Microsoft?
9    A    No.  No.
10   Q    Where are these -- are these documents --
11 are they photocopies of paper records?
12   A    Yes.
13   Q    Would there be any electronic records?
14   A    Of this?
15   Q    Yes.
16   A    No.
17   Q    So if -- well, let me clarify.  Let's turn
18 to the second page, which is marked 137.
19   A    Okay.
20   Q    And that's -- it says, at the top,
21 "Purchase Order 2549."
22   A    Okay.
23   Q    Is this a purchase order that Intrax
24 produced?
25   A    Yes.

                                             Page 108
1    Q    And would there be in Intrax's -- does
2  Intrax possess an electronic copy of this purchase
3  order?
4    A    Yes.
5    Q    Would Intrax possess an electronic copy of
6  an invoice from one of its suppliers of Microsoft
7  products?
8    A    No.
9    Q    Okay.  Talking about the paper invoices and
10 purchase -- and purchase orders, who at Intrax is
11 responsible for maintaining invoices and purchase
12 orders?
13   A    Ann.
14   Q    And is it fair to say that Ann maintains
15 these records in the ordinary course of Intrax's
16 business?
17   A    Mm-hmm.
18   Q    Is that "yes"?
19   A    Yes.
20   Q    Earlier, we talked about James Craighead.
21        Do you know the name of the company
22 Mr. Craighead owns?
23   A    Technology Enterprises.
24   Q    Okay.  And did you buy Microsoft software
25 from Mr. Craighead --

                                             Page 109
1        MR. DILLICK:  Wait.
2  BY MR. ROLLER:
3    Q    -- on Intrax's behalf?
4    A    Yes.
5    Q    I don't want you to go through -- and we
6  don't have time for you to go through -- all these
7  pages, but based on your present recollection,
8  without looking through these, do you recall what
9  Microsoft products you purchased from Intrax -- from
10 Mr. Craighead or his company on Intrax's behalf?
11   A    Various versions of Student Media, OEM
12 product, and DSP product.
13   Q    And that's Microsoft software?
14   A    Correct.
15   Q    Did you buy -- do you recall whether you
16 bought Microsoft Windows XP from Mr. Craighead?
17   A    In which form?
18   Q    Well, just generally first.
19   A    In general, like whether it was --
20   Q    It doesn't matter whether OEM, DSP, or
21 whatever.
22   A    I'm sure we have.
23   Q    What about Windows -- Microsoft Windows XP?
24   A    Yes.
25   Q    Microsoft Office 2003?

                               28  (Pages 106 to 109)

Michael   Mak                                          June 25, 2008

---

Page 110

1    A    You know, for with the XP Student Media.
2       When you say "XP," are you saying XP Home,
3    XP Pro, or just in general?
4    Q    XP generally.
5    A    We had Windows XP Student Media from
6    Craighead.
7    Q    Did you buy Windows XP Home Student Media
8    from Craighead?
9    A    I don't ever remember seeing that.
10   Q    Did you buy Windows XP Professional Student
11   Media from Mr. Craighead?
12   A    I believe we did.
13   Q    Did you buy Windows XP Professional 64 bit
14   from Mr. Craighead?
15   A    Yes.
16   Q    Did you buy Windows XP Professional
17   Enterprise Edition from Mr. Craighead, Student Media?
18   A    You know, I know we bought Windows XP
19   Student Media. I know we bought XP 64. As far as
20   the Pro version goes, I'm not sure they were
21   Enterprise. Not Enterprise, but I do know we bought
22   XP Pro. I bought it for Intrax, not for myself.
23   Q    That's fair enough.
24       Do you know whether you bought Microsoft
25   Office 2003 Standard Student Media from

---

Page 111

1    Mr. Craighead?
2    A    Yes.
3    Q    And did you?
4    A    Yes.
5    Q    Did you buy Microsoft Office 2003
6    Professional from -- Student Media from
7    Mr. Craighead?
8    A    Yeah, we bought a lot of product from
9    Mr. Craighead, so I'm not 100 percent sure exactly.
10   I mean, if I had invoices in front of me, I would
11   know, but I'm not 100 percent sure.
12   Q    Sitting here today, aside from the
13   Microsoft Windows XP Student Media and the Microsoft
14   Office 2003 Student Media that you bought from
15   Mr. Craighead, do you recall buying any other
16   Microsoft Student Media from Mr. Craighead?
17   A    Yes. We bought various versions of Office
18   Student Media. We bought some Server Student Media,
19   and we bought some Video Student Media, and I believe
20   that was it. But this is just off the top of my
21   head.
22   Q    Did you -- did Intrax sell the Server
23   Student Media you bought from Mr. Craighead?
24   A    Yes.
25   Q    Did Intrax sell the Video Student Media you

---

Page 112

1    bought from Mr. Craighead?
2    A    Yes. Some of it we ended up throwing away.
3    Q    Do you have an estimate of the number of
4    units of Microsoft Student Media software you bought
5    from Mr. Craighead?
6    A    I have no clue whatsoever.
7    Q    Do you know where Mr. Craighead -- do you
8    know from where Mr. Craighead acquired the Microsoft
9    Student Media software you bought?
10   A    No.
11   Q    Do you know where Mr. Craighead acquired
12   the Microsoft software generally that you bought?
13   A    Not really. I mean, I don't really
14   remember. I didn't really get into that with him.
15   Q    Did you ever ask him where he got his
16   Microsoft Student Media software?
17   A    No.
18   Q    Why not?
19   A    I generally don't ask those questions.
20   Q    Why not?
21       MR. DILLICK:  That implies that there would
22   necessarily be a reason.
23       THE WITNESS:  I mean, I just assumed there
24   was no reason to. I assumed that the product was --
25   I assumed there are no problems with the product.

---

Page 113

1        MR. ROLLER:  Steve, I've been letting you
2    get by with speaking objections. That's a speaking
3    objection. It's improper.
4        MR. DILLICK:  So? So? What is --
5        MR. ROLLER:  It's improper. You are
6    suggesting the answer to --
7        MR. DILLICK:  First of all, I don't mean to
8    make any improper objections. I think you
9    mischaracterize them.
10       MR. ROLLER:  I'll read the transcript with
11   interest later, but that's not my recollection. I
12   think you know it's improper to suggest the answer to
13   the witness.
14       MR. DILLICK:  I'm not suggesting the answer
15   to the witness. What I resent is that you are asking
16   him questions which imply something which is not
17   necessarily the case.
18       MR. ROLLER:  Can you -- could you read my
19   last question, please.
20       (Record read by the Reporter as follows:
21       "QUESTION:  Did you ever ask him where he
22       got his Microsoft Student Media software?
23       "ANSWER:  No.
24       "QUESTION:  Why not?
25       "ANSWER:  I generally don't ask those

---

29  (Pages 110 to 113)

Exhibit  1   Page  29

Michael  Mak                                      June 25, 2008

---

Page 114

1       questions.
2       "QUESTION:  Why not?")
3   BY MR. ROLLER:
4       Q    Why do you generally not ask your suppliers
5   of Microsoft software where they acquired the
6   software?
7       A    I just never really had a reason to.  I
8   mean, I trust that the product that they are selling
9   me is not an issue.
10      Q    Do you know where Mr. Craighead's supplier
11  of Microsoft Student Media got his software?
12      A    Not --
13      MR. DILLICK:  Mr. Craighead's supplier?
14      THE WITNESS:  I don't even know who
15  Mr. Craighead's supplier is.
16      MR. DILLICK:  Could you just read back the
17  last question, please.
18      (Record read by the Reporter as follows:
19      "QUESTION:  Do you know where
20      Mr. Craighead's supplier of Microsoft
21      Student Media got his software?")
22      THE WITNESS:  No, because I don't know who
23  his supplier is.
24  BY MR. ROLLER:
25      Q    Do you know -- do you know to whom

---

Page 115

1   Microsoft initially distributed any of the Microsoft
2   Student Media software that you purchased from
3   Mr. Craighead?
4       A    I've only heard rumors.
5       Q    Do you know where any of the software that
6   you purchased -- any of the Microsoft software that
7   you purchased from Mr. Craighead -- to whom that was
8   originally distributed by Microsoft?
9       A    No.
10      Q    How did you meet Mr. Craighead?
11      A    I actually don't remember.
12      Q    Do you know about when you met him?
13      A    I -- I would imagine seven to ten years
14  ago. I'm not sure.
15      MR. DILLICK:  Hold on a second.
16      (Attorney-client conference.)
17  BY MR. ROLLER:
18      Q    Did --
19      MR. DILLICK:  One second.
20      THE WITNESS:  You know, one thing that Jim
21  told me was that he had an agreement with Microsoft
22  where he was literally buying product from and
23  getting special pricing from one of their
24  distributors.
25  BY MR. ROLLER:

---

Page 116

1       Q    Did you ever ask to see that agreement?
2       A    No.
3       Q    Why not?
4       A    Just never did.
5       Q    Did he tell you who the Microsoft
6   distributor was?
7       A    I believe it was TechData.
8       Q    Did you know that in the early part of this
9   decade, Mr. Craighead and his company, NBC
10  Enterprises, was sued by Microsoft?
11      A    He did tell me that.
12      Q    Did you ever wonder why he would have an
13  agreement with Microsoft or its distributor if he had
14  been sued by Microsoft?
15      A    He explained that he was wrongfully
16  prosecuted -- this is what he's telling me, Jeremy,
17  that he was wrongfully prosecuted; that he was
18  wrongful -- his home and business was wrongfully
19  raided, and he ended up winning a lawsuit against
20  Microsoft.
21      Q    Did he tell you that he paid Microsoft
22  $500,000 in that lawsuit?
23      A    He never -- no, he never told me that at
24  all, never.  He never told me he paid a dime to
25  Microsoft.  He said his -- his exact words to me was,

---

Page 117

1   "I won against Microsoft."
2       Q    Did you believe him?
3       A    I assumed he did because he was selling
4   Microsoft product again.  I don't understand why -- I
5   didn't understand why Microsoft would allow him to
6   continue selling product if he had lost a case
7   against Microsoft, and especially if he was -- if he
8   had written a check to Microsoft for $500,000.  I
9   didn't know that, had no clue.  He never disclosed
10  that to me.
11      Q    Did Mr. Craighead ever say anything about
12  the Microsoft Student Media software?
13      A    He told me that he felt that with the
14  disclaimers I was making, you know, it shouldn't be
15  an issue, and he also said that, you know, since he
16  had a -- since he was doing so, business with
17  Microsoft, that probably nothing would ever happen.
18      Q    Did he acknowledge that it might be an
19  issue?
20      A    No.
21      MR. DILLICK:  That what might be an issue?
22  BY MR. ROLLER:
23      Q    That distribution of Microsoft Student
24  Media software might be an issue?
25      A    No, he never really acknowledged that to

---

30  (Pages 114 to 117)

Esquire Deposition Services    505 Sansome Street Suite 502    San Francisco, C.A.  94111
Phone  (415)  288-4280  1-800-770-3363    Fax  (415)  288-4286

Exhibit 1  Page 30    ab70e296-8977-45b5-96dd-d48e47d50c5e

Michael  Mak                                    June 25, 2008

---

**Page 118**

1  me.
2  Q    Then why did he say with disclaimers it
3  shouldn't be an issue?
4  A    I don't know. I mean, I don't know. I
5  mean, I don't remember all the conversations I've had
6  with him.
7  Q    Do you remember anything else that
8  Mr. Craighead said about Microsoft Student Media
9  software?
10  A    He said a lot of people were buying it, and
11  he said that people weren't having any issues. He
12  said he was selling a bunch of it and he never had
13  any problems. I mean, we never sold the product
14  until he contacted us.
15  Q    Did you purchase Microsoft Student Media
16  software from Globe 2000?
17  A    Yes.
18  Q    And sitting here, again, without going
19  through those documents in great detail, do you
20  recall what Microsoft Student Media products you
21  bought from Globe 2000?
22  A    I believe it was more office products.
23  Q    Do you recall whether you bought
24  Windows XP?
25  A    I don't recall.

---

**Page 119**

1  Q    Do you recall whether you bought anything
2  aside from Office?
3  A    I don't recall. I don't want to give you
4  wrong information.
5  Q    Do you know where Globe got the Microsoft
6  Student Media software that you --
7  A    No.
8  Q    -- purchased from it?
9  A    No.
10  Q    Do you know who first received the
11  Microsoft Student Media software from Microsoft that
12  you eventually purchased from Globe?
13  A    I have no clue.
14  Q    Do you know a company called Microplus
15  International Tech?
16  A    Yes.
17  Q    What Microsoft products did Intrax buy from
18  Microplus?
19  A    Microsoft Office, DSP, OEM, XP Pro, XP
20  Home, you know, maybe some copies of Word. I'm not
21  sure.
22  Q    Any other Microsoft products that you
23  recall, sitting here right now?
24  A    I'm not sure.
25  Q    Did you buy Microsoft Student Media

---

**Page 120**

1  software from Microplus?
2  A    That I am not sure.
3  Q    Aside from Mr. Craighead and Globe 2000, do
4  you recall any -- do you recall buying Microsoft
5  Student Media software from any other suppliers?
6  A    There was one more supplier I bought one
7  small batch from, but I don't remember the name of
8  his company. It was based in the Midwest, and I
9  don't remember his name. I think he was from North
10  Carolina maybe. I don't remember his name.
11  Q    Pronet Cyber?
12  A    No, I never heard of that company.
13  Q    Joseph Teshome?
14  A    No, never heard of that company. If you
15  mention it later, I'm sure I'll remember. I just
16  don't know who.
17  Q    Do you know a company called Saint
18  Cyberlink International?
19  A    Yes.
20     St Cyberlink?
21  Q    Yes.
22  A    Yes.
23  Q    Do you call it St Cyberlink or
24  Saint Cyberlink?
25  A    I think it's just S-t.

---

**Page 121**

1  Q    Did you purchase Microsoft products from
2  St Cyberlink on Intrax's behalf?
3  A    Yes.
4  Q    What Microsoft products?
5  A    Mostly OEM and DSP product.
6     (Attorney-client conference.)
7     THE WITNESS: Okay.
8  BY MR. ROLLER:
9  Q    You don't recall where -- I'm sorry.
10     Do you recall any other Microsoft products
11  that you bought from St Cyberlink?
12  A    Not really. I mean, that this -- I don't
13  think we bought any Student Media from them.
14  Q    Would it be fair to characterize
15  Mr. Craighead, Globe 2000, and Microplus and
16  St Cyberlink as Intrax's larger suppliers of
17  Microsoft software?
18  A    Them and ASI, which is one of your larger
19  Microsoft distributors, and MOD Labs, which is also
20  one of your distributors.
21  Q    And what products did you buy from ASI?
22  A    Mostly operating systems.
23  Q    And what -- Build, OEM, DSP?
24  A    Probably DSP. But, you know, the -- I need
25  to clarify something, though. You know, it's really

---

31 (Pages 118 to 121)

Exhibit __ Page 31

ab70e296-8977-45b5-96dd-d48e47d50c5e

## Page 122

1  confusing because, in the past, there was only OEM
2  product. There was no such thing as DSP product.
3  And right now, you have DSP product. Over the last
4  few years, they have OEM and DSP product. But the
5  products are identical. When you look at them, you
6  can't distinguish them. They look exactly the same.
7  The OEM and DSP product looks exactly the same. And,
8  you know, it's -- it's extremely confusing because,
9  at one time, Microsoft even allowed, as part of their
10 licensing agreement, that you could sell the OEM
11 product that you would buy from MOD Labs and ASI
12 without any hardware restrictions. And then they
13 would change it, and then they would say, "Oh, well,
14 you know what? You have to bundle with it something,
15 and you can even bundle it with a floppy disk or
16 something," so --
17   Q   Does Microsoft --
18      MR. DILLICK: Hold on. Hold on a second.
19      THE WITNESS: So it's extremely confusing
20 as to, over the years, how they have had OEM and
21 DSP -- actually, over the years, they have only had
22 OEM, and then they switched to having OEM and DSP.
23 But the only difference was where the product was
24 purchased from, but they looked identical. You
25 couldn't distinguish them.

## Page 123

1      MR. ROLLER: Object as nonresponsive.
2   Q   Do you -- does Microsoft DSP CDs look the
3  same as Microsoft Student Media CDs?
4   A   They have a hologram. They are similar.
5   Q   Are there differences between Microsoft --
6  the way Microsoft DSP software looks and the way
7  Microsoft Student Media software looks?
8   A   Yes.
9   Q   What are some of the differences?
10  A   One thing is they don't say "Student Media"
11 on them. And, you know, unless I have the two CDs
12 next to each other, I couldn't tell you exactly what
13 the --
14  Q   Do you recall whether DSP products say "Not
15 for OEM distribution"?
16  A   I do believe they do say "Not for retail or
17 OEM distribution."
18  Q   Do you recall whether the OEM products say
19 "Not for OEM distribution"?
20  A   I think I just answered that.
21  Q   I think before we were talking about DSP.
22      Do you recall whether the OEM product said
23 "Not for OEM distribution"?
24  A   I'm not -- I'm not sure.
25  Q   Okay. Do you recall whether OEM products

## Page 124

1  say "Use subject to a Volume License Agreement"?
2   A   I'm not sure.
3   Q   And do you recall whether DSP products say
4  "Use subject to a Volume License Agreement"?
5   A   I'm not sure.
6      MR. ROLLER: Okay. Let's go off the record
7  for a second.
8      (Lunch recess taken at 12:01 p.m.)

## Page 125

1  AFTERNOON SESSION                    12:44 P.M.
2
3  BY MR. ROLLER:
4   Q   Mr. Mak, I would like you to look at
5  Exhibit 2 one more time, and if you look at the top
6  beneath "Enterprise Edition 2003," in parentheses, it
7  says "Product Key Required."
8   A   Yes.
9   Q   Can you tell me what a product key is?
10  A   It's a key that's given by Microsoft for
11 the products to activate their product.
12  Q   And when you say "key" --
13  A   It's a key code.
14  Q   So it's a series of numbers and letters?
15  A   Correct.
16  Q   Okay. Were product keys distributed --
17 strike that.
18      When Intrax sold Microsoft -- sold media
19 software, were product keys to activate the software
20 included?
21  A   Every product key we ever shipped with the
22 product came with the product when we purchased it,
23 when Intrax purchased it. We never generated our own
24 keys. We never purchased separate keys. All the
25 keys were generally attached on the back of the

                        32 (Pages 122 to 125)

Esquire Deposition Services    505 Sansome Street  Suite 502    San Francisco, C.A.  94111
Phone  (415)  288-4280  1-800-770-3363    Fax  (415)  288-4286

Exhibit  I   Page  32   eab70e296-8977-45b5-96dd-d48e47d50c5e

| Page 126 | Page 128 |
|---|---|

**Page 126**

1  sleeve, so if you -- if you had a package here and
2  you opened it up, it would probably be behind the
3  sleeve, because right here is a cardboard backing.
4      Q    I understand.
5          So it would be behind the sleeve but not on
6  what is marked -- the second page of Exhibit 2?
7      A    Correct.
8      Q    Is that right?
9      A    Right.
10     Q    Okay.
11     A    If it's a 2-CD set, the product key would
12 be on one of the sleeves somewhere.
13     Q    Did Intrax sell 2-CD sets?
14     A    Well, I mean, like the server product
15 generally had more than one disk.
16     Q    Would Microsoft XP software ever come with
17 a Microsoft -- say a Microsoft XP Pro CD and also a
18 Microsoft XP Pro 64-bit CD?
19     A    I'm sorry. Could you repeat that question?
20     Q    Did you ever see in the same package
21 Microsoft XP Pro software and Microsoft XP Pro 64-bit
22 software?
23     A    When we purchased that software, it was
24 always separated. They were in separate packages.
25     Q    And would there be a --

**Page 128**

1      Q    Okay. So if the purchase orders say "NFR,"
2  does that mean it's Student Media?
3      A    Possibly. Possibly. I don't want to say
4  100 percent yes because I don't know what the other
5  products are.
6      Q    Okay. Do you see the number where it says
7  SWW12421?
8      A    Yes.
9      Q    Do you know what that number refers to?
10     A    That's our internal product code.
11     Q    Okay. And internal product code for what
12 product?
13     A    For a GE wireless optical mouse with
14 Microsoft Office Standard bundle.
15     Q    This purchase order is to Technology
16 Enterprises; is that correct?
17     A    That's correct.
18     Q    Okay. Does the invoice at page 346
19 correspond with this purchase order, 347?
20     A    Correct.
21     Q    And who is the invoice from?
22     A    It's from Technology Enterprises.
23     Q    On the invoice at 346, there's a line that
24 says "Quantity 396," and then "Office 2003 Standard
25 Student Media NFR CD Media Sets."

| Page 127 | Page 129 |
|---|---|

**Page 127**

1      A    Each product would have its own key code.
2      Q    Okay.
3      A    So if you are asking --
4          MR. DILLICK: Hold on.
5  BY MR. ROLLER:
6      Q    Okay. I would like to ask some questions
7  about these documents that have been marked
8  Exhibit 4. There are 600 -- 500-something pages.
9  I'm obviously not going to ask about all of them, but
10 if we can move through what I do want to ask about
11 fairly quickly.
12         Mr. Mak, I would like you to turn to page
13 346 and 347, if you would please take a look at both
14 of those.
15         What is page 347?
16     A    347 is a purchase order.
17     Q    And can you tell what products the purchase
18 order is for?
19     A    Office Standard.
20     Q    Okay. Do you know, from looking at 346 and
21 347, whether the Microsoft Office Standard is Student
22 Media software?
23     A    It is Student Media.
24     Q    And how do you know that?
25     A    Because of the NFR designation.

**Page 129**

1          Do you see that?
2      A    Yes.
3      Q    Does that mean that Technology Enterprises
4  sold Intrax 396 units of Office 2003 Standard media?
5      A    Yes.
6      Q    Why does the invoice not refer to the GE
7  optical mouse?
8      A    Because we bundle the mouse ourselves, so,
9  basically, this is how we sold it. So instead of
10 making -- instead of receiving it as Microsoft
11 Office Standard Student Media NFR Edition, we receive
12 it into the product code that we would eventually
13 sell it as.
14         Do you understand?
15     Q    I do.
16         Why did you sell it with an optical mouse?
17     A    We just thought it would add value.
18     Q    Did you sell -- was all of the Student
19 Media software that Intrax sold distributed with a
20 piece of hardware?
21     A    No.
22     Q    How about the second line of the purchase
23 order, "Generic PS/2 Mouse with MS Office XP Standard
24 NFR"; do you see that?
25     A    Yes.

33 (Pages 126 to 129)

Esquire Deposition Services    505 Sansome Street Suite 502    San Francisco, C.A.  94111
Phone  (415)  288-4280  1-800-770-3363    Fax  (415)  288-4286

Exhibit  1  Page  33    ab70e296-8977-45b5-96dd-d48e47d50c5e

Michael   Mak                                          June 25, 2008

Page 130

1   Q    The Xp Office Standard NFR, is that
2   Microsoft Student Media software?
3   A    Yes.
4   Q    And 346 indicates that Technology
5   Enterprises shipped 30 units of XP Standard NFR
6   software to Intrax; correct?
7   A    Yes.
8   Q    And that was the Student Media software?
9   A    I believe it was.  I mean, I don't know
10  100 percent because this was, what, three years ago,
11  two and a half years ago?  So without actually seeing
12  the product, I don't know 100 percent that it's
13  Student Media.
14  Q    What else could it be?
15  A    NFR products.
16  Q    And what other kinds of NFR product is
17  there?
18  A    There's promotional product that Microsoft
19  gives away that says "Not For Resale" on it.
20  Q    Any other NFR product that would be marked
21  in Intrax's records as NFR aside from a promotion
22  product and Student Media?
23  A    Not that I can recall right now.
24      (Attorney-client conference.)
25      THE WITNESS:  Yes.  You know, the one thing

Page 131

1   also is NFR product is actually purchasable through a
2   lot of your own distributors, like Ingram Micro.
3   They sell NFR product.
4   BY MR. ROLLER:
5   Q    What kind of NFR product?
6   A    You know, I've never bought it from them
7   before.  If you look in their catalog, it lists
8   Microsoft not-for-resale product.
9   Q    Is that Student Media software?
10  A    It may or may not be; I'm not sure.
11  Q    Why haven't you bought from them?
12  A    We don't have an account with Ingram Micro.
13  Q    Of the NFR Microsoft software that Intrax
14  sold, do you know about how much was Microsoft
15  Student Media software?
16  A    I'm not exactly sure.  I would say the
17  majority was probably Student Media.
18  Q    Was it more than 50 percent?
19  A    I'm not sure.  I'm not sure.
20  Q    But you think it was the majority, Student
21  Media?
22  A    I can probably confidently say it was.
23  Q    Looking at 347, the purchase order, there
24  is a -- on the second line of kind of the order form,
25  there's a box that says "Buyer" and "MM."

Page 132

1   A    That's me.
2   Q    Those are just your initials?
3   A    Mm-hmm.
4   Q    So that means you bought the software on
5   Intrax's behalf from Technology Enterprises?
6   A    Correct.
7   Q    I would like to you turn to page 344 and
8   345.
9       What is page 344?
10  A    It says, "Office XP Standard CV in sleeve
11  of key, all original."
12  Q    Do you know whether this was Student Media
13  software or something else?
14  A    It probably was not Student Media.
15  Q    Why do you say that?
16  A    Because Jim at NBC, if it was Student
17  Media, he would generally put "Student Media."
18  Q    Do you know why there is no purchase order
19  number on 344?
20  A    We all -- I mean, we were so busy all the
21  time, you know, sometimes we didn't generate purchase
22  orders.
23  Q    So --
24  A    And when we placed orders with Jim, we
25  didn't give him a purchase order number.

Page 133

1   Q    So this order was probably placed by phone?
2   A    By phone.  Well, all the orders, Jeremy,
3   were placed by phone.  None of it was ever faxed to
4   him.
5   Q    Okay.  So the only --
6   A    When you see purchase orders here, it's
7   basically for our own internal record-keeping.
8   Q    But is it accurate to say that sometimes
9   purchase orders were not created for orders that were
10  placed?
11  A    Correct.  What's accurate is all the
12  invoices that we have.
13  Q    Okay.
14  A    Because my bookkeeper, Ann, was very -- she
15  was religious in making sure every invoice for every
16  transaction we ever had we would have a copy of.
17  Q    Whose signature is on page 344?
18  A    I do not know.
19  Q    Okay.  Let's turn to page 345.
20      Can you tell me what this is?
21  A    Looks like an invoice for Office 2003
22  Standard Media NFR.
23  Q    Is that Standard Student Media?
24  A    That's what it appears to be.
25  Q    For this software, say for the invoices

34  (Pages 130 to 133)

Exhibit _I_ Page _34_
ab70e296-8977-45b5-96dd-d48e47d50c5e