Michael   Mak

June 25, 2008

---

**Page 134**

1  that were in 2005, what did Intrax do with that
2  software?
3      A    We resold it.
4      Q    Let's turn to page 348 and 349.
5          My first question is about 349.  What is
6  that?
7      A    Looks like a purchase order for Office XP
8  Standard and looks like the product was a retail CD
9  with a key code.
10     Q    Okay.  And what does that -- the SWW number
11 mean?
12     A    That's internal part number.
13     Q    And when you say "internal part number,"
14 Intrax created that number?
15     A    Correct.
16     Q    And what does that number refer to?
17     A    It refers to the part number of Microsoft
18 Office XP Standard, retail CD with key code.
19     Q    There's a signature at the bottom of
20 page 349.
21         Do you recognize that signature?
22     A    That's my signature.
23     Q    Let's turn to 350 and 351.
24         What is 350?
25     A    Looks like an invoice for Office 2003

---

**Page 135**

1  Student Media.
2      Q    If you received an invoice -- if Intrax
3  received an invoice like this one, does that mean
4  that Intrax actually received that software?
5      A    Yes, especially if it says "Paid."  I would
6  say if it says "Paid," Jeremy -- you know how it's
7  stamped "Paid"?
8      Q    And 351, is that also an invoice for Office
9  2003 Student Media?
10     A    Yes.
11     Q    Let's turn to 352 and 353, and I'd like to
12 look at 353 first.
13         There's a code SWW12421.
14         Do you see that?
15     A    Yes.
16     Q    And that's for a GE wireless optical mouse
17 with Microsoft Office 2003 Standard?
18     A    Mm-hmm.
19     Q    And does 352 indicate that you -- that
20 Intrax received that software from Technology
21 Enterprises?
22     A    Yes.
23     Q    Back to 353, SWW12429, what does that code
24 refer to?
25     A    GE wireless optical mouse with Microsoft

---

**Page 136**

1  Small Business Server 2003 bundle.
2      Q    So it's Microsoft --
3          MR. DILLICK:  Hold on.
4          (Attorney-client conference.)
5          MR. DILLICK:  Go ahead.
6  BY MR. ROLLER:
7      Q    So the code SWW12429 refers to Microsoft
8  Small Business Server 2003 bundled with a GE optical
9  mouse?
10     A    Yes.
11     Q    And do you know whether that would be a
12 Student Media software?
13     A    It says NFR, but it doesn't say Student
14 Media, so I can't 100 percent say for sure.
15     Q    Do you know if you ever -- if Intrax ever
16 purchased or ever acquired promo packs for Server
17 2003 For Small Business?
18     A    We have acquired NFR Server 2003s.
19     Q    Do you know whether any of that NFR Server
20 2003 were in promo packs?
21         MR. DILLICK:  What do you mean by "promo
22 pack"?
23         THE WITNESS:  I don't know.
24         MR. DILLICK:  What do you mean by "promo"?
25         MR. ROLLER:  Mr. Mak said it's software

---

**Page 137**

1  that Intrax gives away.
2          MR. DILLICK:  He indicated some promo
3  product was given away, and he testified some was
4  sold, so what are you talking about?
5          MR. ROLLER:  Can you look at what Mr. Mak
6  said about promo packs, please.
7      Q    Mr. Mak, if you look at 352, which
8  refers -- and there are 17 units of Server 2003 For
9  Small Business Server NFR CD media sets.
10         Could that be Student Media software?
11     A    Are you asking for my opinion?
12     Q    I'm asking if it's possible that that could
13 refer to Student Media software?
14     A    It's possible.
15     Q    Okay.  What else could it refer to?
16     A    It could be referred to as NFR product that
17 doesn't have "Student Media" stamped on it.
18     Q    And what NFR product would not have
19 "Student Media" stamped on it that is Server 2003 For
20 Small Business?
21     A    I've seen that product in a
22 promotional-type package almost like that, and it
23 looks just like the retail disk, and the only thing
24 it says is "Not For Resale."
25     Q    Okay.  Did --

---

35  (Pages 134 to 137)

|  | Page 138 |
|---|---|

1  A    And that product is generally given away at
2  seminars or you can find that product through Ingram
3  Micro.
4  Q    Did Intrax ever buy Microsoft Server 2003
5  For Small Business promo packs?
6  A    Yes.
7  Q    Let's look at --
8        (Attorney-client conference.)
9        THE WITNESS:  When I say "promo pack,"
10 especially for NFR product, that's a term that I use
11 that defines NFR product that either you can --
12 that's given away as promotional or is being bought
13 through Ingram Micro or through a distributor.
14 BY MR. ROLLER:
15 Q    Could something that you refer to as promo
16 pack be Student Media?
17 A    No.
18 Q    Okay.  Looking at 353, is that your
19 signature at the bottom right?
20 A    Yes.
21 Q    And under "Buyer," "MM" is listed?
22 A    Yes.
23 Q    Under a purchase order, whenever "MM" is
24 listed, does that mean the record order was placed by
25 you?

|  | Page 139 |
|---|---|

1  A    I would say a good portion of the time, but
2  I did have other people place those orders for me at
3  times.
4  Q    Would those people be authorized to put
5  "MM" in the "Buyer" slot?
6  A    Yes.
7  Q    Who gave them that authorization?
8  A    I did.
9  Q    Okay.  Let's turn to 354.
10       What is 354?
11 A    It's an invoice for Office 2003 Standard
12 Student Media and WordPerfect.
13 Q    355, is that also an invoice for Office
14 2003 Student Media software?
15 A    Correct.
16 Q    The invoice indicates that Intrax paid $46
17 per unit; is that right?
18 A    Correct.
19 Q    Do you recall what Intrax sold that
20 software for?
21 A    Not off the top of my head.
22 Q    Do you have an estimate?
23 A    I would probably say 10 to $20 more than
24 what it's listed as.
25 Q    Can you obtain that information?

|  | Page 140 |
|---|---|

1  A    Yes.
2  Q    Could you have obtained information
3  regarding the prices at which Intrax sold Microsoft
4  Student Media software in September or October of
5  2007?
6        MR. DILLICK:  Wait a second, wait a second.
7  Are you asking him if he has information within his
8  custody or control as opposed to Intrax's custody and
9  control?
10       MR. ROLLER:  I'm asking whether he could
11 have obtained the information.
12       MR. DILLICK:  And I'm going to object in
13 that you are not -- you are -- you should be
14 distinguishing between material under the custody and
15 control of Intrax and material under the custody and
16 control of Mike Mak as an individual.
17       MR. ROLLER:  If you want to do that when we
18 are done, you can do that.
19 Q    My question is:  Could you have obtained
20 that information regarding the prices at which Intrax
21 sold Microsoft Student Media software in October or
22 September of 2007?  Could you have gotten that
23 information then?
24 A    Only as an employee of Intrax, I could.
25 Q    Could you as the president of Intrax?

|  | Page 141 |
|---|---|

1  A    Excuse me?
2  Q    Could you as the president of Intrax?
3  A    As the president of Intrax, I had access to
4  that information.
5  Q    Okay.  And as a board member of Intrax?
6  A    Correct.
7  Q    So you could have obtained that
8  information?
9        MR. DILLICK:  No, he already answered the
10 question.
11       Don't answer it again.
12       MR. ROLLER:  Are you instructing him not to
13 answer?
14       MR. DILLICK:  Yeah.
15 BY MR. ROLLER:
16 Q    Let's turn to 356.
17       Can you tell me what that is?
18 A    It says "Office XP Standard NFR CD in
19 sleeve of key code."
20 Q    Could this have been Microsoft Student
21 Media software?
22 A    It doesn't say Student Media.
23 Q    Could it have been Student Media software?
24 A    I'm not sure.
25 Q    Why are you not sure?

36  (Pages 138 to 141)

Exhibit  1  Page  36

ab70e296-8977-45b5-96dd-d48e47d50c5e

Michael   Mak                                      June 25, 2008

---

**Page 142**

1    A    Because, generally, if it's Student Media
2  product, Jim would type in "Student Media" on the
3  invoice.
4    Q    Okay.  Let's look at 357, Office 2003
5  Standard NFR Student CD.
6         Is that Student Media?
7    A    That is Student Media.
8    Q    And is the purchase order at 358 -- does
9  that correspond with the invoice at 357?
10   A    Looks like it.
11   Q    And is that your signature at the bottom of
12  358?
13   A    Yes.
14   Q    Turn to 359, please.
15        Office 2003 NFR Student Standard CD, is
16  that Student Media?
17   A    Yes.
18   Q    Do you see that a purchase order number is
19  written in in the box on that 359?
20   A    Yes.  We don't have three-digit PO numbers,
21  just for your information.
22   Q    So do you know why there would be a
23  three-digit purchase order number there?
24   A    I don't know.  I don't know if that was
25  written by us or written by NBC.

---

**Page 143**

1    Q    Let's turn to 362, please, and 363.
2         My first question is:  On 363, there's a
3  code, ACC10841.
4         What is that ACC code?
5    A    That's the product code for Logitech
6  Cordless Keyboard and Mouse for a Microsoft Office XP
7  Standard, Student Media bundle.
8    Q    What was the last part?
9         MR. DILLICK:  "Student Media bundle."
10  BY MR. ROLLER:
11   Q    How do you know it's Student Media bundle?
12   A    Because the invoice itself says Student
13  Media -- or no, I'm sorry.  Let me correct myself.
14  It's an NFR bundle.  It does not say Student Media.
15  I'm sorry.  That was my mistake.
16   Q    And is it possible that the software that
17  accompanied 362 was Student Media?
18   A    It's possible, but it's not likely because
19  Jim -- like I said, if it's Student Media, he will
20  always put "Student Media" on the invoice.
21   Q    Okay.
22   A    He's very detailed.
23   Q    And at the bottom of 363, is that your
24  signature?
25   A    Yes.

---

**Page 144**

1    Q    Now, please turn to 365.
2         Purchase order number is handwritten in
3  that invoice as 3822.
4    A    Okay.
5    Q    Do you know why it was handwritten?
6    A    I have no clue.
7    Q    If there was a purchase order 3822, should
8  it have been in Intrax's records?
9    A    We may not have had a hard copy of it,
10  which is why we did not photocopy it.  It may have
11  only been in a digital form.
12   Q    And when you and your accountant gathered
13  the Microsoft invoices, did you or your accountant
14  also look at the digital records or only the
15  hard-copy records?
16   A    We were in a time crunch, so we only
17  gathered all the documents that was easily
18  gatherable.  The digital copies are a lot more
19  difficult to gather, which is why we haven't turned
20  them over yet.
21   Q    So there may be digital invoices that are
22  not reflected in the paper invoices that weren't
23  turned over?
24   A    No.  All the invoices are turned over.
25   Q    I'm sorry, purchase orders.

---

**Page 145**

1         There may be digital purchase orders that
2  are not reflected in the paper purchase orders that
3  were produced?
4    A    Possibly.
5    Q    Okay.  I would like you to turn to 500,
6  please.
7         MR. DILLICK:  One second.
8         Off the record for a second.
9         (Recess taken from 1:22 to 1:23 p.m.)
10  BY MR. ROLLER:
11   Q    500, please.
12        Can you tell me what this is, Mr. Mak?
13   A    It says "Microsoft Office XP Standard."
14   Q    And what -- is this an invoice to Surplus
15  Computers?
16   A    Yes, it is.
17   Q    From whom?
18   A    Globe 2000.
19   Q    Do you know whether this was for Student
20  Media software?
21   A    I do not know.
22   Q    Okay.  Do you see where, in the middle of
23  the page, there's a name Mike and it's circled?
24   A    Yes.
25   Q    Do you know why that name is there?

---

37  (Pages 142 to 145)

Exhibit  1  Page 37

Michael  Mak                                              June 25, 2008

| Page 146 | Page 148 |
|---|---|

**Page 146**

1    A    Because I probably called and placed an
2  order for the product.
3    Q    Okay.  Please turn to 501 and 502.
4        At 502, there's a code, SWW12430.
5    A    Mm-hmm.
6    Q    What does that code refer to?
7    A    Student Media.
8    Q    For Microsoft Office 2003 Standard?
9    A    Yes.
10    Q    So if we see the code 12430, that means it
11  was Student Media?
12    A    Possibly.  In this situation it was.
13    Q    How do you know it was Student Media in
14  this situation?
15    A    Because I'm cross-referencing the -- I'm
16  cross-referencing the invoice 5040.
17    Q    501?
18    A    No.  I'm cross -- yeah, cross-referencing
19  the document 501.
20    Q    Right.
21        Please turn to page 503.
22        Is this an invoice from Globe 2000 to
23  Surplus Computers for 30 units of Microsoft Office XP
24  Standard?
25    A    Yes.

**Page 147**

1    Q    Do you know whether this was Student Media?
2    A    I have no idea.
3    Q    And do you know why the name Mike is above
4  the description?
5    A    Because I probably called and placed a
6  purchase order for it.
7        (Attorney-client conference.)
8  BY MR. ROLLER:
9    Q    Let's turn to 618 and 619, please.
10        On the bottom of page 619, that is your
11  signature?
12    A    Yes, it is.
13    Q    And does the invoice at 618 indicate that
14  in response to the purchase order at 619, Technology
15  Enterprises shipped 300 units of Office 2003 Standard
16  Student Media?
17    A    Yes.
18    Q    Let's turn to 621.
19        Does that indicate that Technology
20  Enterprises shipped 350 units of Office 2003 Student
21  Media to Intrax?
22    A    Yes.
23    Q    Okay.  And I'd like to go to 174 and 175,
24  please, and let's first look at 175.
25        The first line of that purchase order

**Page 148**

1  says -- there's a code, SWW12250.
2    Q    Do you know what that 12250 refers to?
3    A    Looking at it exactly, I'm not 100 percent
4  sure.
5    Q    Well, does the invoice at 174 indicate what
6  was shipped in response to the purchase order at 175?
7    A    It seems like it appears there's a
8  correlation there.
9    Q    Okay.  And what does the invoice at 174
10  reflect that St Cyberlink sent Intrax?
11    A    Looks like it's a Windows XP manual with
12  the product key.
13    Q    And why do you say that?
14    A    Because that's what it says on the St
15  Cyberlink's invoice.
16    Q    And you are reading where it says,
17  "Software bundle within XP Home book with product key
18  only, system pull name imprinted green"?
19    A    Correct.
20    Q    What does "system pull" mean?
21    A    I don't know.
22    Q    What does "name imprinted" mean?
23    A    I'm not exactly sure.
24    Q    Do you know why they would state the color
25  green?

**Page 149**

1    A    Because XP Home manuals are green.
2    Q    Why would a manual cost $45?
3    A    I don't know exactly.
4    Q    Okay.  And at the bottom -- well, below the
5  series of numbers in the middle of 174, it says,
6  "System product ID only.  It is not a software or
7  license to use the product."
8        Does that mean there was no software with
9  this XP Home book with product key?
10    A    I'm not sure.  I mean, this is four years
11  ago almost, so I don't -- I don't remember any
12  specific transactions, Jeremy.
13    Q    What did Intrax do with the XP Home books
14  with product key?
15    A    I do not remember.
16    MR. DILLICK:  Wait.  I'll object in that
17  there's no proof from this that those products were
18  actually received.  It looks like the quantity is
19  open, as I'm reading it.
20    THE WITNESS:  This is the purchase order as
21  printed out.  When I print out this invoice --
22    MR. DILLICK:  Hold on.
23    (Attorney-client conference.)
24  BY MR. ROLLER:
25    Q    Do you see on 174 there's a stamp that says

                                    38  (Pages 146 to 149)

Exhibit __ Page 38

b70e296-8977-45b5-96dd-d48e47d50c5e

Michael   Mak                                                June 25, 2008

---

Page 150

1  "Paid"?
2      A    Yes.
3      Q    Would that stamp be present if the products
4  listed on this invoice were not received?
5      A    No, unless there was a mistake.
6      Q    At 175, is that your signature at the
7  bottom right?
8      A    Yes.
9      Q    Listed is Windows XP Pro COA.
10         What is a COA?
11     A    Certificate of Authenticity.
12     Q    Does this purchase order reflect that
13  Intrax was purchasing a 20 XP Pro Certificates of
14  Authenticity?
15     A    Well, it was part of the bundle. I mean,
16  I'm just assuming. I don't remember this
17  transaction, Jeremy, at all.
18     Q    Is there anything here that makes you think
19  that the COA was received with software?
20     A    You know, I don't remember, Jeremy.
21     Q    Is there anything that makes you think --
22  anything that you see here that makes you think the
23  software was -- the COA was received with software?
24     A    It's possible.
25     Q    What makes it possible?

---

Page 151

1      A    Because it doesn't say "No Software."
2      Q    Let's look at 174, and in the bottom, it
3  says, "System product ID only. It is not a software
4  or license to use the product."
5         Is there anywhere on this invoice that
6  indicates that the products that accompanied the
7  invoice included Microsoft Windows XP software?
8      A    It doesn't say software. I mean, it says
9  "software bundle," so it's sort of misleading.
10  Software bundle implies that software is included;
11  correct?
12     Q    Well, then it says, "Windows XP Home book
13  with product key only."
14         Would it say "product key only" if --
15     A    That's why I said I'm unsure, Jeremy.
16     Q    In the number --
17     A    I don't know why they would call it a
18  software bundle if there's no software included.
19     Q    "Msg, prd, key," what does that mean?
20     A    I mean, I can only guess based on what the
21  message says.
22         MR. DILLICK: Don't guess.
23  BY MR. ROLLER:
24     Q    Okay. Let's turn to page 180.
25         The second item listed is "Microsoft

---

Page 152

1  Windows XP Home COA/License."
2         What does that mean?
3      A    It means the same thing as what it meant on
4  the previous one.
5      Q    What does it mean here? What was Intrax
6  ordering?
7      A    I mean, it says "software bundle," so I'm
8  assuming we ordered software bundle.
9      Q    At page 180, what was Intrax ordering when
10  it refers to 45 units of Microsoft Windows XP Home
11  COA?
12     A    You know what, Jeremy? Like I said, I'm
13  not sure. This is four years ago.
14     Q    Look right above that, "Microsoft Windows
15  XP Home with mouse."
16         Do you see that?
17     A    Correct.
18     Q    And how much did Intrax pay for that
19  product per unit?
20     A    $70.
21     Q    Okay. What did it pay for what's described
22  as Windows XP Home COA?
23     A    45.
24     Q    Did you actually -- did Intrax actually buy
25  mice from St Cyberlink?

---

Page 153

1      A    It's possible.
2      Q    Does the --
3         MR. DILLICK: Hold on. Hold on.
4         (Attorney-client conference.)
5         MR. DILLICK: Go ahead.
6  BY MR. ROLLER:
7      Q    Do you have anything to correct after you
8  have conferenced?
9      A    I'm confused because it says Windows XP
10  Home edition, Home book, so if you look at it that
11  way, it's $78 divided by three.
12     Q    Do you know why St Cyberlink would state,
13  at 179, System product ID only, is not software or
14  license to use the product?
15     A    I have no idea.
16     Q    Looks like we will have to take some
17  discovery from St Cyberlink.
18     A    I don't look at --
19         MR. DILLICK: Hold on. There's no
20  question.
21         THE WITNESS: Okay.
22  BY MR. ROLLER:
23     Q    Do you know when Intrax would have sold the
24  products that are -- that it received with the
25  invoice 178 and 179?

---

39 (Pages 150 to 153)

Michael   Mak                                              June 25, 2008

---

Page 154

1        MR. DILLICK: When they would have sold it?
2        MR. ROLLER: Yes.
3        THE WITNESS: Probably about the same time
4   it was purchased.
5        MR. DILLICK: Don't guess.
6   BY MR. ROLLER:
7    Q    Do you know when?
8    A    September of '04.
9    Q    Do you know when it would -- why do you say
10  that?
11   A    Because that's what the date of the invoice
12  is, September.
13   Q    And do you always sell your products the
14  same month you buy them?
15   A    Generally. We don't keep stock too much.
16  We try to turn inventory as fast as possible.
17   Q    Okay. How about at 174; when did you sell
18  the products that were received with the invoice at
19  174?
20   A    I'm assuming September of '04.
21   Q    So you sell all your products within a
22  month of getting them?
23   A    We try to.
24   Q    Do you sell all your products within a
25  month of getting them?

---

Page 155

1    A    No.
2        MR. DILLICK: Jeremy, how are you doing for
3   time?
4        MR. ROLLER: Not well.
5        MR. DILLICK: Okay. It's -- by my watch at
6   least, it's almost a quarter till. Could you get to
7   a place where you can -- there's no chance you're
8   going to get done by 2:00?
9        MR. ROLLER: No. I'm just trying to do is
10  figure out what I can do to get summary judgment and
11  not do this again. I think I'm almost there.
12       MR. DILLICK: It's good for me.
13       MR. ROLLER: But it's not good for you to
14  say, "Hey, we got to do this again Friday after my
15  trial, or do an extension."
16   Q    Page 211.
17       Is that your signature at the bottom of
18  page 211?
19   A    Yes.
20   Q    Page 227, is that your signature at the
21  bottom of 227?
22   A    Yes.
23   Q    Let's look at 139.
24       Is that your signature at the bottom of
25  139?

---

Page 156

1    A    Yes.
2    Q    Do you recall how much you were paid from
3   Intrax in the year 2005?
4    A    No. Maybe about $100,000 or so.
5    Q    Do you recall how much you were paid in
6   2006?
7    A    About the same.
8    Q    And in 2007?
9    A    Probably less than that.
10   Q    Why less than in 2007?
11   A    It was not a good year for us.
12   Q    And were you paid -- how were you paid?
13   A    By salary.
14   Q    And was it was a monthly payment?
15   A    It was monthly. There was some months I
16  didn't receive a paycheck, though.
17   Q    Why?
18   A    Because we weren't doing very well. The
19  company wasn't doing very well.
20   Q    Is it fair to say that if you sold more
21  software you would do better?
22       MR. DILLICK: Wait.
23       Objection; vague. What do you mean if he
24  wasn't selling software? Intrax was selling
25  software.

---

Page 157

1   BY MR. ROLLER:
2    Q    If Intrax sold more software, would you
3   possibly earn more money?
4    A    If the company made more money, I would
5   make more --
6        MR. DILLICK: Wait.
7        When you say would he make more money, he
8   told you he's on salary.
9   BY MR. ROLLER:
10   Q    Would you be paid more money if Intrax made
11  more money?
12       MR. DILLICK: Are you asking if his salary
13  would go up?
14       MR. ROLLER: I'm asking that question.
15   Q    Would you be paid more money if Intrax
16  would earn more money?
17       MR. DILLICK: Objection; vague.
18  BY MR. ROLLER:
19   Q    Answer the question.
20   A    Would I be paid more money if the company
21  was made -- if the company made more money?
22       MR. DILLICK: From month to month, year to
23  year?
24       THE WITNESS: From month to month.
25       MR. DILLICK: Would he get a raise? What

---

                              40  (Pages 154 to 157)

Exhibit  I   Page 40   b70e296-8977-45b5-96dd-d48e47d50c5e

Michael    Mak                                                        June 25, 2008

---

Page 158

1  are you asking?
2  BY MR. ROLLER:
3      Q    Answer the question.
4      A    The question is sort of vague. That's why
5  I'm trying to figure out what you are trying to ask
6  me.
7      Q    If -- well, you testified in 2007 you made
8  less money; correct?
9      A    Correct.
10     Q    Why?
11     A    Because the company didn't do as well
12  because of the economic conditions, and the value
13  wasn't doing as well.
14         MR. DILLICK: What he also testified was,
15  in some months, he didn't get his salary.
16  BY MR. ROLLER:
17     Q    So if the company does not do well, you
18  earn less money?
19     A    What I did was I voluntarily didn't take a
20  salary in order to keep the company going.
21     Q    So if the company sells fewer products and
22  is not generating as much revenue, you are worse off
23  financially?
24     A    Correct.
25     Q    Have you ever been paid any money from

Page 159

1  Intrax that's not part of a regular salary?
2      A    Only bonuses if we did really well the
3  whole year.
4      Q    So if Intrax did well in a year, you would
5  get a bonus?
6      A    Correct, but I haven't gotten a bonus in
7  many years.
8      Q    When was the last time you got a bonus?
9      A    I would have to ask. A long time. It's
10  been a long time.
11     Q    When you last got a bonus, how much was it?
12     A    I don't think it was more than maybe
13  $20,000, $10,000.
14     Q    And who determined how much the bonus was?
15     A    The board of directors -- me and my
16  brother.
17     Q    Do you own a home?
18     A    Yes.
19     Q    Do you owe money on the mortgage on your
20  home?
21     A    Yes.
22     Q    Do you know about how much?
23     A    Probably about 550,000 or so.
24     Q    Do you know the value of your home?
25     A    Well, my friend just bought a home down the

Page 160

1  street for me (sic) for 495-.
2      Q    Do you know the value of your home?
3      A    I do not know the value of the home.
4      Q    Do you own any other real property?
5      A    No.
6      Q    Do you own any cars?
7      A    No.
8      Q    Do you lease cars?
9      A    No.
10     Q    How did you --
11     A    No, actually, I have one -- I'm sorry. I
12  do own a car. I own a 2000 Ford Focus.
13     Q    Any other cars?
14     A    I have a van that's leased through the
15  company that we use for deliveries and stuff.
16         MR. DILLICK: He's not asking about company
17  vehicles.
18         THE WITNESS: Okay.
19  BY MR. ROLLER:
20     Q    Do you, personally, own anything else worth
21  more than $5,000?
22     A    No.
23     Q    Aside from your attorney, Mr. Dillick, and
24  your bankruptcy counsel, Mr. Bauer -- is it
25  Mr. Bauer?

Page 161

1      A    Yes.
2      Q    Aside from them, have you discussed this
3  lawsuit with anybody?
4         MR. DILLICK: Other than he's already
5  described?
6         MR. ROLLER: Yes, other than he's already
7  described.
8         THE WITNESS: Just friends.
9  BY MR. ROLLER:
10     Q    Who?
11     A    Just casual friends.
12     Q    Can you name names?
13     A    My wife, I mean, is one of them, you know.
14         MR. DILLICK: That's -- for the record, he
15  did not mean his wife is just a casual friend.
16         THE WITNESS: Business acquaintances.
17  BY MR. ROLLER:
18     Q    Who?
19         MR. DILLICK: It's 10 minutes to 2:00 and
20  we are running out of time.
21         THE WITNESS: Russ. I forgot Russ's last
22  name. I talked about it with Russ. I've talked
23  about it with some of my employees.
24         MR. ROLLER: We are out of time given our
25  schedules. We are going to leave the deposition

41 (Pages 158 to 161)

Exhibit __ Page 41

ab70e296-8977-45b5-96dd-d48e47d50c5e

Michael   Mak                                    June 25, 2008

---

Page 162

1  open.  There's simply material that I didn't get to
2  given our time constraints.  I don't know if the 45
3  minutes we were late would have made a difference.
4  We would have been able to cover more, obviously.
5      We also have a court order in the
6  bankruptcy case directing that Intrax provide its
7  sales records.  We still have not gotten those, and
8  that's another reason I need to leave this deposition
9  open.
10     THE WITNESS:  No, I -- I'm sorry.
11     MR. ROLLER:  So I think we can go off the
12  record for now, and we may need to come back at some
13  point.
14     MR. DILLICK:  Thanks, Jeremy.
15     (Deposition adjourned at 1:49 p.m.)
16  //
17  //
18
19
20
21
22
23
24
25

---

Page 163

1
2
3
4
5
6
7
8
9      I, MICHAEL MAK, do hereby declare under
10  penalty of perjury that I have read the foregoing
11  transcript; that I have made any corrections as
12  appear noted, in ink, initialed by me; that my
13  testimony as contained herein, as corrected,
14  is true and correct.
15
       EXECUTED this      day of
16
   2008, at
17      (City)      (State)
18
19
20      MICHAEL MAK
21
22
23
24
25

---

Page 164

1      I, the undersigned, a Certified Shorthand
2  Reporter of the State of California, do hereby
3  certify:
4      That the foregoing proceedings were taken
5  before me at the time and place herein set forth;
6  that any witnesses in the foregoing proceedings,
7  prior to testifying, were duly sworn; that a record
8  of the proceedings was made by me using machine
9  shorthand which was thereafter transcribed under my
10  direction; that the foregoing transcript is a true
11  record of the testimony given.
12      Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, a review
15  of the transcript [ ] was [ ] was not requested.
16      I further certify I am neither financially
17  interested in the action nor a relative or employee
18  of any attorney or party to this action.
19      IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21
22  Dated:
23
24
           RACHEL FERRIER
25           CSR NO. 6948

---

42  (Pages 162 to 164)

Exhibit  1  Page  42  ab70e296-8977-45b5-96dd-d48e47d50c5e

1

2

3          I, the undersigned, a Certified Shorthand

4   Reporter of the State of California, do hereby certify:

5          That the foregoing proceedings were taken

6   before me at the time and place herein set forth; that

7   any witnesses in the foregoing proceedings, prior to

8   testifying, were placed under oath; that a verbatim

9   record of the proceedings was made by me using machine

10  shorthand which was thereafter transcribed under my

11  direction; further, that the foregoing is an accurate

12  transcription thereof.

13         I further certify that I am neither

14  financially interested in the action nor a relative

15  or employee of any attorney of any of the parties.

16         IN WITNESS WHEREOF, I have this date

17  subscribed my name.

18

19

20  Dated: _____July 2, 2008_____

21

22

23

24  _____

    RACHEL FERRIER
25  CSR No. 6948

Exhibit I  Page 43

Deposition of Michael Mak
June 25, 2008

<u>EXHIBIT 2</u>

Exhibit _1_ Page 44



English
Microsoft
Enterprise Office Professional
(Product Key Required)

June 2004
Applications
Student Media

All use subject to
license agreement. Do
not make illegal copies of
this disc. Not for retail
or OEM Distribution. Not
for resale.

EXHIBIT  2
Rachel A. Ferrier
CSR No. 6948
Date: 6/25/08
Witness:
MK

Exhibit 1 Page 4



OFFICE PRO 2003 WIN32 ENGLISH DISK KIT
MVL STUDENT MEDIA CD
WO: W011180735
P/N: 269-08398

Exhibit 1  Page 46

# Deposition of Michael Mak
# June 25, 2008

# <u>EXHIBIT 3</u>

(Pages of Exhibit 3 cited in Microsoft's
Memorandum in Support of
Motion for Summary Judgment)

Exhibit **I** Page **47**





Become an Affiliate and earn monthly commissions!!

| Home | Services | New Items | My Account | View Cart | Help | Search | Go | Log Out |

**Click Here For Free Newsletter!**

**Specials, Tech Tips & much more!**

**Hardware**

***Liquidation Sale!
**Liquidation Sale!**
-Flash Liquidation!
-Liquidation Sale
-Liquidation Sale!
Barebones
Blank Media
Cables
CD/DVD Drives
Components
Computer Cases
Consumer Electronics
Cooling Fans
CPU
Desktop Computers
Digital Cameras
Flash Memory
Hard Disk Drives
Input Devices
Laptop Accessories
Laptops / Notebooks
Memory
Modems
Monitors
Motherboards
Movies & Music
MP3 Audio
Multimedia
Networking
Office Equipment
PDAs
Plasma Displays
Power Management
Printer Supplies
Printers
Projectors
Removable Storage
Satellite TV
Scanners
Security &
Surveillance
Servers
Video Cards
Wireless Networking

**Software**

Business
Children's
Computing Systems
Education
Games
Graphics
Home Life
Linux
Macintosh
Utilities

SWW13455  - Microsoft Windows XP Professional x64 Edition (NFR)



~~$299.99~~  **$27.99 On Sale!**  [1]  Add to Cart

Condition: New

Warranty: 30 Days

Please Note: This is a fully functional original Microsoft Student Media CD with installation key code and CD. On the CD it states you must legally own a copy of their license to use this CD. This software installs, fully activatable & registerable like the Commercial Versions you find in the retail stores. This item is shipped in an environmentally friendly packaging without the box.

This version DOES NOT come in a retail box.  It comes with a CD & Authentic Keycode for activation and registration.

Description: Windows XP Professional x64 Edition is designed to meet the demands of customers who require large amounts of memory and floating point performance in areas such as mechanical design and analysis, 3-D animation, video editing and composition, and scientific and high-performance computing applications.

Note: Please verify hardware compatibility before purchasing.


Return     Edit

Exhibit _1_  Page **48**

MS-NTRX-BR-000013

# Deposition of Michael Mak
# June 25, 2008

# EXHIBIT 4

## (Pages of Exhibit 4 cited in Microsoft's Memorandum in Support of Motion for Summary Judgment)

Exhibit __l__ Page __49__



# Purchase Order 3404
Order Date  12/03/04

1600 Duane Ave, Santa Clara, Ca 95054
Phone: 408-327-0420 Fax: 408-327-0113

**Intrax Group, Inc.**
Dba Surplus Computers
1600 Duane Ave
Santa Clara, CA 95054 USA
Telephone: 408/327-0111

Ship To:
Main Warehouse

Vendor:

MICROPLUS INT'L TECH
48521 WARM SPRINGS BLVD., #301
FREMONT, CA 94539
USA

| Vendor | Vendor Fax Number | Vendor Telephone Number | Ship Via | FOB | Terms |
|---|---|---|---|---|---|
| MIT1 | | 510/440-8588 | | | C.O.D. |

| Buyer | Confirming To | | Remarks | Freight | Tax |
|---|---|---|---|---|---|
| MM | | | | | N |

| Line | Qty Ordered / Qty Received | Unit of Measure / Qty Open | Your Item Number / Item Description | Our Item Number | Unit Price / Date Required | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 30 / 0 | 30 | SWW12249 / Microsoft Windows XP Home COA/ Lic. | SWW12249 | 48.00 / 12/03/04 | 1440.00 |
| 2 | 10 / 0 | 10 | SWW12250 / Microsoft Windows XP Pro COA/ Lic. | SWW12250 | 90.00 / 12/03/04 | 900.00 |

Eon
DEC-03-04

| | |
|---|---|
| NonTaxable Subtotal | 2340 |
| Taxable Subtotal | 0 |
| Tax | 0 |
| Total Order | |

Page      1
Print Date: 12/03/04   1:49 PM

Vendor Original

Authorized Signature

Exhibit 1  Page 50    MS-NTRX-BR-000139

# Purchase Order 3048
### Order Date  09/22/04

**Surplus Computers**
1600 Duane Ave, Santa Clara, Ca 95054
Phone: 408-327-0420 Fax: 408-327-0113

**Intrax Group, Inc.**
Dba Surplus Computers
1600 Duane Ave
Santa Clara, CA 95054 USA
Telephone: 408/327-0111

Vendor:

ST CYBERLINK INTERNATIONAL
2362 Qume Drive, Suite E
San Jose, CA 95134
USA

Ship To:

Main Warehouse

| Vendor | Vendor Tax Number | Vendor Telephone Number | Ship Via | F.O.B. | Terms |
|---|---|---|---|---|---|
| CIN | 408/526-9609 | 408/526-9600 | | | COD Post Dated CK 15 |

| Buyer | Confirming To | Remarks | Freight | Tax |
|---|---|---|---|---|
| MM | | | | N |

| Line | Qty. Ordered / Qty. Received | Unit of Measure / Qty. Open | Your Item Number / Item Description | Our Item Number | Unit Price / Date Required | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 20 / 0 | 20 | SWW12250 / Microsoft Windows XP Pro COA/ Lic. | SWW12250 | 45.00 / 09/22/04 | 900.00 |
| 2 | 17 / 0 | 17 | SWW12309 / Roxio Toast 6 Lite Promo (OEM) | SWW12309 | 10.75 / 09/22/04 | 182.75 |
| 3 | 100 / 0 | 100 | SWW12310 / Roxio Easy CD 7.0 Basic-DVD Edition (OEM) | SWW12310 | 6.00 / 09/22/04 | 600.00 |

|  |  |
|---|---|
| NonTaxable Subtotal | 1682.75 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Order | 1682.75 |

Page     1

Print Date: 09/22/04    5:09 PM                    Vendor Original

Authorized Signature

Exhibit 1    Page 51    MS-NTRX-BR-000175



# Purchase Order 2765
### Order Date 07/21/04

1600 Duane Ave, Santa Clara, Ca 95054
Phone: 408-327-0420 Fax: 408-327-0113

**Intrax Group, Inc.**
Dba Surplus Computers
1600 Duane Ave
Santa Clara, CA 95054 USA
Telephone: 408/327-0111

Vendor:

ST CYBERLINK INTERNATIONAL
2362 Qume Drive, Suite E
San Jose, CA 95134
USA

Ship To :

Main Warehouse

*2077*

| Vendor | Vendor Tax Number | Vendor Telephone Number | Ship Via | FOB | Terms |
|---|---|---|---|---|---|
| CIN | 408/526-9609 | 408/526-9600 | ✓ | | COD Post Dated CK 15 |

| Buyer | Confirming To | Remarks | Freight | Tax |
|---|---|---|---|---|
| MM | | | | N |

| Line | Qty Ordered / Qty Received | Unit Measure / Qty Open | Your Item Number / Item Description | Our Item Number | Unit Price / Date Required | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 40 / 0 | / 40 | SWW12250 / Microsoft Windows XP Pro COA/ Lic. | SWW12250 | 68.00 / 07/21/04 | 2720.00 |
| 2 | 40 / 0 | / 40 | SWW12249 / Microsoft Windows XP Home COA/ Lic. | SWW12249 | 44.00 / 07/21/04 | 1760.00 |

| | |
|---|---|
| NonTaxable Subtotal | 4480.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Order | 4480.00 |

Page　　1

Print Date: 07/21/04　3:02 PM　　　　　　Vendor Original

Authorized Signature

Exhibit _1_ Page **52**　MS-NTRX-BR-000211

# Purchase Order 2651
Order Date  06/24/04

**Intrax Group, Inc.**
Dba Surplus Computers
1600 Duane Ave
Santa Clara, CA 95054 USA
Telephone: 408/327-0111

Vendor:

ST CYBERLINK INTERNATIONAL
2362 Qume Drive, Suite E
San Jose, CA 95134
USA

Ship To:

Main Warehouse

| Vendor | Vendor Fax Number | Vendor Telephone Number | Ship Via | F.O.B. | Terms |
|--------|-------------------|--------------------------|----------|--------|-------|
| CIN | 408/526-9609 | 408/526-9600 | | | COD Post Dated CK 15 |

| Buyer | Confirming To | | Remarks | | Freight | Tax |
|-------|---------------|--|---------|--|---------|-----|
| MM | | | | | | N |

| Line | Qty. Ordered / Qty. Received | Unit of Measure / Qty. Open | Your Item Number / Item Description | Your Item Number | Unit Price / Date Required | Extended Price |
|------|------|------|------|------|------|------|
| 1 | 100 / 0 | / 100 | SWW12198 / Microsoft Works Suite 2004 CD(OEM) | SWW12198 | 25.00 / 06/24/04 | 2500.00 |
| 2 | 5 / 0 | / 5 | SWW12249 / Microsoft Windows XP Home COA/ Lic. | SWW12249 | 45.00 / 06/24/04 | 225.00 |
| 3 | 5 / 0 | / 5 | SWW12250 / Microsoft Windows XP Pro COA/ Lic. | SWW12250 | 70.00 / 06/24/04 | 350.00 |

| | |
|---|---|
| NonTaxable Subtotal | 3075.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Order | 3075.00 |

Page       1

Print Date: 06/24/04    3:55 PM

Vendor Original (Reprinted)

Authorized Signature

Exhibit 1 Page 53    MS-NTRX-BR-000227

TECHNOLOGY ENTERPRISES LLC

20 SAINT GEORGE PALCE
PALM BEACH GARDENS, FL 33418
801-824-3500

NOV 2 8 2005

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/25/2005 | 12042818 |

| Bill To | Ship To |
|---------|---------|
| INTRAX<br>1600 DUANE AVENUE<br>SANTA CLARA, CA  95054<br>(408)667-0531 | INTRAX<br>1600 DUANE AVENUE<br>SANTA CLARA, CA  95054<br>(408)667-0531 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | COD | JC | 11/25/2005 | Federal Express | Q | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 148 | 02003STUDENT | Office 2003 Standard Student Media NFR CD Media sets | 45.00 | 6,660.00 |
| 1 | SHIPPING | SHIPPING CHARGES | 21.95 | 21.95 |
| 1 | FEDX | TRACKING NUMBER 7203-3960-3987 | 0.00 | 0.00 |

*11-28-05*

*Clf 12990*

| | Total | $6,681.95 |
|--|-------|-----------|

Exhibit *l* Page 54

MS-NTRX-BR-000345

TECHNOLOGY ENTERPRISES LLC

20 SAINT GEORGE PALCE
PALM BEACH GARDENS, FL 33418
801-824-3500

NOV 1 0 2005

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/7/2005 | 12042783 |

| Bill To | Ship To |
|---------|---------|
| INTRAX<br>1600 DUANE AVENUE<br>SANTA CLARA, CA 95054<br>(408)667-0531 | INTRAX<br>1600 DUANE AVENUE<br>SANTA CLARA, CA 95054<br>(408)667-0531 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  | COD | JC | 11/7/2005 | Federal Express |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 396 | 02003STUDENT | Office 2003 Standard Student Media NFR CD Media sets | 41.00 | 16,236.00 |
| 80 | OXPSTD | OFFICE XP STANDARD B/W NFR CD IN SLEEVE WITH KEY ALL ORIGINAL | 41.00 | 1,230.00 |
| 1 | SHIPPING | SHIPPING CHARGES | 75.74 | 75.74 |
| 1 | FEDX | TRACKING NUMBER 7203-3960-2774 | 0.00 | 0.00 |

11-09-05

| | Total | $17,541.74 |
|---|-------|-----------|

Exhibit 1 Page 55

MS-NTRX-BR-000346



180 E Sunnyoaks Ave BLDG 3, Campbell, CA 95008
Phone: (408)327-0420 Fax: (408)376-0438

# Purchase Order 4455
### Order Date  11/07/05

**Intrax Group, Inc.**
Dba Surplus Computers
27 Bonaventura Dr.
San Jose, CA 95134 USA
Telephone: 408/327-0111

Vendor:

Technology Enterprises (MBC)
20 Saint George Place
Palm Beach Gardens, FL 33418

Ship To:

Main Warehouse

## THIS IS A CLOSED PURCHASE ORDER

| Vendor | Vendor Fax Number | Vendor Telephone Number | Ship Via | F.O.B. | Terms |
|---|---|---|---|---|---|
| TEEN84 | | | | | C.O.D. |

| Buyer | Confirming to | Remarks | Freight | Tax |
|---|---|---|---|---|
| MM | | | | N |

| Line | Qty Ordered / Qty Received | Unit of Measure / Qty Open | Your Item Number / Item Description | Our Item Number | Unit Price / Date Required | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 396 / 396 | / 0 | SWW12421 / GE Wireless Optical Mouse w/ MS Office 2003 STD (NFR) | SWW12421 | 41.00 / 11/07/05 | 0.00 |
| 2 | 30 / 30 | / 0 | ACC10868 / Generic PS2 Mouse w/ MS Office XP STD (NFR) | ACC10868 | 41.00 / 11/07/05 | 0.00 |

| | |
|---|---|
| NonTaxable Subtotal | 0.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Order | 0.00 |

Page    1

Print Date: 05/08/08    2:29 PM

Vendor Original (Reprinted)

Authorized Signature

  MS-NTRX-BR-000347

**Purchase Order 4451**

Order Date  11/07/05

1600 Duane Ave, Santa Clara, Ca 95054
Phone: 408-327-0420 Fax: 408-327-0113

**Intrax Group, Inc.**
Dba Surplus Computers
1600 Duane Ave
Santa Clara, CA 95054 USA
Telephone: 408/327-0111

Vendor:                                           Ship To:

Technology Enterprises (MBC)                      Main Warehouse
20 Saint George Place
Palm Beach Gardens, FL 33418

| Vendor # | Vendor Tax Number | Vendor Telephone Number | Ship Via | F.O.B. | Terms |
|---|---|---|---|---|---|
| TEEN84 | | | | | C.O.D. |

| Buyer | Confirming To | Remarks | Freight | Tax |
|---|---|---|---|---|
| MM | | | | N |

| Line | Qty Ordered / Qty Received | Unit of Measure / Qty Open | Your Item Number / Item Description | Our Item Number | Unit Price / Date Required | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 300 / 0 | 300 | SWW13435 / Microsoft Office XP STD (Retail CD w/ Key) | SWW13435 | 80.00 / 11/07/05 | 24000.00 |

| | |
|---|---|
| NonTaxable Subtotal | 24000.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Order | 24000.00 |

Page     1

Print Date: 11/07/05    1:40 PM                   Vendor Original

Authorized Signature

Exhibit  L  Page 57                               MS-NTRX-BR-000349

TECHNOLOGY ENTERPRISES LLC

20 SAINT GEORGE PALCE
PALM BEACH GARDENS, FL 33418
801-824-3500

NOV 08 2005

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/28/2005 | 12042768 |

| Bill To | Ship To |
|---------|---------|
| INTRAX<br>1600 DUANE AVENUE<br>SANTA CLARA, CA 95054<br>(408)667-0531 | INTRAX<br>1600 DUANE AVENUE<br>SANTA CLARA, CA 95054<br>(408)667-0531 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | COD | JC | 10/28/2005 | Federal Express | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 164 | 02003STUDENT | Office 2003 Standard Student Media NFR CD Media sets | 46.00 | 7,544.00 |
| 1 | SHIPPING | SHIPPING CHARGES | 35.50 | 35.50 |
| 1 | FEDX | TRACKING NUMBER 7203-3960-2400 | 0.00 | 0.00 |

11-02-05
CH 12320 #,
PAID

| | Total | $7,579.50 |
|--|-------|-----------|

Exhibit 1 Page 58    MS-NTRX-BR-000350

TECHNOLOGY ENTERPRISES LLC

20 SAINT GEORGE PALCE
PALM BEACH GARDENS, FL 33418
801-824-3500

OCT 1 7 2005

# Invoice

| Date | Invoice #. |
|------|-----------|
| 10/12/2005 | I2042738 |

| Bill To |
|---------|
| INTRAX<br>1600 DUANE AVENUE<br>SANTA CLARA, CA 95054<br>(408)667-0531 |

| Ship To |
|---------|
| INTRAX<br>1600 DUANE AVENUE<br>SANTA CLARA, CA 95054<br>(408)667-0531 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | COD | JC | 10/12/2005 | Federal Express | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 110 | 02003STUDENT | Office 2003 Standard Student Media NFR CD Media sets | 46.00 | 5,060.00 |
| 1 | SHIPPING | SHIPPING CHARGES | 29.73 | 29.73 |

*10- 14- 05 PAID*
*CH 13996*

| | Total | $5,089.73 |
|--|-------|-----------|

Exhibit 1  Page 59

MS-NTRX-BR-000351

TECHNOLOGY ENTERPRISES LLC

20 SAINT GEORGE PALCE
PALM BEACH GARDENS, FL 33418
801-824-3500

SEP 2 2 2005

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/20/2005 | 12042697 |

| Bill To |
|---------|
| INTRAX |
| 1600 DUANE AVENUE |
| SANTA CLARA, CA 95054 |
| (408)667-0531 |

| Ship To |
|---------|
| INTRAX |
| 1600 DUANE AVENUE |
| SANTA CLARA, CA 95054 |
| (408)667-0531 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 1201 | Due on receipt | JC | 9/20/2005 | Federal Express | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 400 | 02003STUDBNT | Office 2003 Standard Student Media NFR CD Media sets | 46.00 | 18,400.00 |
| 17 | MISC | Server 2003 for Small Business Server NFR CD Media sets | 75.00 | 1,275.00 |
| 1 | SHIPPING | SHIPPING CHARGES | 110.56 | 110.56 |
| 1 | FEDX | TRACKING NUMBER #7203-3960-0223 | 0.00 | 0.00 |

09-21-05
CH 13856

PAID

| | Total | $19,785.56 |
|--|-------|------------|

Exhibit 1 Page 60

MS-NTRX-BR-000352



1600 Duane Ave, Santa Clara, Ca 95054
Phone: 408-327-0420 Fax: 408-327-0113

**Purchase Order 4291**

Order Date  09/20/05

**Intrax Group, Inc.**
Dba Surplus Computers
1600 Duane Ave
Santa Clara, CA 95054 USA
Telephone: 408/327-0111

Vendor:

MBC Enterprises (TECHNOLOGY ENT.)
3899 Parkview Drive
Salt Lake, UT 84124
USA

Ship To:

Main Warehouse

| Vendor | Vendor Fax Number | Vendor Telephone Number | Ship Via | F.O.B. | Terms |
|---|---|---|---|---|---|
| MBC | | 801/509-8882 | | | C.O.D. |

| Buyer | Confirming To | | Remarks | | Freight | Tax |
|---|---|---|---|---|---|---|
| MM | | | | | | N |

| Line | Qty Ordered / Qty Received | Unit of Measure / Qty Open | Your Item Number / Item Description | Our Item Number | Unit Price / Date Required | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 400 / 0 | / 400 | SWW12421 / GE Wireless Optical Mouse w/ MS Office 2003 STD (NFR) | SWW12421 | 46.00 / 09/20/05 | 18400.00 |
| 2 | 17 / 0 | / 17 | SWW12429 / GE Wireless Optical Mouse w/ Mirosoft Small Bus Server | SWW12429 | 75.00 / 09/20/05 | 1275.00 |

|  |  |
|---|---|
| NonTaxable Subtotal | 19675.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Order | 19675.00 |

Page    1

Print Date: 09/21/05    10:55 AM

Vendor Original (Reprinted)

Authorized Signature

Exhibit  1  Page  61

MS-NTRX-BR-000353

TECHNOLOGY ENTERPRISES LLC

20 SAINT GEORGE PALCE
PALM BEACH GARDENS, FL 33418
801-824-3500

**Invoice**

| Date | Invoice # |
|------|-----------|
| 9/13/2005 | 12042680 |

| Bill To |
|---------|
| INTRAX<br>1600 DUANE AVENUE<br>SANTA CLARA, CA 95054<br>(408)667-0531 |

| Ship To |
|---------|
| INTRAX<br>1600 DUANE AVENUE<br>SANTA CLARA, CA 95054<br>(408)667-0531 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | JC | 9/13/2005 | Federal Express | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 300 | 02003STUDENT | Office 2003 Standard Student Media NFR CD Media sets | 46.00 | 13,800.00 |
| 1 | SHIPPING | SHIPPING CHARGES | 93.81 | 93.81 |
| 500 | MISC | COREL WORDPERFECT V12 (DROP SHIPPED BY ONGOING RESULTS) | 3.00 | 1,500.00 |
| 1 | SHIPPING | SHIPPING CHARGES (COREL DROP SHIP FREIGHT) | 96.00 | 96.00 |

| Total | $15,489.81 |
|-------|------------|

Exhibit 1 Page 62

MS-NTRX-BR-000354

TECHNOLOGY ENTERPRISES LLC

20 SAINT GEORGE PALCE
PALM BEACH GARDENS, FL 33418
801-824-3500

# Invoice

SEP 0 8 2005

| Date | Invoice # |
|------|-----------|
| 9/7/2005 | 12042674 |

| Bill To | Ship To |
|---------|---------|
| INTRAX<br>1600 DUANE AVENUE<br>SANTA CLARA, CA  95054<br>(408)667-0531 | INTRAX<br>1600 DUANE AVENUE<br>SANTA CLARA, CA  95054<br>(408)667-0531 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | JC | 9/7/2005 | Federal Express | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 297 | O2003RETAIL | OFFICE 2003 STANDARD NFR STUDENT MEDIA CD DISK SETS | 46.00 | 13,662.00 |
| 1 | SHIPPING | SHIPPING CHARGES | 86.29 | 86.29 |

09-08-05
CH 11757
PAID

| | Total | $13,748.29 |
|---|-------|-----------|

Exhibit __I__ Page _63_    MS-NTRX-BR-000355

TECHNOLOGY ENTERPRISES LLC

20 SAINT GEORGE PALCE
PALM BEACH GARDENS, FL 33418
801-824-3500

SEP 0 8 2005

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/31/2005 | 12042655 |

| Bill To | Ship To |
|---------|---------|
| INTRAX<br>1600 DUANE AVENUE<br>SANTA CLARA, CA 95054<br>(408)667-0531 | INTRAX<br>1600 DUANE AVENUE<br>SANTA CLARA, CA 95054<br>(408)667-0531 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | JC | 8/31/2005 | Federal Express | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 40 | OXPSTD | OFFICE XP STANDARD NFR CD IN SLEAVE WITH KEY ALL ORIGINAL | 37.50 | 1,500.00 |
| 1 | SHIPPING | SHIPPING CHARGES | 16.46 | 16.46 |

PAID

| | Total | $1,516.46 |
|---|-------|-----------|

Exhibit 1   Page 64   MS-NTRX-BR-000356

TECHNOLOGY ENTERPRISES LLC

20 SAINT GEORGE PALCE
PALM BEACH GARDENS, FL 33418
801-824-3500

# Invoice

AUG 2 2 2005

| Date | Invoice # |
|------|-----------|
| 8/17/2005 | 12042627 |

| Bill To | Ship To |
|---------|---------|
| INTRAX<br>1600 DUANE AVENUE<br>SANTA CLARA, CA 95054<br>(408)667-0531 | INTRAX<br>1600 DUANE AVENUE<br>SANTA CLARA, CA 95054<br>(408)667-0531 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  | Due on receipt | JC | 8/17/2005 | Federal Express |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 200 | OXPSTD | OFFICE 2003 STANDARD NFR STUDENT CD IN SLEAVE WITH KEY ALL ORIGINAL | 46.00 | 9,200.00 |
| 1 | SHIPPING | SHIPPING CHARGES | 28.39 | 28.39 |

08-22-05

| Total | $9,228.39 |
|-------|-----------|

Exhibit 1 Page 65

MS-NTRX-BR-000357



Surplus Computers
1600 Duane Ave, Santa Clara, Ca 95054
Phone: 408-327-0420 Fax: 408-327-0113

**Purchase Order 4185**
Order Date  08/19/05

**Intrax Group, Inc.**
Dba Surplus Computers
1600 Duane Ave
Santa Clara, CA 95054 USA
Telephone: 408/327-0111

Vendor:

Technology Enterprises (MBC)
3899 Parkview Drive
Salt Lake City, UT 84124

Ship To:

Main Warehouse

| Vendor | Vendor Tax Number | Vendor Telephone Number | Ship Via | F.O.B. | | Terms/Type |
|---|---|---|---|---|---|---|
| TEEN84 | | | | | | C.O.D. |

| Buyer | Confirming To | | Remark | | | Freight Tax |
|---|---|---|---|---|---|---|
| MM | | | | | | N |

| Line | Qty Ordered / Qty Received | Unit of Measure / Qty Open | Your Item Number / Item Description | Our Item Number | Unit Price / Date Required | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 200 / 0 | / 200 | SWW12421 / GE Wireless Optical Mouse w/ MS Office 2003 STD (NFR) | SWW12421 | 45.00 / 08/19/05 | 9000.00 |

| | |
|---|---|
| NonTaxable Subtotal | 9000.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Order | 9000.00 |

Page      1

Print Date: 08/19/05    3:36 PM

Vendor Original

Authorized Signature

Exhibit 1  Page 66

MS-NTRX-BR-000358

TECHNOLOGY ENTERPRISES LLC

20 SAINT GEORGE PALCE
PALM BEACH GARDENS, FL 33418
801-824-3500

AUG 1 5 2005

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/10/2005 | 12042611 |

| Bill To |
|---------|
| INTRAX<br>1600 DUANE AVENUE<br>SANTA CLARA, CA 95054<br>(408)667-0531 |

| Ship To |
|---------|
| INTRAX<br>1600 DUANE AVENUE<br>SANTA CLARA, CA 95054<br>(408)667-0531 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 467 | Due on receipt | JC | | Federal Express | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 100 | OXPSTD | OFFICE 2003 NFR STUDENT STANDARD CD IN SLEAVE WITH KEY ALL ORIGINAL | 45.00 | 4,500.00 |
| 1 | SHIPPING | SHIPPING CHARGES | 46.83 | 46.83 |

08-12-05

| Total | $4,546.83 |
|-------|-----------|

Exhibit _I_ Page_67_   MS-NTRX-BR-000359

TECHNOLOGY ENTERPRISES LLC

20 SAINT GEORGE PALCE
PALM BEACH GARDENS, FL 33418
801-824-3500

JUN 1 8 2005

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/9/2005 | 12042494 |

| Bill To | Ship To |
|---------|---------|
| INTRAX<br>1600 DUANE AVENUE<br>SANTA CLARA, CA 95054<br>(408)667-0531 | INTRAX<br>1600 DUANE AVENUE<br>SANTA CLARA, CA 95054<br>(408)667-0531 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 3982 | Net 1 | JC | 6/9/2005 | Federal Express | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 500 | OXPSTD | OFFICE XP STANDARD NFR CD IN SLEAVE WITH KEY ALL ORIGINAL | 34.50 | 17,250.00 |
| 1 | SHIPPING | SHIPPING CHARGES | 28.66 | 28.66 |

06-13-05

PAID 7/13/05

P.O. #3982

| | Total | $17,278.66 |
|---|-------|------------|

Exhibit L Page 68

MS-NTRX-BR-000362

# Purchase Order 3982

### Order Date 06/13/05

**Surplus Computers**
1600 Duane Ave, Santa Clara, Ca 95054
Phone: 408-327-0420 Fax: 408-327-0113

**Intrax Group, Inc.**
Dba Surplus Computers
1600 Duane Ave
Santa Clara, CA 95054 USA
Telephone: 408/327-0111

Vendor:

Technology Enterprises (MBC)
3899 Parkview Drive
Salt Lake City, UT 84124

Ship To:

Main Warehouse

| Vendor | Vendor Fax Number | Vendor Telephone Number | Ship Via | OB | Terms |
|--------|-------------------|-------------------------|----------|-----|-------|
| TEEN84 | | | | | C.O.D. |

| Buyer | Confirming To | | Remarks | | Freight |
|-------|---------------|---|---------|---|---------|
| MM | | | | | N |

| Line | Qty. Ordered / Qty. Received | Unit of Measure / Qty. Open | Your Item Number / Item Description | Our Item Number | Unit Price / Date Required | Extended Price |
|------|------------------------------|------------------------------|-------------------------------------|-----------------|----------------------------|----------------|
| 1 | 500 / 0 | / 500 | ACC10841<br>Logitech Cordless Keyboard & Mouse w/ MS Office XP STD | ACC10841 | 34.50<br>06/13/05 | 17250.00 |

| | | |
|---|---|---|
| NonTaxable Subtotal | | 17250.00 |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total Order | | 17250.00 |

Page     1

Print Date: 06/13/05     2:08 PM

Vendor Original

Authorized Signature

Exhibit_I_Page 69     MS-NTRX-BR-000363

TECHNOLOGY ENTERPRISES LLC

20 SAINT GEORGE PALCE
PALM BEACH GARDENS, FL 33418
801-824-3500

APR 1 2 2005

MAY 1 0 2005

**Invoice**

| Date | Invoice # |
|------|-----------|
| 4/7/2005 | 12042393 |

| Bill To |
|---------|
| INTRAX<br>1600 DUANE AVENUE<br>SANTA CLARA, CA 95054<br>(408)667-0531 |

| Ship To |
|---------|
| INTRAX<br>1600 DUANE AVENUE<br>SANTA CLARA, CA 95054<br>(408)667-0531 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  | Net 30 | JC | 4/7/2005 | Federal Express |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 600 | MISC<br>SHIPPING | OFFICE XP STD NFR<br>SHIPPING CHARGES<br>TO BE SOLD ON CONSIGNMENT; PAYMENT NOT<br>DUE UNTIL AFTER POINT OF SALE | 31.00<br>35.39 | 18,600.00<br>35.39 |

04-11-05
Fedex
2 Box

| | Total | $18,635.39 |
|---|-------|-----------|

Exhibit 1 Page 70

MS-NTRX-BR-000365

GLOBE 2000 CORP.
1920 LAFAYETTE ST.
SUITE K
SANTA CLARA, CA 95050

JUN 22 2006

# Invoice

| | |
|---|---|
| Date | 6/22/2006 |
| Invoice # | 5050 |

| Phone # | 408-588-4649 |
|---|---|

| Bill To | Ship To |
|---|---|
| SURPLUS COMPUTORS<br>STEVE FONG<br>ATTN: STEVE FONG<br>GL2094 | SURPLUS COMPUTERS<br>1600 DUANE AVE.<br>SANTA CLARA, CA 95054<br>TEL: 408-327-0111<br>FAX: 408-327-0113 |

| Rep | P.O. # | Terms | Ship Date | Ship Via | FOB |
|---|---|---|---|---|---|
| T | mike | COMPANY CHECK | 6/22/2006 | DELIVERY | |

| Item | Description | Qty | Price | Amount |
|---|---|---|---|---|
| MS OFF.XP STD | MS OFF. XP STD. | 60 | 78.00 | 4,680.00 |

06-22-06
CH36066

| | |
|---|---|
| Total | $4,680.00 |
| Payments/Credits | $0.00 |
| Balance Due | $4,680.00 |

| Fax # |
|---|
| 408-588-4654 |

Exhibit 1 Page 11    MS-NTRX-BR-000500



**GLOBE 2000 CORP.**
1920 LAFAYETTE ST.
SUITE K
SANTA CLARA, CA 95050

JUN 14 2006

# Invoice

| | |
|---|---|
| Date | 6/13/2006 |
| Invoice # | 5040 |

Phone #     408-588-4649

**Bill To**

SURPLUS COMPUTERS
STEVE FONG
ATTN: STEVE FONG
GL2094

**Ship To**

SURPLUS COMPUTERS
1600 DUANE AVE.
SANTA CLARA, CA 95054
TEL: 408-327-0111
FAX: 408-327-0113

| Rep | P.O. # | Terms | Ship Date | Ship Via | FOB |
|---|---|---|---|---|---|
| T | 5053 | COMPANY CHECK | 6/13/2006 | | |

| Item | Description | Qty | Price | Amount |
|---|---|---|---|---|
| MS OFF.XP STD | MS OFF. XP STD. | | 78.00 | 3,120.00 |
| ms off.studen me | MS OFF. 2003 STUDEN MEDIA | | | 275.00 |

08-14-06

PAID

CH 13599

| | |
|---|---|
| Total | $7,395.00 |
| Payments/Credits | $0.00 |
| Balance Due | $7,395.00 |

Fax #.
408-588-4654

Exhibit 1 Page 72     MS-NTRX-BR-000501

**GLOBE 2000 CORP.**
1920 LAFAYETTE ST.
SUITE K
SANTA CLARA, CA 95050

MAY 1 8 2006

# Invoice

| Phone # | 408-588-4649 |
|---|---|

| | Date | 5/18/2006 |
|---|---|---|
| **Invoice #** | | 5024 |

**Bill To**

SURPLUS COMPUTERS
STEVE FONG
ATTN: STEVE FONG
GL2094

**Ship To**

SURPLUS COMPUTERS
1600 DUANE AVE.
SANTA CLARA, CA 95054
TEL: 408-327-0111
FAX: 408-327-0113

| Rep | P.O. # | Terms | Ship Date | Ship Via | FOB |
|---|---|---|---|---|---|
| T | MIKE | COMPANY CHECK | 5/18/2006 | DELIVERY | |

| Item | Description | Qty | Price | Amount |
|---|---|---|---|---|
| MS OFF.XP STD | MS-OFF.XP STD. | 30 | 78.00 | 2,340.00 |

PAID

| | Total | $2,340.00 |
|---|---|---|
| | Payments/Credits | $0.00 |
| | Balance Due | $2,340.00 |

| Fax # |
|---|
| 408-588-4654 |

Exhibit ___ Page 73

MS-NTRX-BR-000503

TECHNOLOGY ENTERPRISES LLC

APR 27 2006

20 SAINT GEORGE PALCE
PALM BEACH GARDENS, FL 33418
801-824-3500

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/25/2006 | 12043147 |

**Bill To**

INTRAX
1600 DUANE AVENUE
SANTA CLARA, CA. 95054
(408)667-0531

**Ship To**

INTRAX
1600 DUANE AVENUE
SANTA CLARA, CA. 95054
(408)667-0531

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | COD 4413 | JC | 4/25/2006 | Federal Express | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 300 | 02003STUDENT | Office 2003 Standard Student Media NFR CD Media sets | 44.50 | 13,350.00 |
| 1 | SHIPPING | SHIPPING CHARGES | 51.76 | 51.76 |
| 1 | FEDX | TRACKING NUMBER 7295-2990-1594 | 0.00 | 0.00 |

04-26-06
c PAID

| Total | $13,401.76 |
|-------|------------|

Exhibit 1 Page 74    MS-NTRX-BR-000618



# Purchase Order 4913
Order Date  04/25/06

1600 Duane Ave, Santa Clara, Ca 95054
Phone: 408-327-0420 Fax: 408-327-0113

**Intrax Group, Inc.**
Dba Surplus Computers
1600 Duane Ave
Santa Clara, CA 95054 USA
Telephone: 408/327-0111

Vendor:

Technology Enterprises (MBC)
20 Saint George Place
Palm Beach Gardens, FL 33418

Ship To:

Main Warehouse

| Vendor | Vendor Tax Number | Vendor Telephone Number | Ship Via | FOB | Terms |
|---|---|---|---|---|---|
| TEEN84 | | | | | C.O.D. |

| Buyer | Confirming To | Remarks | Freight | Tax |
|---|---|---|---|---|
| MM | | | | N |

| Line | Qty Ordered / Qty Received | Unit of Measure / Qty Open | Your Item Number / Item Description | Your Item Number | Unit Price / Date Required | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 300 / 0 | 300 | SWW12430 / Microsoft Office 2003 STD (NFR) | SWW12430 | 44.50 / 04/25/06 | 13350.00 |

| | |
|---|---|
| NonTaxable Subtotal | 13350.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Order | 13350.00 |

Page      1

Print Date: 04/25/06     12:43 PM          Vendor Original

Authorized Signature

Exhibit __1__  Page __75__   MS-NTRX-BR-000619

TECHNOLOGY ENTERPRISES LLC

20 SAINT GEORGE PALCE
PALM BEACH GARDENS, FL 33418
801-824-3500

APR 2 6 2005

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/20/2005 | 12042428 |

| Bill To | Ship To |
|---------|---------|
| INTRAX<br>1600 DUANE AVENUE<br>SANTA CLARA, CA 95054<br>(408)667-0531 | INTRAX<br>1600 DUANE AVENUE<br>SANTA CLARA, CA 95054<br>(408)667-0531 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  | Net 1 | JC | 4/20/2005 | Federal Express |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 467 | OXPSTD | OFFICE XP STANDARD NFR CD IN SLEAVE WITH KEY ALL ORIGINAL | 32.00 | 14,944.00 |
| 1 | SHIPPING | SHIPPING CHARGES | 25.51 | 25.51 |

04-22-05

| Total | $14,969.51 |
|-------|------------|

Exhibit __ Page 76

MS-NTRX-BR-000620

TECHNOLOGY ENTERPRISES LLC          MAR 2 1 2006          **Invoice**

20 SAINT GEORGE PALCE
PALM BEACH GARDENS, FL 33418
801-824-3500

| Date | Invoice # |
|------|-----------|
| 3/17/2006 | 12043065 |

| Bill To | Ship To |
|---------|---------|
| INTRAX<br>1600 DUANE AVENUE<br>SANTA CLARA, CA 95054<br>(408)667-0531 | INTRAX<br>1600 DUANE AVENUE<br>SANTA CLARA, CA 95054<br>(408)667-0531 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | COD | JC | 3/17/2006 | Federal Express | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 350 | 02003STUDENT | Office 2003 Standard Student Media NFR CD Media sets | 52.00 | 18,200.00 |
| 1 | SHIPPING | SHIPPING CHARGES | 105.28 | 105.28 |
| 1 | FEDX | TRACKING NUMBER 7203-3961-1996 | 0.00 | 0.00 |

03-20-06

CH 13018

| | Total | $18,305.28 |
|--|-------|------------|

Exhibit I  Page 77          MS-NTRX-BR-000621