1  Steven A. Dillick -- Bar No. 111419
   Law Offices of Steven A. Dillick
2  One Maritime Plaza
   Suite 1600
3  San Francisco, CA  94111
   sdillick@ix.netcom.com
4  (415) 399-8777

5  Attorney for Michael Mak

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION<br>a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTRAX GROUP, INC., D/B/A SURPLUS COMPUTERS, a California corporation; MICHAEL MAK, an individual and JOHN DOES 1-5<br><br>Defendants | CASE NO. 07-CV-01840 CW<br><br>STIPULATION TO CONTINUE SUMMARY JUDGMENT MOTION |

Plaintiff Microsoft Corporation has a motion for summary judgment set for hearing on August 14, 2008. A case management conference has been set for the same date. The date of the hearing presents conflicts for counsel for both Microsoft and Michael Mak. Therefore, counsel for Microsoft and counsel for defendant Michael Mak hereby stipulate that the hearing on said motion and the case management conference shall be continued to September 11. The parties further stipulate that Michael Mak's response shall be due on August 18, 2008 and Microsoft's reply shall be due on August 25, 2008.

(proposed) Order to Continue Hearing
Case No. 3:07-cv-01840 EMC

1  Dated: July 30, 2008

4  Yarmuth, Wilsdon, Calfo PLLC

6  _____
   Scott T. Wilsdon
7  Jeremy E. Roller
   925 Fourth Avenue
8  Suite 2500
   Seattle, WA 98104
9  jroller@yarmuth.com

   Law Offices of Steven Dillick

   _____
   Steven A. Dillick
   One Maritime Plaza
   Suite 1600
   San Francisco, CA 94111
   sdillick@ix.netcom.com

(proposed) Order to Continue Hearing
Case No. 3:07-cv-01840 EMC                - 2 -

Steven A. Dillick -- Bar No. 111419
Law Offices of Steven A. Dillick
One Maritime Plaza
Suite 1600
San Francisco, CA 94111
sdillick@ix.netcom.com
(415) 399-8777

Attorney for Michael Mak

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION a Washington corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>INTRAX GROUP, INC., D/B/A SURPLUS COMPUTERS, a California corporation; MICHAEL MAK, an individual and JOHN DOES 1-5<br><br>    Defendants | CASE NO. 07-CV-01840 CW<br><br>(proposed) ORDER CONTINUING SUMMARY JUDGMENT MOTION |

The case management conference and the hearing on plaintiff Microsoft's motion for summary judgment are ordered continued to September 11, 2008 at 2:00 p.m. pursuant to the stipulation of the parties. Michael Mak's response to Microsoft's motion is due on August 18, 2008. Microsoft's reply is due on August 25, 2008

Judge of the United States District Court

July ____, 2008

_____
Claudia Wilken

(proposed) Order to Continue Hearing
Case No. 3:07-cv-01840 EMC                - 3 -