1

2   Steven A. Dillick -- Bar No. 111419
    Law Offices of Steven A. Dillick
3   One Maritime Plaza
    Suite 1600
4   San Francisco, CA  94111
    sdillick@ix.netcom.com
5   (415) 399-8777

6   Attorney for Michael Mak

7
                        UNITED STATES DISTRICT COURT
8
                       NORTHERN DISTRICT OF CALIFORNIA
9

10

MICROSOFT CORPORATION            )          CASE NO.  07-CV-01840 CW
11  a Washington corporation,            )
                                     )
12       Plaintiff,                  )
                                     )
13                                   )          ORDER CONTINUING
          5.                         )          SUMMARY JUDGMENT MOTION
14                                   )
    INTRAX GROUP, INC., D/B/A         )
15  SURPLUS COMPUTERS, a California   )
    corporation; MICHAEL MAK, an      )
16  individual and JOHN DOES 1-5      )
                                     )
17       Defendants                  )
    _____ )

18
          The case management conference and the hearing on plaintiff Microsoft's motion for
19
    summary judgment are  ordered continued to  September 11, 2008 at 2:00 p.m. pursuant to the
20
    stipulation  of the parties.  Michael Mak's response to Microsoft's motion is due on August 18,
21  2008.

22  Microsoft's reply is due on August 25, 2008

23

24                                              Judge of the United States District Court

25                                              

26  August 1, 2008                              _____
                                                Claudia Wilken
27

28

    (proposed) Order to Continue Hearing
    Case No. 3:07-cv-01840 EMC