| | |
|---|---|
| 1 | Esha Bandyopadhyay (Bar No. 212249) |
|  | bande@perkinscoie.com |
| 2 | Perkins Coie LLP |
|  | 101 Jefferson Drive |
| 3 | Menlo Park, California 94025-1114 |
|  | Phone: (650) 838-4300 |
| 4 | Fax: (650) 838-4350 |
| 5 | Scott T. Wilsdon (pro hac vice) |
|  | wilson@yarmuth.com |
| 6 | Jeremy E. Roller (pro hac vice) |
|  | jroller@yarmuth.com |
| 7 | Yarmuth Wilsdon Calfo PLLC |
|  | 925 Fourth Avenue, Suite 2500 |
| 8 | Seattle, Washington 98104 |
|  | Phone: (206) 516-3800 |
| 9 | Fax: (206) 516-3888 |
| 10 | Attorneys for Plaintiff |
|  | MICROSOFT CORPORATION |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, | No. 07-CV-01840-CW |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| INTRAX GROUP, INC., d/b/a, SURPLUS COMPUTERS, a California corporation; MICHAEL MAK, an individual; and JOHN DOES 1-5, | |
| Defendants. | |

I hereby certify that the following documents

1. Plaintiff Microsoft's Reply in Support of Motion for Summary Judgment;

2. Reply Declaration of Tamara Johnson in Support of Plaintiff Microsoft Corporation's Motion for Summary Judgment; and

3. this Certificate of Service

| | |
|---|---|
| 1 | were served upon the following counsel of record, by the means designated below, this 25th |
| 2 | day of August, 2008: |
| 3 | |
| 4 | Steven A. Dillick<br>Law Offices of Steven A. Dillick |
| 5 | One Maritime Plaza, Suite 1040<br>San Francisco, CA  94111 |
| 6 | Phone: 425-399-8777<br>Email: sdillick@ix.netcom.com |
| 7 | Counsel for Defendants |
| 8 | [  ] U.S. Mail<br>[  ] FedEx |
| 9 | [  ] Hand-Delivery<br>[  ] Facsimile |
| 10 | [  ] Email<br>[X] ECF Electronic Filing |
| 11 | |
| 12 | /s/  *Jeremy E. Roller*<br>Scott T. Wilsdon (*pro hac vice*) |
| 13 | Jeremy E. Roller (*pro hac vice*)<br>YARMUTH WILSDON CALFO PLLC |
| 14 | |
| 15 | Attorneys for Plaintiff **Microsoft Corporation** |

CERTIFICATE OF SERVICE
NO. 07-CV-01840- – Page 2

425.26 ih253501 8/25/08