1  Audra M. Mori, Bar No. 162850
   Katherine M. Dugdale, Bar No. 168014
2  Jennifer N. Chiarelli, Bar No. 212253
   PERKINS COIE LLP
3  1620 26th Street
   Sixth Floor, South Tower
4  Santa Monica, CA  90404-4013
   Telephone:  310.788.9900
5  Facsimile:  310.788.3399
   AMori@perkinscoie.com
6  KDugdale@perkinscoie.com
   JChiarelli@perkinscoie.com
7

8  Attorneys for Plaintiff
   MICROSOFT CORPORATION
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                      OAKLAND DIVISION

13

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                    Plaintiff,<br><br>     v.<br><br>INTRAX GROUP, et al.,<br><br>                    Defendants. | Case No. 4:07-cv-01840-CW<br><br>NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF MICROSOFT CORPORATION |

1  TO THE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF
2  RECORD:
3  PLEASE TAKE NOTICE that Katherine M. Dugdale, Audra M. Mori, and Jennifer N.
4  Chiarelli of Perkins Coie LLP, who are members of the State Bar of California and admitted to
5  practice before the Court, are appearing as counsel of record for Plaintiff Microsoft Corporation
6  in this action.  Copies of all documents and pleadings with regard to this litigation, with the
7  exception of original process, are to be served on the undersigned counsel.

DATED:  September 3, 2008                     /s/ Katherine M. Dugdale
                                              Katherine M. Dugdale
                                              Attorneys for Plaintiff
                                              MICROSOFT CORPORATION