UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MICROSOFT CORPORATION,

        Plaintiff,

   v.

INTRAX GROUP, INC. ET AL,

        Defendant.

NO. C 07-01840 CW

**MINUTE ORDER**
Date: 9/11/08

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**    **Court Reporter:**  Raynee Mercado

**Appearances for Plaintiff:**
Jeremy Roller

**Appearances for Defendant:**
Steven Dillick

### Motions:

| | | |
|---|---|---|
| Plaintiff | Mo. for summary judgment | Under submission |
| Defendant | Cross-mo. for summary judgment | Under submission |

Further briefing due:
Order to be prepared by:  Court

**Further Case Management Conference Held?: Yes**

Notes:  Motions taken under submission; Court will issue order which will include briefing schedule on whether there is an actual dispute regarding number of titles, who decides willfulness aspect of damages, and whether a preliminary or permanent injunction should issue.  This Court will hear any discovery motion filed.  Counsel to agree on whether to go back to mediator for further settlement conference or have Court refer the matter to a Magistrate Judge.

Copies to:  Chambers