1          IN THE UNITED STATES DISTRICT COURT

2         FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4    MICROSOFT CORPORATION, a Washington          No. C 07-1840 CW
     Corporation,
5                                                 PERMANENT
                                                  INJUNCTION
6              Plaintiff,

7         v.

8    INTRAX GROUP, INC., d/b/a/ SURPLUS
     COMPUTERS, a California Corporation;
9    MICHAEL MAK, an individual; and DOES
     1-5,
10
               Defendants.
11   ─────────────────────────────────────/

12        For the reasons set forth in the Court's order on Plaintiff's

13   motion for summary judgment, the Court finds that Plaintiff is

14   entitled to a permanent injunction as follows:

15        The Court ORDERS that Defendant Michael Mak, along with his

16   agents, servants, employees, representatives, successors, assigns,

17   and all those persons acting at his direction or control, shall be

18   and hereby are permanently ENJOINED and RESTRAINED from:

19   (a) distributing or making any other infringing use of Microsoft

20   Student Media software protected by Microsoft's copyrights,

21   including, but not limited to, the following Certificate

22   Registration Numbers:

23        (i)       TX 5-407-055 ("Microsoft Windows XP");

24        (ii)      TX 5-837-617 ("Microsoft Office 2003");

25        (iii)     TX 5-901-713 ("Microsoft Access 2003");

26        (iv)      TX 5-837-636 ("Microsoft Excel 2003");

27        (v)       TX 5-900-087 ("Microsoft Outlook 2003");

28

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1    (vi)       TX 5-877-513 ("Business Contact Manager for

2                Microsoft Office Outlook 2003");

3    (vii)      TX 5-852-649 ("Microsoft PowerPoint 2003");

4    (viii)     TX 5-900-088 ("Microsoft Word 2003");

5    (ix)       TX 5-837-519 ("Microsoft InfoPath 2003");

6    (x)        TX 5-329-272 ("Microsoft Office XP");

7    (xi)       TX 5-321-421 ("Microsoft Access 2002");

8    (xii)      TX 5-318-231 ("Microsoft Excel 2002");

9    (xiii)     TX 5-321-422 ("Microsoft Outlook 2002");

10   (xiv)      TX 5-318-232 ("Microsoft PowerPoint 2002");

11   (xv)       TX 5-321-425 ("Microsoft Word 2002");

12   (xvi)      TX 5-321-423 ("Microsoft FrontPage 2002");

13   (xvii)     TX 5-811-026 ("Microsoft Windows 2003 Server");

14   (xviii)    TX 5-837-614 ("Microsoft Visio 2003"); and

15   (xix)      Other items or works protected by Microsoft's

16                copyrights;

17   (b)  importing to or distributing within the United States any

18   Microsoft software programs (including but not limited to Student

19   Media), components, end user license agreements, or any other items

20   protected by Microsoft's copyrights, including, but not limited to,

21   the following Certificate Registration Numbers:

22   (i)        TX 5-407-055 ("Microsoft Windows XP");

23   (ii)       TX 5-837-617 ("Microsoft Office 2003");

24   (iii)      TX 5-901-713 ("Microsoft Access 2003");

25   (iv)       TX 5-837-636 ("Microsoft Excel 2003");

26   (v)        TX 5-900-087 ("Microsoft Outlook 2003");

27   (vi)       TX 5-877-513 ("Business Contact Manager for

28                                    2

1    Microsoft Office Outlook 2003");

2    (vii)    TX 5-852-649 ("Microsoft PowerPoint 2003");

3    (viii)    TX 5-900-088 ("Microsoft Word 2003");

4    (ix)    TX 5-837-519 ("Microsoft InfoPath 2003");

5    (x)    TX 5-329-272 ("Microsoft Office XP");

6    (xi)    TX 5-321-421 ("Microsoft Access 2002");

7    (xii)    TX 5-318-231 ("Microsoft Excel 2002");

8    (xiii)    TX 5-321-422 ("Microsoft Outlook 2002");

9    (xiv)    TX 5-318-232 ("Microsoft PowerPoint 2002");

10    (xv)    TX 5-321-425 ("Microsoft Word 2002");

11    (xvi)    TX 5-321-423 ("Microsoft FrontPage 2002");

12    (xvii)    TX 5-811-026 ("Microsoft Windows 2003 Server");

13    (xviii)    TX 5-837-614 ("Microsoft Visio 2003"); and

14    (xix)    Other items or works protected by Microsoft's

15    copyrights;

16    manufactured abroad and licensed for exclusive distribution outside

17    the United States;

18    (c)  engaging in any other activity constituting an infringement of

19    any of Microsoft's copyrights;

20    (d)  assisting, aiding, or abetting any other person or business

21    entity in engaging in or performing any of the activities referred

22    to in numbered paragraphs (a) through (c) above.

23

24    IT IS SO ORDERED.

25    Dated: 10/6/08    _____

26    CLAUDIA WILKEN
     United States District Judge

27

28    3