| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, | No. 07-CV-01840-CW |
| Plaintiff, | ORDER CONTINUING FINAL PRETRIAL CONFERENCE AND TRIAL DATE **AS MODIFIED** |
| v. | |
| INTRAX GROUP, INC., d/b/a, SURPLUS COMPUTERS, a California corporation; MICHAEL MAK, an individual; and JOHN DOES 1-5, | |
| Defendants. | |

This matter comes before the Court on a Stipulation to Continue Final Pretrial Conference and Trial Date jointly submitted by plaintiff Microsoft Corporation and defendant Michael Mak. Having considered the parties' stipulation, the Court ORDERS that the final

[PROPOSED] ORDER CONTINUING FINAL PRETRIAL
CONFERENCE AND TRIAL DATE
No. 07-CV-01840-CW – Page 1

| | |
|---|---|
| 1 | pretrial conference is RE-SCHEDULED for 2:00 p.m. on November 18, 2008, and trial is |
| 2 | RE-SCHEDULED to begin at 8:30am on December 15, 2008. |
| 3 | |
| 4 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 5 | |
| 6 | DATED this _16th_ day of October, 2008. |

*[signature]*

Hon. Claudia Wilken
United States District Court Judge

Presented by:

| PERKINS COIE LLP | LAW OFFICES OF STEVEN A. DILLICK |
|---|---|
| By: /s/ Katherine M. Dugdale<br>Audra M. Mori (Bar No. 162850)<br>AMori@perkinscoie.com<br>Katherine M. Dugdale (Bar No. 168014)<br>KDugdale@perkinscoie.com<br>Jennifer N. Chiarelli (Bar No. 212253)<br>JChiarelli@perkinscoie.com<br>1620 26th Street<br>Sixth Floor, South Tower<br>Santa Monica, CA 90404-4013<br>Phone: (310) 788-9900<br>Fax:    (310) 788-3399 | By: /s/ Steven A. Dillick<br>Steven A. Dillick (Bar No. 111419)<br>One Maritime Plaza, Suite 1040<br>San Francisco, California 94111<br>Phone: (415) 399-8777<br>Fax: (415) 399-8778<br>Email: sdillick@ix.netcom.com<br><br>Attorney for Defendant MICHAEL MAK |

OF COUNSEL:

YARMUTH WILSDON CALFO PLLC

By: /s/ Jeremy E. Roller
    Scott T. Wilsdon (*pro hac vice*)
    wilsdon@yarmuth.com
    Jeremy E. Roller (*pro hac vice*)
    jroller@yarmuth.com
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
Phone: (206) 516-3800
Fax:    (206) 516-3888

Attorneys for Plaintiff MICROSOFT CORPORATION

[PROPOSED] ORDER CONTINUING FINAL PRETRIAL
CONFERENCE AND TRIAL DATE
No. 07-CV-01840-CW – Page 2

425.26 ij141507 10/16/08