IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICROSOFT CORPORATION,                           No. C 07-01840 CW

      Plaintiff,                             ORDER
                                                 ADMINISTRATIVELY
  v.                                             CLOSING CASE

INTRAX GROUP, INC., dba Surplus Computers, a Calfiornia corporation; MICHAEL MAK, an individual,

      Defendants.
                                    /

    Defendant Michael Mak having filed a Notice of Bankruptcy with the Court on November 13, 2008, stating that he had filed a petition pursuant to Chapter 7 of the Bankruptcy Code, and Defendant Intrax Group, Inc., having filed a petition pursuant to Chapter 11 of the Bankruptcy Code on September 6, 2007, and an automatic stay being in effect,

    IT IS HEREBY ORDERED that:

    1.   There appears to be no further reason at this time to maintain this case as an open one for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

    2.   Nothing contained in this Order shall be considered a dismissal or disposition of this action, and, should further

1  proceedings in this litigation become necessary or desirable, any
2  party may initiate it in the same manner as if this Order had not been
3  entered.  The pretrial conference and trial dates are vacated.

5  Dated:   11/14/08

_____
CLAUDIA WILKEN
United States District Judge